```
 1  GARY G. KREEP (CA Bar No. 066482)
    NATHANIEL J. OLESON (CA Bar No. 276695)
 2  UNITED STATES JUSTICE FOUNDATION
    932 "D" Street, Suite 3
 3  Ramona, California 92065
    Tel: (760) 788-6624
 4  Fax: (760) 788-6414
    usjf@usjf.net
 5  njoleson@gmail.com

 6  Attorneys for Plaintiff,
    Gary A. Stein
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, United States Marine Corps, Camp Pendleton, California 92055;<br><br>Plaintiff,<br><br>v.<br><br>COLONEL C.S. DOWLING, Commander, Weapons and Field Training Battalion, Camp Pendleton, California 92055; RAY MABUS, SECRETARY OF THE UNITED STATES NAVY, The Pentagon, Washington, D.C.; UNITED STATES DEPARTMENT OF DEFENSE, The Pentagon, Washington, D.C.; and UNITED STATES OF AMERICA; BRIGADIER GENERAL DANIEL YOO.<br><br>Defendants. | Case No.: **'12CV0816 H    BGS**<br><br>**DECLARATION OF GARY G. KREEP IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

1

DECLARATION OF GARY G. KREEP

I, GARY G. KREEP, hereby declare as follows:

1. That I am one of the civilian attorneys for SERGEANT GARY A. STEIN ("STEIN"), Plaintiff herein; that I am admitted to practice before all Courts of this State, including all Federal courts in this state, and that, if called upon to do so, I could, and would, competently testify as follows:

2. That Defendants have scheduled administrative separation proceedings against STEIN on Thursday, April 5, 2012, which has the intent to result in his immediate discharge from the U.S. Marine Corps and, that there is insufficient time, as a result, to prepare to defend STEIN in a case of this magnitude, in such a short amount of time;

3. That a copy of the accompanying Application, the accompanying Memorandum of Points and Authorities, supporting papers and the Complaint in this action, shall be sent to Defendants and/or their legal counsel, as applicable, by e-mail and/or overnight delivery and within one business day after the date of the filing of this Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 2nd day of April, 2012, at Ramona, California.

GARY G. KREEP