1  GARY G. KREEP (CA Bar No. 066482)
   NATHANIEL J. OLESON (CA Bar No. 276695)
2  UNITED STATES JUSTICE FOUNDATION
   932 "D" Street, Suite 3
3  Ramona, California 92065
   Tel: (760) 788-6624
4  Fax: (760) 788-6414
   usjf@usjf.net
5  njoleson@gmail.com

6  Attorneys for Plaintiff,
   Gary A. Stein

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10  SERGEANT GARY A. STEIN, United States   )   Case No.:   **'12CV0816 H    BGS**
                                            )
11  Marine Corps, Camp Pendleton, California 92055; )   **DECLARATION OF GARY G. KREEP**
                                            )
12                            Plaintiff,)
                                            )
13                    v.                    )
                                            )
14  COLONEL C.S. DOWLING, Commander,        )
                                            )
15  Weapons and Field Training Battalion, Camp )
                                            )
16  Pendleton, California 92055; RAY MABUS, )
                                            )
17  SECRETARY OF THE UNITED STATES          )
                                            )
18  NAVY, The Pentagon, Washington, D.C.;   )
                                            )
19  UNITED STATES DEPARTMENT OF             )
                                            )
20  DEFENSE, The Pentagon, Washington, D.C.; and )
                                            )
21  UNITED STATES OF AMERICA; BRIGADIER     )
                                            )
22  GENERAL DANIEL YOO.                     )
                                            )
23                        Defendants.)
                                            )

24

25

1

DECLARATION OF GARY G. KREEP

I, GARY G. KREEP, hereby declare as follows:

1.      That I am the attorney for SERGEANT GARY A. STEIN ("STEIN"), Plaintiff herein; that I am admitted to practice before all Courts of this State, and that, if called upon to do so, I could, and would, competently testify as follows:

2.      That, on Tuesday April 3, 2012, I received a letter, dated April 2, 2012, from the office of United States Congressman Duncan Hunter;

3.      That the letter is attached as Exhibit "1," and made a part thereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 3rd day of April, 2012, at Ramona, California.

_____
GARY G. KREEP

DECLARATION OF GARY G. KREEP