**EXHIBIT 1**



**DUNCAN HUNTER**
52D DISTRICT, CALIFORNIA

COMMITTEE ON ARMED SERVICES

COMMITTEE ON
EDUCATION AND THE WORKFORCE
CHAIRMAN, SUBCOMMITTEE ON
EARLY CHILDHOOD, ELEMENTARY AND
SECONDARY EDUCATION

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE

223 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0552
(202) 225-5672
FAX: (202) 225-0235

1870 CORDELL COURT, #206
EL CAJON, CA 92020
(619) 448-5201
FAX: (619) 449-2251

# U.S. House of Representatives
## Washington, DC 20515-0552

April 2, 2012

Colonel C.S. Dowling, USMC
Commanding Officer, Weapons and Field Training Battalion
Marine Corps Recruit Depot
San Diego, CA 92140

Dear Colonel Downing:

It has come to my attention that Sergeant (Sgt) Gary A. Stein will face an Administrative Separation Proceeding on Thursday, April 5th, 2012. More troubling than the justification cited by the Marine Corps for removing Sgt Stein is the length to which the Marine Corps has gone to involuntarily separate this Marine, less than four months from the end of his enlistment.

As you are well aware, the Department of Defense (DoD) issued Directive Number 1344.10 regarding First Amendment rights to speech and other activities. However, this policy is both vague and contradictory in the context of new "social media." In fact, nothing in the directive actually mentions social media and what activity is or is not approved for active duty servicemembers.

While I would expect DoD to issue guidance—or updates—regarding social media so that directive 1344.10 reflects the changing dynamics of social communication, I am unaware of any such guidance that clarifies the complexities and inconsistencies of this directive as it relates to social media. Because of the ambiguity regarding this issue, I urge the Marine Corps to withdraw the discharge proceedings and allow Sgt Stein to complete his enlistment over the coming months—as requested by Sgt Stein and his legal representation.

More importantly, DoD and the service branches should use this opportunity to clearly articulate a policy for the use of social media among servicemembers. In the meantime, Sgt Stein should not face separation for expressing an opinion shared by a majority of Marines, in a forum that encourages civil interaction between family, friends and acquaintances. Further, he did not appear to be representing the Marine Corps or creating the illusion that he was speaking in some official capacity.

Thank you for your attention to this matter.

Sincerely,

Duncan Hunter
Member of Congress