**ATTACHMENT B**



UNITED STATES MARINE CORPS
WEAPONS AND FIELD TRAINING BATTALION
MARINE CORPS RECRUIT DEPOT SAN DIEGO
EDSON RANGE, BOX 555181
CAMP PENDLETON, CALIFORNIA 92055-5181

IN REPLY REFER TO:
1900
S-1
21 Mar 12

From: Commanding Officer, Weapons and Field Training Battalion, Marine Corps Recruit Depot San Diego, CA
To:   President, Administrative Discharge Board

Subj: APPOINTMENT LETTER FOR THE ADMINISTRATIVE DISCHARGE BOARD ICO SERGEANT GARY A. STEIN, USMC, 0101/6842

Ref:  (a) MCO P1900.16F (MARCORSEPMAN)

1. In accordance with paragraph 6314 of the reference, an Administrative Separation Board will be convened on 30 March 2012 at Weapons and Field Training Battalion, Camp Pendleton, CA to hear the subject case. The officer(s) and staff non-commissioned officer(s) listed below are appointed as Administrative Separation Board Members:

### MEMBERS

LtCol R. L. Hairston, USMC, President;
Maj T. D. Wardinsky, USMC, member; and
SgtMaj P. A. Siaw, USMC, member.

2. Your attention is directed to the provisions of Section 3 of Chapter 6 of the reference for guidance and compliance. Attendance at the proceedings of the Board is the primary duty for each member. All absences must be approved by the Staff Judge Advocate, MCRD San Diego.

3. The Recorder will be assigned by the Staff Judge Advocate, MCRD San Diego. Counsel for the Respondent will be assigned by the Senior Defense Counsel, Office of the Staff Judge Advocate, MCRD San Diego.

4. The Board will be conducted at the Weapons and Field Training Battalion Conference Room or at other places as directed.

5. The board's report and record will be prepared according to the references and forwarded to me within 30 days after the Board has adjourned. Extensions of this due date must be requested in writing.

C. S. DOWLING