# ATTACHMENT C



**UNITED STATES MARINE CORPS**
WEAPONS AND FIELD TRAINING BATTALION
MARINE CORPS RECRUIT DEPOT SAN DIEGO
EDSON RANGE, BOX 555181
CAMP PENDLETON, CALIFORNIA 92055-5181

IN REPLY REFER TO:
1900
S-1
26 Mar 12

SECOND ENDORSEMENT on Defense Counsel ltr 5800 9D of 25 Mar 12

From: Convening Authority
To:   Detailed Defense Counsel

Subj: REQUEST FOR DELAY

1. Pursuant to paragraph 6304.3c of the reference, your request is denied.

C. S. DOWLING