**ATTACHMENT D**

Nathaniel Oleson <njoleson@gmail.com>

 **In re Sgt. Gary Stein**

**Nathaniel Oleson** <njoleson@gmail.com>   Tue, Apr 3, 2012 at 3:22 PM
To: Nate Oleson <njoleson@gmail.com>

> From: Nicholas Grey [mailto:nrgrey@gmail.com]
> Sent: Monday, April 02, 2012 10:09 PM
> To: Gary Kreep; Nathaniel Oleson
> Subject: Fwd: In re Sgt. Gary Stein
>
> Sir, the continuance to April 5 was via email, attached below.
>
> ---------- Forwarded message ----------
> From: Sullivan LtCol Sean <sean.sullivan@usmc.mil>
> Date: Wed, Mar 28, 2012 at 7:23 AM
> Subject: RE: In re Sgt. Gary Stein
> To: Mark Brewer <brewer@bplaw.com>, Houtz Maj Pete D <pete.houtz@usmc.mil>,
> Torresala Capt John W <john.torresala@usmc.mil>
> Cc: Nicholas Grey <nrgrey@gmail.com>
>
> Mr. Brewer,
>
> As per our phone conference yesterday, I am the cognizant Staff Judge
> Advocate for MCRD, San Diego. Please be advised that the Convening Authority
> has granted your request for continuance of this matter to 0800 5 April
> 2012. The subject hearing will commence at 0800 in the conference room at
> Weapons Field Training Battalion located at Camp Pendleton, California.
>
> Major Houtz, as the legal advisor to the Board, please ensure that you
> communicate this schedule change to all members.
>
> Captain Torresala, as the Recorder to the Board, please ensure that you
> immediately coordinate with defense counsel in order to ensure all requests
> to produce witnesses for the subject hearing are routed expeditiously.
>
> Very respectfully yours
>
> LtCol Sean M. Sullivan, USMCR
> Staff Judge Advocate, MCRD
> 3700 Chosin Ave, Building 12
> San Diego Ca 92140
> (O)  619 524 4104 DSN 524 4104
> (BB) 619 302 2145
>
> WARNING: ATTORNEY WORK PRODUCT
> Information contained in this correspondence may be ATTORNEY WORK PRODUCT;
> this material is confidential and protected by applicable law, and is
> authorized for viewing by its intended recipients only. If you have received
> this message in error, reply to the sender immediately, and destroy any
> copies and attachments, electronic or print, which you have made of this
> message.
>
> PRIVACY ACT WARNING:
> This message may also contain information protected by the Privacy Act of
> 1974 and other law or regulation pertaining to the safeguarding of
> Personally-Identifiable Information (PII). Improper disclosure of the

contents of this email may give rise to civil and/or criminal penalties.

-----Original Message-----
From: Mark Brewer [mailto:brewer@bplaw.com]
Sent: Tuesday, March 27, 2012 9:20 AM
To: Dowling Col Christopher S; Houtz Maj Pete D; Sullivan LtCol Sean
Cc: Nicholas Grey
Subject: In re Sgt. Gary Stein
Importance: High

Dear Colonel Dowling:

Please see the attached letter request for continuance of the administrative discharge hearing scheduled for this Saturday, 31 March 2012. Your immediate attention to this important matter is respectfully requested.

Thank you.

J. Mark Brewer | Brewer & Pritchard PC | 3 Riverway, Ste 1800 | Houston, Tx 77056 | 713.209.2910

www.bplaw.com <http://www.bplaw.com/>


--
Nathaniel J. Oleson

The information contained in this email, as well as any attached document, contains information from the Law Office of Nathaniel J. Oleson that is confidential and privileged, or may contain attorney work product and is intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Due to the nature of the email, there is no guarantee that this message has not been edited after receipt.