# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, United States Marine Corps, Camp Pendleton, California 92055, | CASE NO. 12-CV-0816-H (BGS) |
| | **SCHEDULING ORDER** |
| Plaintiff, | |
| vs. | |
| COLONEL C.S. DOWLING, Commander, Weapons and Field Training Battalion, Camp Pendleton, California 92055; RAY MABUS, SECRETARY OF THE UNITED STATES NAVY, The Pentagon, Washington, D.C.; UNITED STATES DEPARTMENT OF DEFENSE, The Pentagon, Washington, D.C.; UNITED STATES OF AMERICA; and BRIGADIER GENERAL DANIEL YOO, | |
| Defendants. | |

On April 3, 2012, Plaintiff Sergeant Gary A. Stein ("Plaintiff" or "Stein") filed an *ex parte* motion for temporary restraining order and order to show cause why a preliminary injunction should not issue. Plaintiff alleges that Defendants have scheduled administrative separation proceedings against Stein on Thursday, April 5, 2012. Plaintiff alleges that "the conduct sought to be enjoined, if allowed to occur, will cause immediate and irreparable injury" to Stein.

///

///

12cv816

1    The Court declines to address Plaintiff's motion *ex parte*, and sets a hearing for

2   April 4, 2012 at 12:00 p.m. in Courtroom 13.  Additionally, the Court requests Defendants to

3   file a response to Plaintiff's motion by 11:00 a.m. on April 4, 2012.

4    **IT IS SO ORDERED.**

5   Dated: 4/3/12

6

7                                  MARILYN L. HUFF, District Judge
                                   UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12cv816