FILED

APR 04 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

MARINE CORPS RECRUIT DEPOT SAN DIEGO
WESTERN RECRUITING REGION

| | |
|---|---|
| UNITED STATES ) | ADMINISTRATIVE SEPARATION BOARD |
| v. ) | |
| ) | AFFIDAVIT OF COL CHRISTOPHER DOWLING |
| STEIN, Gary A. ) | |
| Sergeant ) | |
| U.S. Marine Corps ) | |
| XXX XX 0101 ) | (4 APR 12) |
| ) | |

I, Colonel Christopher Dowling, United States Marine Corps, hereby declare, under penalty of perjury, that the following facts are true:

1. I am currently assigned as the Commanding Officer, Weapons and Field Training Battalion, Marine Corps Recruit Depot San Diego. I am the Commanding Officer for Sergeant Gary A. Stein, USMC.

2. I initiated administrative separations proceedings against Sergeant Stein on or about 21 March 2012 after it came to my attention that Sergeant Stein had violated Articles 92 and 134 of the Uniform Code of Military Justice.

3. I am also aware that on or about 22 March 2012, Sergeant Stein again violated Article 92 of the Uniform Code of Military Justice, by speaking at a partisan political gathering of the Fallbrook Tea Party, only one day after I advised him he was suspected of violating DoD Directive 1344.10 by engaging in partisan political actives as defined therein.

4. On 23 March 2012, I issued Sergeant Stein a "Page 11" counseling form, which is a formal written counseling to be included in the Marine's official service record that

included all the misconduct Sergeant Stein has been alleged to have committed, including his misconduct subsequent to my initial notification.

5. I am also aware that Sergeant Stein has participated in several media interviews claiming that this Command has trumped up the charges against him and he is being unfairly punished for speaking out against a liberal Administration.

6. I can attest to the negative impact these events have had, and continue to have, on my Command. Specifically, I am aware of an incident that occurred in the afternoon on 22 March 2012 where a member of my command got into a verbal altercation with Sergeant Stein regarding the comments Sergeant Stein had been making in the press. At the time, Sergeant Stein was executing his duties as the Training Non-Commissioned Officer (NCO) and was attempting to collect score cards from range personnel for recruit training. The Marine NCO verbally denounced Sergeant Stein's comments, asked him to leave the range offices, and refused to deal with Sergeant Stein any further. This specific incident has cause irreparable damage to good order and discipline within my Command; to ensure that recruit training is efficiently and effectively carried out, I rely on the coordination and teamwork of my Marines to accomplish our training mission. When subordinate Marines refuse to deal with each other it hampers my ability as the Commanding Officer to discharge my responsibilities and carry out the recruit training mission that is mandated by my higher headquarters. Additionally, the lack of unity amongst NCOs sets a terrible example for junior Marines and has the very real potential to undermine the chain of command.

7. Additionally, Sergeant Stein's conduct has become the subject of a Marine Corps Times article, available in every post exchange across the Marine Corps, wherein various Marines from across the Corps have questioned my perceived lack of response to Sergeant Stein's misconduct. My attempts to gain all information prior to making an informed decision regarding the initiation of administrative separations proceedings have apparently been perceived by other Marines as a lack of dedication to good order and discipline. I can categorically declare this is not the case; my primary concern is for the effectiveness of my unit, the Marines under my charge, and the maintenance of good order and discipline within my Command. However, I have purposefully been measured in my response to Sergeant Stein's conduct, given the sensitivity of the issues, and directed a full investigation thereof. Sergeant Stein's immediate reaction was to disparage this Command in the press, which he has continued to do to the present.

8. Any further delay of these proceedings will not only frustrate the administrative separations proceedings, which I am authorized to initiate pursuant to Marine Corps order, but also serve to further erode good order and discipline within my Command. Every day that passes is a black eye to my Command and an embarrassment to the Marine Corps.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 20120404.

C. S. DOWLING
Colonel, USMC

3