UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN,<br><br>  Plaintiff,<br><br>  v.<br><br>COLONEL C. S. DOWLING, et al.,<br><br>  Defendants. | Case No. 12cv0816-H(BGS)<br><br>CERTIFICATE OF SERVICE BY MAIL |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

**SUPPLEMENTAL BRIEFING REQUESTED BY THE COURT**

on the following parties by placing a copy in a separate envelope, with postage fully prepaid, and depositing in the U. S. Mail at 880 Front St., San Diego, CA.:

Gary G. Kreep
United States Justice Foundation
932 "D" Street, Ste. 3
Ramona, CA 92065
Attorney for Sgt. Gary A. Stein

I declare under penalty of perjury that the foregoing is true and correct.

  Executed on April 5, 2012

                    s/ Tom Stahl
                    _____
                    Tom Stahl
                    Assistant U.S. Attorney
                    E-Mail:Thomas.Stahl@usdoj.gov