FILED

APR 04 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        DEPUTY

# APPENDIX 12
## MAXIMUM PUNISHMENT CHART

This chart was compiled for convenience purposes only and is not the authority for specific punishments. See Part IV and R.C.M. 1003 for specific limits and additional information concerning maximum punishments.

| Article | Offense | Discharge | Confinement | Forfeitures |
|---|---|---|---|---|
| 77 | Principals (*see* Part IV, Para. 1 and pertinent offenses) | | | |
| 78 | Accessory after the fact (*see* Part IV, Para. 3.e.) | | | |
| 79 | Lesser included offenses (*see* Part IV, Para. 2 and pertinent offenses) | | | |
| 80 | Attempts (*see* Part IV, Para. 4.e.) | | | |
| 81 | Conspiracy (*see* Part IV, Para. 5.c.) | | | |
| 82 | Solicitation  If solicited offense committed, or attempted, *see* Part IV, Para. 6.c. If solicited offense not committed: | | | |
| | Solicitation to desert[1] | DD, BCD | 3 yrs.[1] | Total |
| | Solicitation to mutiny[1] | DD, BCD | 10 yrs.[1] | Total |
| | Solicitation to commit act of misbehavior before enemy[1] | DD, BCD | 10 yrs.[1] | Total |
| | Solicitation to commit act of sedition[1] | DD, BCD | 10 yrs.[1] | Total |
| 83 | Fraudulent enlistment, appointment | DD, BCD | 2 yrs. | Total |
| | Fraudulent separation | DD, BCD | 5 yrs. | Total |
| 84 | Effecting unlawful enlistment, appointment, separation | DD, BCD | 5 yrs. | Total |
| 85 | Desertion | | | |
| | In time of war | Death, DD, BCD | Life[4] | Total |
| | Intent to avoid hazardous duty, shirk important service[1] | DD, BCD | 5 yrs.[1] | Total |
| | Other cases | | | |
| | Terminated by apprehension | DD, BCD | 3 yrs.[1] | Total |
| | Otherwise terminated | DD, BCD | 2 yrs.[1] | Total |
| 86 | Absence without leave, etc. | | | |
| | Failure to go, going from place of duty | None | 1 mo. | 2/3 1 mo. |
| | Absence from unit, organization, etc. | | | |
| | Not more than 3 days | None | 1 mo. | 2/3 1 mo. |
| | More than 3, not more than 30 days | None | 6 mos. | 2/3 6 mos. |
| | More than 30 days | DD, BCD | 1 yr. | Total |
| | More than 30 days and terminated by apprehension | DD, BCD | 1 yr., 6 mos. | Total |
| | Absence from guard or watch | None | 3 mos. | 2/3 3 mos. |
| | Absence from guard or watch with intent to abandon | BCD | 6 mos. | Total |
| | Absence with intent to avoid maneuvers, field exercises | BCD | 6 mos. | Total |
| 87 | Missing movement | | | |
| | Through design | DD, BCD | 2 yrs. | Total |
| | Through neglect | BCD | 1 yr. | Total |
| 88 | Contempt toward officials | Dismissal | 1 yr. | Total |
| 89 | Disrespect toward superior commissioned officer | BCD | 1 yr. | Total |
| 90 | Assaulting, willfully disobeying superior commissioned officer | | | |
| | In time of war | Death, DD, BCD | Life[4] | Total |
| | Striking, drawing or lifting up any weapon or offering any violence toward superior commissioned officer execution of duty[1] | DD, BCD | 10 yrs.[1] | Total |
| | Willfully disobeying lawful order of superior commissioned officer[1] | DD, BCD | 5 yrs.[1] | Total |
| 91 | Insubordinate conduct toward warrant, noncommissioned, petty officer | | | |
| | Striking or assaulting: | | | |
| | Warrant officer | DD, BCD | 5 yrs. | Total |
| | Superior noncommissioned officer | DD, BCD | 3 yrs. | Total |
| | Other noncommissioned or petty officer | DD, BCD | 1 yr. | Total |
| | Willfully disobeying: | | | |
| | Warrant officer | DD, BCD | 2 yrs. | Total |
| | Noncommissioned or petty officer | BCD | 1 yr. | Total |
| | Contempt, disrespect toward: | | | |
| | Warrant Officer | BCD | 9 mos. | Total |
| | Superior noncommissioned or petty officer | BCD | 6 mos. | Total |
| | Other noncommissioned or petty officer | None | 3 mos. | 2/3 3 mos. |

