ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
David Blair-Loy (SBN 229235)
P.O. Box 87131
San Diego, CA 92138-7131
Tel: (619) 398-4485
Fax: (619) 232-0036
davidloy@aclusandiego.org

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY STEIN,<br><br>Plaintiff,<br><br>v.<br><br>COLONEL C.S. DOWLING, et al.,<br><br>Defendants. | *Case No.* **12-cv-0816 H (BGS)**<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee for the American Civil Liberties Union Foundation of San Diego & Imperial Counties, P.O. Box 87131, San Diego, California 92138-7131; is a person of such age and discretion to be competent to serve papers; and that on **April 3, 2012**, she served copies of the following document(s) to the parties listed below:

1. **COMPLAINT WITH SUPPORTING EXHIBITS A-I**
2. **DECLARATION OF GARY KREEP WITH SUPPORTING EXHIBIT 1**
3. **PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
4. **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

1

5.    DECLARATION OF GARY KREEP IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

6.    DECLARATION OF GARY STEIN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

_____ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be served to the addressee(s) specified hereto.

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) specified on this date before 5:00p.m.

_____ by placing the document(s) listed above in a sealed envelope with certified postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

_____ by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified hereto.

__X__ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Sandra Houston, Civil Process Clerk
U.S. Attorney's Office
101 W. Broadway-15th Floor
San Diego, CA 92101

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on **April 3, 2012**, at San Diego, California.

*/s/ Justine d'Auteuil*
Justine d'Auteuil

2