ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
David Loy (SBN 229235)
P.O. Box 87131
San Diego, CA 92138
Tel: (619) 232-2121
Fax: (619) 232-0036
Email: davidloy@aclusandiego.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, | No. 12-cv-0816 H (BGS) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| COLONEL C.S. DOWLING et al. | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD

    I, the undersigned attorney, enter my appearance as counsel for Plaintiff in the above-captioned case.  I certify that I am admitted to practice in the U.S. District Court for the Southern District of California.  I am registered to receive all Notices of Electronic Filings through the CM/ECF system under the email davidloy@aclusandiego.org.

Dated: April 6, 2012                      Respectfully submitted,

                                               **/s/ David Loy**
                                               David Loy
                                               Attorney for Plaintiff
                                               davidloy@aclusandiego.org