ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
David Blair-Loy (SBN 229235)
P.O. Box 87131
San Diego, CA 92138-7131
Tel: (619) 398-4485
Fax: (619) 232-0036
davidloy@aclusandiego.org

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGEANT GARY STEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLONEL C.S. DOWLING, et al.,<br><br>　　　　Defendants. | *Case No.* **12-cv-0816 H (BGS)**<br><br>**PROOF OF SERVICE** |

　　The undersigned hereby certifies that he is an employee for the American Civil Liberties Union Foundation of San Diego & Imperial Counties, P.O. Box 87131, San Diego, California 92138-7131; is a person of such age and discretion to be competent to serve papers; and that on **April 6, 2012**, he served copies of the following document(s):

　　**1.　NOTICE OF APPEARANCE**

_X___　by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, through which all counsel of record are deemed served.

_____　by transmitting via facsimile the document(s) listed above to the fax number(s) specified on this date before 5:00p.m.

_____　by placing the document(s) listed above in a sealed envelope with certified postage thereon

1

1  fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

2

3  \_\_\_\_\_ by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified hereto.

4

5  \_\_\_\_\_ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

6

7

8  I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on **April 6, 2012**, at San Diego, California.

 **s/ David Loy**
 David Loy