ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
David Blair-Loy (SBN 229235)
P.O. Box 87131
San Diego, CA 92138-7131
Tel: (619) 398-4485
Fax: (619) 232-0036
davidloy@aclusandiego.org

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGEANT GARY STEIN,<br><br>Plaintiff,<br><br>v.<br><br>COLONEL C.S. DOWLING, et al.,<br><br>Defendants. | *Case No.* **12-cv-0816 H (BGS)**<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that he is an employee for the American Civil Liberties Union Foundation of San Diego & Imperial Counties, P.O. Box 87131, San Diego, California 92138-7131; is a person of such age and discretion to be competent to serve papers; and that on **April 6, 2012**, he served copies of the following document(s):

1. **PLAINTIFF'S RENEWED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER**

3. **DECLARATION OF GARY KREEP**

4. **PLAINTIFF'S SUPPLEMENTAL BRIEF AS REQUESTED BY THE COURT**

1

1  _X___ by transmitting via e-filing the document(s) listed above to the Case Management/
Electronic Case filing system, through which all counsel of record are deemed served.

2

3  _____ by transmitting via facsimile the document(s) listed above to the fax number(s) specified
on this date before 5:00p.m.

4

5  _____ by placing the document(s) listed above in a sealed envelope with certified postage thereon
fully prepaid, in the United States mail at San Diego, California addressed as set forth
below.

6

7  _____ by placing the document(s) listed above in a sealed envelope with postage thereon fully
Prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s)
specified hereto.

8

9  _____  by personally delivering the document(s) listed above to the person(s) at the address(es)
set forth below.

10

11

12

   I declare under penalty of perjury, under the laws of the State of California, that the

13 foregoing is true and correct. Executed on **April 6, 2012**, at San Diego, California.

14

15

                                          **s/ David Loy**
16                                        David Loy

17

18

19

20

21

22

23

24

25

26

27

28

2