# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, United States Marine Corps, Camp Pendleton, California 92055,<br><br>Plaintiff,<br>vs.<br>COLONEL C.S. DOWLING, Commander, Weapons and Field Training Battalion, Camp Pendleton, California 92055; RAY MABUS, SECRETARY OF THE UNITED STATES NAVY, The Pentagon, Washington, D.C.; UNITED STATES DEPARTMENT OF DEFENSE, The Pentagon, Washington, D.C.; UNITED STATES OF AMERICA; and BRIGADIER GENERAL DANIEL YOO,<br><br>Defendants. | CASE NO. 12-CV-0816-H (BGS)<br><br>**SCHEDULING ORDER** |

On April 6, 2012, Plaintiff Sergeant Gary A. Stein ("Plaintiff" or "Stein") filed a renewed *ex parte* motion for temporary restraining order against Defendants. (Doc. No. 15.) The Court will hold a hearing today, April 6, 2012 at 1:45 p.m. in Courtroom 13.

**IT IS SO ORDERED.**

Dated: April 6, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT