LAURA E. DUFFY
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7767
Facsimile: (619) 546-7754
Email: thomas.stahl@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, | Case No.: 12cv0816 H (BGS) |
| Plaintiff | SUPPLEMENTAL BRIEFING AS REQUESTED BY THE COURT |
| v. | |
| COLONEL C. S. DOWLING, et al., | |
| Defendants. | |

**STATUS OF MILITARY PROCEEDINGS**

On April 5, 2012, the Administrative Discharge Board (Board) held a hearing and unanimously decided to recommend that Plaintiff be separated from the Marine Corps. The Board further recommended that the separation be characterized as under "other than honorable" conditions. The Findings and Recommendations of the Board are contained in the document attached as Exhibit A. The record of the hearing, including the documentary evidence considered by the Board, is voluminous and is not available to accompany this filing. The transcript of the hearing is being prepared, but is not available to accompany this filing.

**PROCEDURE FOLLOWING BOARD HEARING**

As discussed during the hearing on Plaintiff's request for a Temporary Restraining Order held on April 4, 2012, the Board's recommendation is not the final step in the process. The recommendation will be considered by the Commanding General, MCRD/WRR, General Daniel Yoo. Before General

Yoo decides what action to take on the Board's recommendation, a series of procedural steps will occur over the next two to four weeks. The process is described in Exhibit B, the Declaration of Major Christian Hur.   The General has a range of options in deciding what action to take on the Board's recommendation; he can adopt, modify, or reject it. He can decrease the recommended sanctions, but cannot increase their severity. He could choose to reject the recommendation and retain the Plaintiff in the Marine Corps.

General Yoo's decision, if it results in Plaintiff's separation, is subject to appeal to the Board for Correction of Naval Records (BCNR). [citation] After the BCNR considers such an appeal, the decision will be final for the agency and subject to judicial review in two forums. Review under the Administrative Procedure Act, 5 U.S.C. §702, is available in the District Court, and review in the Court of Claims is available under Court of Claims Rule 56.1. Either court could address the issues raised in the challenge to the decision, make findings, and remand the matter back to the Marine Corps with instructions to reconsider Plaintiff's discharge consistent with the court's decision. If the Marine Corps,, upon reconsideration, reversed its earlier decision, Plaintiff would have remedies including reinstatement and/or back pay.

DATED: April 6, 2012                               Respectfully submitted,

                                               LAURA E. DUFFY
                                               United States Attorney

                                             s/ Tom Stahl

                                             TOM STAHL
                                             Assistant U.S. Attorney
                                             Chief, Civil Division
                                             Attorneys for Defendants