# EXHIBIT A



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT/WESTERN RECRUITING REGION
3700 CHOSIN AVENUE
SAN DIEGO, CALIFORNIA 92140-5197

IN REPLY REFER TO:
1910
9B

From: President, Administrative Discharge Board
To:   Commanding General, MCRD/WRR, San Diego, California
Via:  Commanding Officer, Headquarters and Service Battalion

Subj: ADMINISTRATIVE DISCHARGE BOARD REPORT: FINDINGS AND RECOMMENDATIONS IN THE CASE OF SERGEANT GARY A. STEIN XXX XX 0101/6800 USMC

Ref:  (a) MCO P1900.16F (MARCORSEPMAN)

Encl: (1) Record of board hearing

1. As directed, an administrative discharge board was convened in this case to hear allegations against the respondent and to make findings and recommendations.

2. The facts and circumstances and supporting documents, which are the basis for the board's findings and recommendations, are in the record (enclosure (1)).

3. The senior member initialed the following findings and recommendations, all reached in closed session of the board, and announced the findings and recommendations at the hearing as follows:

    a. FINDINGS: PREPONDERANCE OF THE EVIDENCE.

        (1) \_\_✓\_\_ The board determined by majority vote that the preponderance of the evidence- -

            (a) _____ **DOES NOT** prove any of the acts or omissions alleged in the notification. (Senior member must check B1 below).

            (b) \_\_✓\_\_ **PROVES ALL** acts or omissions alleged in the notification.

            (c) _____ **PROVES ONLY** the following act(s) or omission(s) alleged in the notification:

_____
_____
_____
_____

    b. RECOMMENDATIONS. By majority vote, the Board recommends:

        (1) _____ **RETENTION** in the Marine Corps.

        (2) \_\_✓\_\_ **SEPARATION** from the Marine Corps.

        (3) _____ If the board recommends **SEPARATION**, it recommends the following characterization:

Subj: ADMINISTRATIVE DISCHARGE BOARD REPORT: FINDINGS AND RECOMMENDATIONS IN THE CASE OF SERGEANT GARY A. STEIN XXX XX 0101/6800 USMC

        (a) _____ Honorable.

        (b) _____ General (under honorable conditions).

        (c) ✓ Other than honorable

    (4) _____ If the board recommends **SEPARATION**, it recommends the separation:

        (a) _____ **SHOULD BE** suspended for _____ months unless sooner vacated (may suspend for up to 12 months).

        (b) ✓ **SHOULD NOT** be suspended.

        (c) _____ Suspension not authorized (if reason for discharge is fraudulent enlistment, or homosexual conduct).

4. PRESERVICE OR PRIOR SERVICE MATTERS:

    a. _____ The board did **NOT** consider such matters.

    b. ✓ The board **DID** consider such matters but only on the issue of retention and NOT considered for characterization.

5. MINORITY REPORT. ✓ NONE// \_\_\_ SEE ENCLOSURE TO BOARD'S REPORT.

6. SIGNATURES. All members sign below.

_____  5 April 2012      _____  5 April 2012
R. L. HAIRSTON    Date                 N. R. GREY    Date

_____  5 April 2012      _____  2012 04 05
T. D. WARDINSKY    Date            J. W. TORRESALA    Date

_____  20120405
M. D. BROOKMAN    Date

2