UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGEANT GARY A. STEIN, | ) | Case No. 12cv0816-H(BGS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| COLONEL C.S. DOWLING, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

**SUPPLEMENTAL BRIEFING AS REQUESTED BY THE COURT**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

ALL PARTIES OF RECORD

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2012

s/ Tom Stahl

Tom Stahl
Assistant U.S. Attorney
E-Mail:Thomas.Stahl@usdoj.gov