GARY G. KREEP (SBN 66482)
NATHANIEL J. OLESON (CA Bar No. 276695)
UNITED STATES JUSTICE FOUNDATION
932 "D" Street, Suite 3
Ramona, CA 92065
Tel: (760) 788-6624
Fax: (760) 788-6414
usjf@usjf.net

DAVID LOY (SBN 229235)
ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: (619) 232-2121
Fax: (619) 232-0036
davidloy@aclusandiego.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGEANT GARY A. STEIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLONEL C.S. DOWLING, *et al.*,<br><br>　　　　Defendants. | **Case No. 12-cv-0816 H (BGS)**<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

　　　　TO THE COURT, DEFENDANTS, AND ALL COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that on April 13, 2012 at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Marilyn L. Huff in Courtroom 13 at the United States Courthouse, 940 Front Street, San Diego, California 92101, Plaintiff will and hereby does move the Court for an order issuing a preliminary injunction against Defendants, pursuant to Federal Rule of Civil Procedure 65(a), prohibiting Defendants and their officers, agents, servants, employees, and attorneys, and anyone in active concert or participation with any of the foregoing persons, from proceeding with any order, directive, or action involuntarily separating Plaintiff from the United States Marine Corps or Armed Forces of the United States.  Plaintiff's counsel

1  previously advised the Court and defense counsel on April 6, 2012 that Plaintiff intended to file
2  this motion, and the Court agreed to hear it on an expedited schedule.
3       This motion is based on the memorandum of points and authorities, declaration, and
4  exhibits filed herewith; on all papers, pleadings, records, and files in this case; on all matters of
5  which judicial notice may be taken; and on such other argument and/or evidence as may be
6  presented to this Court at a hearing on this motion.
7  Dated:  April 12, 2012                             Respectfully submitted,

                                                           **s/David Loy**
                                                           David Loy
                                                           Attorney for Plaintiff

Of counsel:

J. MARK BREWER
BREWER & PRITCHARD
Three Riverway, 18th Floor
Houston, TX 77056
Tel:  (713) 209-2910
Fax:  (713) 659-5302
brewer@bplaw.com

STEWART  RHODES
OATHKEEPERS
5130 S. Fort Apache Road.
Suite 215-160
Las Vegas, NV 89148
Tel:  (702) 353-0627
rhodeslegalwriting@gmail.com

WILLIAM J. OLSON
HERBERT W. TITUS
JOHN S. MILES
JEREMIAH L. MORGAN
WILLIAM J. OLSON, P.C.
370 Maple Avenue, West, #4
Vienna, Virginia 22180-5615
Tel: (703) 356-5070
Fax: (703) 356-5085
wjo@mindspring.com