1 | LAURA E. DUFFY
United States Attorney
2 | THOMAS STAHL
Assistant U.S. Attorney
3 | Chief, Civil Division
California State Bar No. 078921
4 | Office of the U.S. Attorney
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone:  (619) 546-7664
6 | E-mail: thomas.stahl@usdoj.gov

7 | Attorneys for Respondents

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | SERGEANT GARY A. STEIN,                    )   Case No. 12cv0816-H(BGS)
                                               )
11 |                                           )   TABLE OF CONTENTS FOR
                                               )   EXHIBITS IN SUPPORT OF
           Plaintiff,                          )   OPPOSITION TO MOTION FOR
12 |                                           )   PRELIMINARY INJUNCTION
       v.                                      )
13 |                                           )
COLONEL C.S. DOWLING, et al.,                  )
14 |                                           )
           Defendants.                         )
15 | _____       )

16 |     Exhibits                                                          Pages

17 |     Separation Hearing - Government Exhibits                          1-584

18 |

19 |     Dated: April 12, 2012              Respectfully submitted,

20 |                                        LAURA E. DUFFY
                                           United States Attorney
21 |
                                           s/ Tom Stahl
22 |                                        TOM STAHL
                                           Assistant U.S. Attorney
23 |                                        Chief, Civil Section
                                           Attorneys for Respondents
24 |

25 |

26 |

27 |

28 |