**App. 12, Art. 92**

This chart was compiled for convenience purposes only and is not the authority for specific punishments. *See* Part IV and R.C.M. 1003 for specific limits and additional information concerning maximum punishments.

| Article | Offense | Discharge | Confinement | Forfeitures |
|---|---|---|---|---|
| 92 | Failure to obey order, regulation | | | |
| | Violation, failure to obey general order or regulation [2] | DD, BCD | 2 yrs. | Total |
| | Violation, failure to obey other order [2] | BCD | 6 mos. | Total |
| | Dereliction in performance of duties | | | |
| | Through neglect, culpable inefficiency | None | 3 mos. | 2/3 3 mos. |
| | Willful | BCD | 6 mos. | Total |
| 93 | Cruelty, maltreatment of subordinates | DD, BCD | 1 yr. | Total |
| 94 | Mutiny & sedition | Death, DD, BCD | Life[4] | Total |
| 95 | Resisting apprehension, flight, breach of arrest, escape | | | |
| | Resisting apprehension | BCD | 1 yr. | Total |
| | Flight from apprehension | BCD | 1 yr. | Total |
| | Breaking arrest | BCD | 6 mos. | Total |
| | Escape from custody, pretrial confinement, or confinement on bread and water or diminished rations | DD, BCD | 1 yr. | Total |
| | Escape from post-trial confinement | DD, BCD | 5 yrs. | Total |
| 96 | Releasing prisoner without proper authority | DD, BCD | 2 yrs. | Total |
| | Suffering prisoner to escape through neglect | BCD | 1 yr. | Total |
| | Suffering prisoner to escape through design | DD, BCD | 2 yrs. | Total |
| 97 | Unlawful detention | DD, BCD | 3 yrs. | Total |
| 98 | Noncompliance with procedural rules, etc. | | | |
| | Unnecessary delay in disposition of case | BCD | 6 mos. | Total |
| | Knowingly, intentionally failing to comply, enforce code | DD, BCD | 5 yrs. | Total |
| 99 | Misbehavior before enemy | Death, DD, BCD | Life[4] | Total |
| 100 | Subordinate compelling surrender | Death, DD, BCD | Life[4] | Total |
| 101 | Improper use of countersign | Death, DD, BCD | Life[4] | Total |
| 102 | Forcing safeguard | Death, DD, BCD | Life[4] | Total |
| 103 | Captured, abandoned property; failure to secure, etc. | | | |
| | Of value of $500.00 or less | BCD | 6 mos. | Total |
| | Of value of more than $500.00 | DD, BCD | 5 yrs. | Total |
| | Any firearm or explosive | DD, BCD | 5 yrs. | Total |
| | Looting, pillaging | DD, BCD | Life[4] | Total |
| 104 | Aiding the enemy | Death, DD, BCD | Life[4] | Total |
| 105 | Misconduct as prisoner | DD, BCD | Life[4] | Total |
| 106 | Spying | Mandatory Death, DD, BCD | Not applicable | Total |
| 106a | Espionage | | | |
| | Cases listed in Art. 106a(a)(1)(A)–(D) | Death, DD, BCD | Life[4] | Total |
| | Other cases | DD, BCD | Life[4] | Total |
| 107 | False official statements | DD, BCD | 5 yrs. | Total |
| 108 | Military property; loss, damage, destruction, disposition | | | |
| | Selling, otherwise disposing | | | |
| | Of value of $500.00 or less | BCD | 1 yr. | Total |
| | Of value of more than $500.00 | DD, BCD | 10 yrs. | Total |
| | Any firearm, explosive or incendiary device | DD, BCD | 10 yrs. | Total |
| | Damaging, destroying, losing or suffering to be lost, damaged, destroyed, sold, or wrongfully disposed: | | | |
| | Through neglect, of a value of: | | | |
| | $500.00 or less | None | 6 mos. | 2/3 6 mos. |
| | More than $500.00 | BCD | 1 yr. | Total |
| | Willfully, of a value of | | | |
| | $500.00 or less | BCD | 1 yr. | Total |
| | More than $500.00 | DD, BCD | 10 yrs. | Total |
| | Any firearm, explosive, or incendiary device | DD, BCD | 10 yrs. | Total |

This chart was compiled for convenience purposes only and is not the authority for specific punishments. *See* Part IV and R.C.M. 1003 for specific limits and additional information concerning maximum punishments.

| Article | Offense | Discharge | Confinement | Forfeitures |
|---|---|---|---|---|
| 109 | Property other than military property of U.S.: loss, damage, destruction, disposition: | | | |
| | Wasting, spoiling, destroying, or damaging property of a value of: | | | |
| | $500.00 or less | BCD | 1 yr. | Total |
| | More than $500.00 | DD, BCD | 5 yrs. | Total |
| 110 | Hazarding a vessel | | | |
| | Willfully and wrongfully | Death, DD, BCD | Life[4] | Total |
| | Negligently | DD, BCD | 2 yrs. | Total |
| 111 | Drunken driving | | | |
| | Resulting in personal injury | DD, BCD | 1 yr., 6 mos. | Total |
| | Other cases | BCD | 6 mos. | Total |
| 112 | Drunk on duty | BCD | 9 mos. | Total |
| 112a | Wrongful use, possession, etc. of controlled substances [3] | | | |
| | Wrongful use, possession, manufacture, or introduction of: | | | |
| | Amphetamine, cocaine, heroin, lysergic acid diethylamide, marijuana (except possession of less than 30 grams or use), methamphetamine, opium, phencyclidine, secobarbital, and Schedule I, II, and III controlled substances | DD, BCD | 5 yrs. | Total |
| | Marijuana (possession of less than 30 grams or use), phenobarbital, and Schedule IV and V controlled substances | DD, BCD | 2 yrs. | Total |
| | Wrongful distribution of, or, with intent to distribute, wrongful possession, manufacture, introduction, or wrongful importation of or exportation of: | | | |
| | Amphetamine, cocaine, heroin, lysergic acid diethylamide, marijuana, methamphetamine, opium, phencyclidine, secobarbital, and Schedule I, II, and III controlled substances | DD, BCD | 15 yrs. | Total |
| | Phenobarbital and Schedule IV and V controlled substances | DD, BCD | 10 yrs. | Total |
| 113 | Misbehavior of sentinel or lookout | | | |
| | In time of war | Death, DD, BCD | Life[4] | Total |
| | In other time: | | | |
| | While receiving special pay under 37 U.S.C. 310 | DD, BCD | 10 yrs. | Total |
| | Other places | DD, BCD | 1 yr. | Total |
| 114 | Dueling | DD, BCD | 1 yr. | Total |
| 115 | Malingering | | | |
| | Feigning illness, etc. | | | |
| | In time of war, or while receiving special pay under 37 U.S.C. 310 | DD, BCD | 3 yrs. | Total |
| | Other | DD, BCD | 1 yr. | Total |
| | Intentional self-inflicted injury | | | |
| | In time of war, or while receiving special pay under 37 U.S.C. 310 | DD, BCD | 10 yrs. | Total |
| | Other | DD, BCD | 5 yrs. | Total |
| 116 | Riot | DD, BCD | 10 yrs. | Total |
| | Breach of peace | None | 6 mos. | 2/3 6 mos. |
| 117 | Provoking speech, gestures | None | 6 mos. | 2/3 6 mos. |
| 118 | Murder | | | |
| | Article 118(1) or (4) | Death, mandatory minimum life with parole, DD, BCD | Life[4] | Total |
| | Article 118(2) or (3) | DD, BCD | Life[4] | Total |
| 119 | Manslaughter | | | |
| | Voluntary | DD, BCD | 15 yrs. | Total |
| | Involuntary | DD, BCD | 10 yrs. | Total |
| 119a | Death or injury to an Unborn Child (*see* Part IV, Para. 44a.(a)(1)) | | | |
| 120 | Rape and Rape of a Child | Death, DD, BCD | Life | Total |
| | Aggravated Sexual Assault | DD, BCD | 30 yrs | Total |
| | Aggravated Sexual Assault of a Child | DD, BCD | 20 yrs | Total |
| | Aggravated Sexual Abuse of a Child | DD, BCD | 20 yrs | Total |
| | Aggravated Sexual Contact | DD, BCD | 20 yrs | Total |
| | Aggravated Sexual Contact with a Child | DD, BCD | 20 yrs | Total |
| | Abusive Sexual Contact with a Child | DD, BCD | 15 yrs | Total |

**App. 12, Art. 120**

This chart was compiled for convenience purposes only and is not the authority for specific punishments. *See* Part IV and R.C.M. 1003 for specific limits and additional information concerning maximum punishments.

| Article | Offense | Discharge | Confinement | Forfeitures |
|---|---|---|---|---|
| | Indecent Liberty with a Child | DD, BCD | 15 yrs | Total |
| | Abusive Sexual Contact | DD, BCD | 7 yrs | Total |
| | Indecent Act | DD, BCD | 5 yrs | Total |
| | Forcible Pandering | DD, BCD | 5 yrs | Total |
| | Wrongful Sexual Contact | DD, BCD | 1 yr | Total |
| | Indecent Exposure | DD, BCD | 1 yr | Total |
| 120a | Stalking | DD, BCD | 3 yrs | Total |
| 121 | Larceny | | | |
| | Of military property of a value of $500.00 or less | BCD | 1 yr. | Total |
| | Of property other than military property of a value of $500.00 or less | BCD | 6 mos. | Total |
| | Of military property of a value of more than $500.00 or of any military motor vehicle, aircraft, vessel, firearm, or explosive | DD, BCD | 10 yrs. | Total |
| | Of property other than military property of a value of more than $500.00 or any motor vehicle, aircraft, vessel, firearm, or explosive | DD, BCD | 5 yrs. | Total |
| | Wrongful appropriation | | | |
| | Of value of $500.00 or less | None | 3 mos. | 2/3 3 mos. |
| | Of value of more than $500.00 | BCD | 6 mos. | Total |
| | Of any motor vehicle, aircraft, vessel, firearm, or explosive | DD, BCD | 2 yrs. | Total |
| 122 | Robbery | | | |
| | Committed with a firearm | DD, BCD | 15 yrs. | Total |
| | Other cases | DD, BCD | 10 yrs. | Total |
| 123 | Forgery | DD, BCD | 5 yrs. | Total |
| 123a | Checks, etc., insufficient funds, intent to deceive | | | |
| | To procure anything of value of: | | | |
| | $500.00 or less | BCD | 6 mos. | Total |
| | More than $500.00 | DD, BCD | 5 yrs. | Total |
| | For payment of past due obligation, and other cases | BCD | 6 mos. | Total |
| 124 | Maiming | DD, BCD | 20 yrs | Total |
| 125 | Sodomy | | | |
| | By force and without consent | DD, BCD | Life[4] | Total |
| | With child under age of 16 years and at least 12 | DD, BCD | 20 yrs. | Total |
| | With child under the age of 12 | DD, BCD | Life[4] | Total |
| | Other cases | DD, BCD | 5 yrs. | Total |
| 126 | Arson | | | |
| | Aggravated | DD, BCD | 20 yrs. | Total |
| | Other cases, where property value is: | | | |
| | $500.00 or less | DD, BCD | 1 yr. | Total |
| | More than $500.00 | DD, BCD | 5 yrs. | Total |
| 127 | Extortion | DD, BCD | 3 yrs. | Total |
| 128 | Assaults | | | |
| | Simple Assault: | | | |
| | Generally | None | 3 mos. | 2/3 3 mos. |
| | With an unloaded firearm | DD, BCD | 3 yrs. | Total |
| | Assault consummated by battery | BCD | 6 mos. | Total |
| | Assault upon commissioned officer of U.S. or friendly power not in execution of office | DD, BCD | 3 yrs. | Total |
| | Assault upon warrant officer, not in execution of office | DD, BCD | 1 yr., 6 mos. | Total |
| | Assault upon noncommissioned or petty officer not in execution of office | BCD | 6 mos. | Total |
| | Assault upon, in execution of office, person serving as sentinel, lookout, security policeman, military policeman, shore patrol, master at arms, or civil law enforcement | DD, BCD | 3 yrs. | Total |
| | Assault consummated by battery upon child under age of 16 years | DD, BCD | 2 yrs. | Total |
| | Assault with dangerous weapon or means likely to produce grievous bodily harm or death: | | | |
| | Committed with loaded firearm | DD, BCD | 8 yrs. | Total |
| | Other cases | DD, BCD | 3 yrs. | Total |
| | Assault in which grievous bodily harm is intentionally inflicted: | | | |

**A12-4**

This chart was compiled for convenience purposes only and is not the authority for specific punishments. *See* Part IV and R.C.M. 1003 for specific limits and additional information concerning maximum punishments.

| Article | Offense | Discharge | Confinement | Forfeitures |
|---|---|---|---|---|
| | With a loaded firearm | DD, BCD | 10 yrs. | Total |
| | Other cases | DD, BCD | 5 yrs. | Total |
| | Aggravated assault with a dangerous weapon or other means of force to produce death or grievous bodily harm when committed upon a child under the age of 16 years | DD, BCD | 5 yrs | Total |
| | Aggravated assault in which grievous bodily harm is intentionally inflicted when committed upon a child under the age of 16 years | DD, BCD | 8 yrs | Total |
| 129 | Burglary | DD, BCD | 10 yrs. | Total |
| 130 | Housebreaking | DD, BCD | 5 yrs. | Total |
| 131 | Perjury | DD, BCD | 5 yrs. | Total |
| 132 | Frauds against the United States | | | |
| | Offenses under article 132(1) or (2) | DD, BCD | 5 yrs. | Total |
| | Offenses under article 132(3) or (4) | | | |
| | $500.00 or less | BCD | 6 mos. | Total |
| | More than $500.00 | DD, BCD | 5 yrs. | Total |
| 133 | Conduct unbecoming officer (*see* Part IV, para. 59e) | Dismissal | 1 yr. or as prescribed | Total |
| 134 | Abusing public animal | None | 3 mos. | 2/3 3 mos. |
| | Adultery | DD, BCD | 1 yr. | Total |
| | Assault | | | |
| | With intent to commit murder or rape | DD, BCD | 20 yrs. | Total |
| | With intent to commit voluntary manslaughter, robbery, sodomy, arson, or burglary | DD, BCD | 10 yrs. | Total |
| | With intent to commit housebreaking | DD, BCD | 5 yrs. | Total |
| | Bigamy | DD, BCD | 2 yrs. | Total |
| | Bribery | DD, BCD | 5 yrs. | Total |
| | Graft | DD, BCD | 3 yrs. | Total |
| | Burning with intent to defraud | DD, BCD | 10 yrs. | Total |
| | Check, worthless, making and uttering—by dishonorably failing to maintain funds | BCD | 6 mos. | Total |
| | Child Endangerment: | | | |
| | Endangerment by design resulting in grievous bodily harm | DD, BCD | 8 yrs | Total |
| | Endangerment by design resulting in harm | DD, BCD | 5 yrs | Total |
| | Other cases by design | DD, BCD | 4 yrs | Total |
| | Endangerment by culpable negligence resulting in grievous bodily harm | DD, BCD | 3 yrs | Total |
| | Endangerment by culpable negligence resulting in harm | BCD | 2 yrs | Total |
| | Other cases by culpable negligence | BCD | 1 yr | Total |
| | Cohabitation, wrongful | None | 4 mos. | 2/3 4 mos. |
| | Correctional custody, escape from | DD, BCD | 1 yr. | Total |
| | Correctional custody, breach of | BCD | 6 mos. | Total |
| | Debt, dishonorably failing to pay | BCD | 6 mos. | Total |
| | Disloyal statements | DD, BCD | 3 yrs. | Total |
| | Disorderly conduct | | | |
| | Under such circumstances as to bring discredit | None | 4 mos. | 2/3 4 mos. |
| | Other cases | None | 1 mo. | 2/3 1 mo. |
| | Drunkenness | | | |
| | Aboard ship or under such circumstances as to bring discredit | None | 3 mos. | 2/3 3 mos. |
| | Other cases | None | 1 mo. | 2/3 1 mo. |
| | Drunk and disorderly | | | |
| | Aboard ship | BCD | 6 mos. | Total |
| | Under such circumstances as to bring discredit | None | 6 mos. | 2/3 6 mos. |
| | Other cases | None | 3 mos. | 2/3 3 mos. |
| | Drinking liquor with prisoner | None | 3 mos. | 2/3 3 mos. |
| | Drunk prisoner | None | 3 mos. | 2/3 3 mos. |
| | Drunkenness—incapacitating oneself for performance of duties through prior indulgence in intoxicating liquor or drugs | None | 3 mos. | 2/3 3 mos. |
| | Endangerment, reckless | BCD | 1 yr. | Total |
| | False or unauthorized pass offenses | | | |

**App. 12, Art. 134**

This chart was compiled for convenience purposes only and is not the authority for specific punishments. *See* Part IV and R.C.M. 1003 for specific limits and additional information concerning maximum punishments.

| Article | Offense | Discharge | Confinement | Forfeitures |
|---|---|---|---|---|
| | Possessing or using with intent to defraud or deceive, or making, altering, counterfeiting, tampering with, or selling | DD, BCD | 3 yrs. | Total |
| | All other cases | BCD | 6 mos. | Total |
| | False pretenses, obtaining services under | | | |
| | Of a value of $500.00 or less | BCD | 6 mos. | Total |
| | Of a value of more than $500.00 | DD, BCD | 5 yrs. | Total |
| | False swearing | DD, BCD | 3 yrs. | Total |
| | Firearm, discharging—through negligence | None | 3 mos. | 2/3 3 mos. |
| | Firearm, discharging—willfully, under such circumstances as to endanger human life | DD, BCD | 1 yr. | Total |
| | Fleeing scene of accident | BCD | 6 mos. | Total |
| | Fraternization | Dismissal | 2 yrs. | Total |
| | Gambling with subordinates | None | 3 mos. | 2/3 3 mos. |
| | Homicide, negligent | DD, BCD | 3 yrs. | Total |
| | Impersonation | | | |
| | With intent to defraud | DD, BCD | 3 yrs. | Total |
| | All other cases | BCD | 6 mos. | Total |
| | Indecent language | | | |
| | Communicated to child under 16 yrs | DD, BCD | 2 yrs. | Total |
| | Other cases | BCD | 6 mos. | Total |
| | Jumping from vessel into the water | BCD | 6 mos. | Total |
| | Kidnapping | DD, BCD | Life[4] | Total |
| | Mail, taking, opening, secreting, destroying, or stealing | DD, BCD | 5 yrs. | Total |
| | Mails, depositing or causing to be deposited obscene matters in | DD, BCD | 5 yrs. | Total |
| | Misprision of serious offense | DD, BCD | 3 yrs. | Total |
| | Obstructing justice | DD, BCD | 5 yrs. | Total |
| | Wrongful interference with an adverse administrative proceeding | DD, BCD | 5 yrs. | Total |
| | Pandering | DD, BCD | 5 yrs. | Total |
| | Prostitution | DD, BCD | 1 yr. | Total |
| | Parole, violation of | BCD | 6 mos. | 2/3 6 mos. |
| | Perjury, subornation of | DD, BCD | 5 yrs. | Total |
| | Public record, altering, concealing, removing, mutilating, obliterating, or destroying | DD, BCD | 3 yrs. | Total |
| | Quarantine, breaking | None | 6 mos. | 2/3 6 mos. |
| | Reckless endangerment | BCD | 1 yr. | Total |
| | Restriction, breaking | None | 1 mo. | 2/3 1 mo. |
| | Seizure, destruction, removal, or disposal of property to prevent | DD, BCD | 1 yr. | Total |
| | Self-injury without intent to avoid service | | | |
| | In time of war, or in a hostile fire pay zone | DD | 5 yrs. | Total |
| | Other | DD | 2 yrs. | Total |
| | Sentinel, lookout | | | |
| | Disrespect to | None | 3 mos. | 2/3 3 mos. |
| | Loitering or wrongfully sitting on post by | | | |
| | In time of war or while receiving special pay | DD, BCD | 2 yrs. | Total |
| | Other cases | BCD | 6 mos. | Total |
| | Soliciting another to commit an offense (*see* Part IV, para. 105e) | | | |
| 134 | | | | |
| | Of a value of $500.00 or less | BCD | 6 mos. | Total |
| | Of a value of more than $500.00 | DD, BCD | 3 yrs. | Total |
| | Straggling | None | 3 mos. | 2/3 3 mos. |
| | Testify, wrongfully refusing to | DD, BCD | 5 yrs. | Total |
| | Threat, bomb, or hoax | DD, BCD | 5 yrs. | Total |
| | Threat, communicating | DD, BCD | 3 yrs. | Total |
| | Unlawful entry | BCD | 6 mos. | Total |
| | Weapon, concealed, carrying | BCD | 1 yr. | Total |

This chart was compiled for convenience purposes only and is not the authority for specific punishments. *See* Part IV and R.C.M. 1003 for specific limits and additional information concerning maximum punishments.

| Article | Offense | Discharge | Confinement | Forfeitures |
|---|---|---|---|---|
| | Wearing unauthorized insignia, decoration, badge, ribbon, device, or lapel button | BCD | 6 mos. | Total |

Notes:

[1.] Suspended in time of war.

[2.] See paragraph 16e(1) & (2) Note, Part IV

[3.] When any offense under paragraph 37, Part IV, is committed: while the accused is on duty as a sentinel or lookout; on board a vessel or aircraft used by or under the control of the armed forces; in or at a missile launch facility used by or under the control of the armed forces; while receiving special pay under 37 U.S.C. sec. 310; in time of war; or in a confinement facility used by or under the control of the armed forces, the maximum period of confinement authorized for such offense shall be increased by 5 years.

[4.] With or without eligibility for parole.