GE-5



Gary Stein

**\*\*\* NATO has confirmed that the Soldiers that burned the Koran will face an Afghan trial \*\*\***

Ryan Cunningham    Home

15 hours ago near Pensacola, FL



Michael Boyles Probably not the most legal approach, but probably the best way to approach it from a PR angle
15 hours ago · Like



Mr Ster-Face FUCK THAT!
15 hours ago · Like



Gary Stein I have lost all faith in our Military leaders if this pans out
15 hours ago · Like



Michael Boyles They're making the smart approach, and it probably goes above uniformed leaders. All of the work done in the past 11 years in Afghanistan stands to be undone by the negligence of a few people and it simply cannot be allowed to happen
15 hours ago · Like



Michael Boyles Like I said, probably not the most legal, and the ethics of it are debateable, but it's probably the smartest way to go about it as far as keeping the Afghan people placated
15 hours ago · Like



Gary Stein You do realize they had covert messages written in them and that is way they were burned in the first place. They burn flag and bible all the time.. Should we be able to go arrest their citizens for mirly doing that?
15 hours ago · Like



Mr Ster-Face this article does not confirm nor deny they will be handed over to the hadji's it does, however, confirm our president is a coward and a muslim
15 hours ago · Like



Michael Boyles Yes, I do know that. And I also know that the Afghans are up in arms about the whole thing and we stand to lose all of the good work done
15 hours ago · Like



Gary Stein As an Active Duty Marine I say "Screw Obama" and I will not follow all orders from him.... Will do my job better then the next guy... But has for saluting Obama as commander-in-chief... I will not!
15 hours ago · Like



Michael Boyles I think I remember something about an oath we all took somewhere. Hard to remember exactly what, but it seemed like it was pretty important at the time
15 hours ago · Like



Gary Stein Your right it said to defend the " I will support and defend the Constitution of the United States against all enemies, foreign and domestic." Obama is the economic enemy .. He is the religous enemy .. he is the "Fundamentally change" America enemy .. he IS the Domestic Enemy.
15 hours ago · Like



Michael Boyles " .. and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice."
15 hours ago · Like

Michael Boyles Can't really argue with you on the politics though. To each his own and all that. Though I will say that he was popularly elected by the citizens of the United States of America so I'd say that a bunch of people didn't think so at least three years ago.
15 hours ago · Like



Mr Ster-Face The orders also say you don't have to follow orders that are illegal. Boyles, you're an idiot. you were an idiot at the

**TRANSCRIPT OF "Marine Corps Meteorology and Oceanography (METOC) Services"
Facebook group posts on or about 1 March 2012**

GARY STEIN: ***NATO has confirmed that the Soldiers that burned the Koranwill
face an Afghan trial.***

Michael Boyles: Probably not the most legal approach, but probably the
best way to approach it from a PR angle.

Mi Ster-Face: FUCK THAT!

Gary Stein: I  have lost all faith in our Military leaders if this pans
out...

Michael Boyeles: They're making the smart approach, and it probably goes
above uniformed leaders.  All of the work done in the past 11years in
Afghanistan stands to be undone by the negligence of a few people and it
simply cannot be allowed to happen.

Michael Boyles: Like I said, probably not the most legal, and the ethics
of it are debatable, but it's probably the smarted way to go about it as far
as keeping the Afghan people placated.

Gary Stein: You do realize that they covert messages written in them and
that is way (sic) they were burned in the first place.  They burn flag and
bible all the time... Should we be able to go arrest their citizens for mirly
(sic) doing that?

Mi Ster-Face: thisarticle does not confirm nor deny they will be handed
over to the hadji's. it does, however, fonfirm our president is a coward and
a muslin.

Michael Boyels: Yes, I do know that.  And I also know that the Afghans
are up in arms about the whole thing and we stand to lose all of the good
work done.

Gary Stein: As an Active Duty Marine I saw "Screw Obama" and I will not
follow all orders from him....  Will do my job better then (sic) the next guy...
But has (sic) for saluting Obama as commander-in-chief... I will not!

Michael Boyles: I think I remember something about an oath we all took
somewhere.  Hard to remember exactly what, but it seemed like it was pretty
important at the time.

Gary Stein: Your (sic) right it said to defend the " I will support and
defend the Constitution of the United States against all enemies, foreign and
domestic" Obama is the economic enemy... He is the religious enemy... he is the
"Fundamentally change" America enemy... he IS the Domestic Enemy.

Michael Boyles:"...and that I will obey the orders of the President of the
United States and the orders of the officers appointed over me, according to
regulations and the Uniform Code of Military Justice."

**TRANSCRIPT OF "Marine Corps Meteorology and Oceanography (METOC) Services"**

Michael Boyles: Can't rally argue with you on the politics though.  To each his own and all that.  Though I will say that he was popularly elected by the citizens of the United States of America so I'd say that a bunch of people didn't think so at least three years ago.

Mi Ster-Face: The orders also say you don'y (sic) have to follow orders that are illegal.  Boyles, you're an idiot, you were an idiot at the…

000129

GE-6

## Gary Stein, Armed Forces Tea Party



Posted by Gary Stein (Diary)

Monday, March 5th at 10:40PM EST

3 Comments

Today has been a long long and I am finally home. So here are some updates

I am currently under a Marine Corps investigation on my unit's level. I am being investigated for making "disloyal comments" about Obama. Further more It is being investigated if am allowed to be the moderator of Armed Forces Tea Party. Although the marine Corps will not officially confirm this for some reason or another. I have been getting questioned about this for since Friday and was just read my rights today… weird. Also I have not been give a copy of the screen shot (evidence) they have with the comments I made…When asked today by officer if I would follow that order if give, I said that is not a lawful order so I would not and will not.

At this time the Marine Corps has not officially charged me but can in the coming day. If they so choose I will take the fight for my right to Freedom of Speech to them and will not give up. We must stand up for our rights at every cost just like our founding fathers did so. If we choose not to act our rights will be taken from us.

The comments that started this were "Me, as an active duty Marine, screw Obama and I will not follow (unlawful) orders give by him." I do believe that I cold have made it more clear on what I meant and possibly used different words and my words can be taken out of context if the whole disscussion from that forum was not read (which it was not all given the Marine Corps). Their were also comment about how I believe Obama is a economic enemy, as his polices are crippling the economic… He is a enemy of the Constitution, as Obamacare and the Contraception mandate are unconstitutional. I do believe the policies he as set forth during his time in office has proven this. This comment I will stick to.

Military members are encouraged to voice their rights as Americans but to do it peacefully and not in a wreck less way. You have rights and make sure no one tell you other wise! You must stand for your rights! I believe that an informed voting electorate is the absolute best way to affect long-term, positive, deep-rooted change in the country. Obama's election is banking on the fact that there are more people who'd rather sit around and do nothing — become wards of the state, become totally dependent on him — than there are people who would like to seek their dreams, be the best they can be, go out and pursue happiness, to stand up for their rights and defend the Constitution.

NoBama2012

# GE-7

ARMED FORCES TEA PARTY (http://www.armedforcestp.com)
Screenshots captured 26 1545T Mar 2012





ARMED FORCES TEA PARTY (http://www.armedforcestp.com)





2

ARMED FORCES TEA PARTY (http://www.armedforcestp.com)





3

ARMED FORCES TEA PARTY (http://www.armedforcestp.com)



## ARMED FORCES TEA PARTY CORE PRINCIPLES

**CORE PRINCIPLES OF AFTP**

If you're like us, you know that good policy is really not all that complicated. Experience and common sense teaches us, for example, that:

1. Spending money you don't have and have no hope of getting is a recipe for disaster. Thus, we believe in FISCAL RESPONSIBILITY.

2. More government is rarely the solution to a problem. Thus, we believe in LIMITED GOVERNMENT.

3. Each individual must take primary responsibility for his own well-being and that of his family. Thus, we believe in PERSONAL RESPONSIBILITY.

4. Every judge and prosecutor has a duty to apply the law as it is written, and not as he or she wishes it could be. Thus, we believe in THE RULE OF LAW.

5. The people of a nation should determine for themselves the laws which will govern their lives. Thus, we believe in NATIONAL SOVEREIGNTY.

Although the above ideas are common sense to us, we have learned that they are not common sense to everyone. Bigger government, larger debts, irresponsibility, emotional decision making and internationalism seem to be the order of the day.

4

000136

GE-8A

Vic Luebker "Armed Forces Tea Party"
Website screenshots taken 26 1500T Mar 2012



Countdown to Elections   **225 days : 06 hrs : 04 min : 54 sec**



GE-8B



## Armed Forces Tea Party Disavowes Gary Steins Comments

Posted by thearmedforcesteaparty (Diary)

Monday, March 19th at 10:46AM EDT

3 Comments

**Recommenders:** YnotNOW (Diary)

There has been a rash of PR stunt related comments from a facebook page owner,( USMC, Sgt Gary Stein) using the Armed Forces Tea Party good name www.armedforcesteaparty.com . These comments are from one person calling on the AFTP to "draw a line in the sand" and not obey orders from the chain of command. Later that was corrected when it went public in the media to "unlawful orders". However the drum beat continues with more like posts today (19 March) on the facebook page saying this:

We swore an oath to defend the CONSTITUTION against ALL enemies Foreign and Domestic. We did not take an oath to obey **unlawful, immoral, or unconstitutional** orders from the President, other politicians, or the officers and senior enlisted within our chain of command. AFTP has drawn a line in the sand. We will not "just follow orders."

We take serious issue with these comments as no member of an all volunteer forces gets to decide in the ***heat of battle that an order they are given is "immoral"!*** This also could hold true for the very, VERY **subjective personal view** of what is unconstitutional or unlawful. This is a giant PR stunt in our opinion and is not reflective of the Armed Forces Tea Party or our members and followers. This is a blanket statement by one person that is now reflecting on all that serve or have served and it needs to be corrected. If not the USMC has a serious issue on it's hands long term as this grows.

It must be stressed given all the very negative attention this is getting that we in the www.armedforcesteaparty.com do not and will not tell members of our military to start picking and choosing the orders they want to follow based on personal feelings about what is Moral,

9

Legal or Constitutional. If a member can **no longer serve in good faith** they need to let their chain of command know and then **"Un-Volunteer"** from our great military.

We have the best legal system (The UCMJ), the most respected officer corps, the best trained NCO and SNCO corps and this stunt by USMC Sgt, Gary Stein is a smack in the face to that entire system of checks and balances and calls into question for no reason the integrity of the entire military. He is in essence saying he'll decide what works for him when it comes to following orders and worse he is openly planting seeds in the hearts and minds of others on his facebook page that this reckless action is acceptable behavior from those that serve.

Until anyone can show that the best military in the history of the world is now making it's members do immoral, unlawful, and unconstitutional actions this is nothing short of a slap in the face to all that serve and have served and it needs to stop as it is reflecting poorly on all of us that strapped on our boots from WWII through today.

Can you imagine a private saying he would not land at Normandy because he felt the order to attack was "immoral"? What a disgrace to those proud WWII veterans that someone is now doing just that.

Note: Only this site is the official page of the Armed Forces Tea Party www.armedforcesteaparty.com and we do not and will not ever call for an open challenge to military orders as the facebook page has or as Sgt. Stein has. We hope he sees the great harm his PR stunt is causing to all that are now serving downrange and he will retract all this mess.

It is the opinion of this writer victor luebker that these comments are a gaint PR stunt and not reflective of all the honorable members that serve today and reflective of just one person. More at www.victorluebker.com

000141



## Gary Stein and his armed forces tea party facebook page

Posted by thearmedforcesteaparty (Diary)

Monday, March 19th at 10:20PM EDT

No Comments

A Marine Sgt has made news of late under the name of the armed forces tea party with his open call to pick and choose what orders he feels are legal or moral that he will follow and worse what the stated position of his armed forces tea party page says they will support. I want to be clear as the leader of the armed forces tea party that at no point do we get to become "free agents" in the military like Gary Stein is now and decide what moral orders he will follow. We have a great system it works and even as conservatives we don't get to claim or encourage active duty members can pick and choose the commander and chief or the orders they will follow!

I served under Reagan, Clinton, Bush I and Bush II. At no point did I, or would I ever say I'm not following orders from Clinton because of some personal moral clause I feel fits my agenda or need for attention. In short I followed, and more so I RESPECTED the system of our incredible and professional military and civilian checks and balances we have in place.

Sgt Gary Stein has posted more then once he won't follow orders he feels are illegal or immoral on his facebook page and as recently as today on his page in the name of the armed forces tea party said the same again. Well sorry Gary but it just don't work like that and all the proud and professional NCO's that came before you deserve better for the hard work they put in.

In short this is a very bold and open challenge to the oath we take and the very foundation of the professional NCO's SNCO's and Officers corps that serve in the military and the legal system (UCMJ) that protects each member. Members are not "free agents" in an all volunteer force. they have a choice and that is to get out and not use passive aggressive postings to encourage others to not obey orders under the guise of free speech.

000142

Vic Luebker "Armed Forces Tea Party" - Redstate.com

In short there is one www.armedforcesteaparty.com and we don't act in a way that brings negative attention to the military or decide on a one-on-one basis what orders are "moral". We serve and we defend America and we do it within the bounds of a very proven system under the civilan leaders, liberal or conservative that are in charge. In short the "REAL" Tea Party knows the system works and we have elections that count and we work through that process for the change we want.

As I said, I served under four Presidents and never once went rouge or free agent becuase I had issues with a mission, a political position or a person. I respected the American people and the vote they cast for the commander and chief they wanted at the time…thats how this works Sgt. Stein!

This is my opinion as the leader of the armed forces tea party, Victor Luebker.

8



## USMC Sgt Gary Stein attacks America!

Posted by thearmedforcesteaparty (Diary)

Tuesday, March 20th at 10:22PM EDT

1 Comment

Folks there has to be a real conversation about active duty members that openly question and worse incite others to go after our strong military heritage of loyalty and professionalism in the NCO Corps. Here is a post for a rouge Marine one his facebook page, note: this is after he has been seeking media attention non-stop for his open challenge to the very system and professional NCO corps of following orders we all respect. This is from his page tonight (20 March 2012):

*Craig Buttler Well, Gary good to hear more marines are taking a stand against Hitler 2.0. and now he signed that new unconstitutional EO this Friday behind our backs. We need more military to tell Obama to go somewhere.. Good for you marines. Take a stand against Hitler 2.0.*

Really Gary Stein, we now are openly allowing and encouraging others to call the President "Hitler" under some fake guise of free speech on your facebook page…that's how this works? We start a fire then stand back and say "ya, but I did not pour the gas on the flames"? That's how this works Gary?

Your little BS media show and attention getting tour is hurting the Tea Party and show that a 26 year old E5 is not in a position to be called a leader of anything. You allow these God Awful posts on your page, you make open comments about the orders you will pick and choose you'll follow and you question the very system of a professional military that we have all served under all for personal attention and fame.

You got you 15 minutes Gary, you questioned the very system so many WWII vets served under and you have openly blasted a five year POW and fellow member of our fraternity (Sen McCain) with your little stunts and "pay attention to me antics". It's time you issue an open letter to all

5

Vic Luebker "Armed Forces Tea Party" - Redstate.com

that serve and have served saying you respect our NCO, SNCO and Officer corps and stop this open defiance of our great Armed Forces.

Hitler 2.0 Gary Stein...thats your claim to fame and you need to start acting like an NCO and stop allowing this non-sense to continue so you can get some media attention.

There is only one armed forces tea party and it's at www.armedforcesteaparty.com

000145

Vic Luebker "Armed Forces Tea Party"
Redstate.com screenshots taken 26 1508T Mar 2012



## USMC Sgt Gary Stein Charged by the Corps!

Posted by thearmedforcesteaparty (Diary)

Wednesday, March 21st at 9:38PM EDT

No Comments

Folks it's sad to report that the young (26 years old) Marine Sgt (Gary Stein) that started a facebook page called armed forces tea party has been charged under the UCMJ by the Corps for his words on the facebook page in question. He openly challenged the system with stated comments about not following orders and his page also called the President the Enemy and referred to the White House is a target like a battlefield among other things.

I privately cautioned him weeks ago to tome it down and of late have been very open with my thoughts about the growing drumbeat of more and more critical comments on the page that is using our good name www.armedforcesteaparty.com and the damage this is doing to the tea party at large. It's been my position he got caught up in all the press and calls from CNN and MSNBC and the celebrity complex trumped common sense here.

This was just posted on his facebook page tonight: *Gary Stein founder of AFTP has been formally charged with allegations of making statements about the president that are prejudicial to good orders and violating dod directive 1344 by founding and and running AFTP. The Marine Corps is seeking a Admin Discharge.. more to come*

Now in short he is being charged with Article 134 of the UCMJ for doing what no professional NCO, SNCO or Officer can do and that's pick and choose the orders they follow and claim free speech to attack the chain of command and the Commander and Chief. I'm a very open and proud conservative that is anti-Obama policies. However, I served 22 years and I did not decide during the Clinton years I would start picking and choosing the orders I'll follow or slam the C-

In-C or call him the "enemy". As Americans we have the best system and process in the history of the world and we respect the office of the President and the will of the voters!

As a Tea Party we work to elect the candidates we want and issues we feel strongly about like the debt fixed through the process. We have been recognized as a movement for or "CIVIL" discourse and how we clean up and handle ourselves at events. This mess did none of that and served as a person gone rogue or as a movement run a muck....not sure which of the two yet.

In short, one person is not the Tea Party no matter how much attention they get and our active duty members MUST follow orders and more so TRUST the SNCOs and Officers appointed over them to ensure the morality and legality of orders. We don't want anyone doing what Sgt. Gary Stein has done. It's not what our WWII, Korea, and Vietnam vets did as professional NCOs ad it's not what we teach at professional military education schools for our current members to do. You don't try and create complete chaos in the system and have a page full of people calling for violent attacks on our system as he has now on his page.

This may well be used against the tea party by the progressive left to show us as some extreme group as a result of all this and if that happens America has lost because one person gave the movement a serious black eye. It's sad it's come to this and I hope in the end all of us in the Tea party are not impacted by the really bad choice of one person.

Vic Luebker, founder of www.armedforcesteaparty.com

000147

Vic Luebker "Armed Forces Tea Party" - Redstate.com



## Tea Party Goes Rouge!

Posted by thearmedforcesteaparty (Diary)

Wednesday, March 21st at 8:59AM EDT

2 Comments

Folks if you go to google and type in the phrase " tea party calls Obama the enemy " you'll see that one person and a very radical and fringe facebook page started under the guise of a tea party comes up. It's the USMC Sgt Gary Stein and his attacks on Obama the person and his little war to not follow orders he has decided are not moral or legal...yes you read that correct, he has decided are moral or legal.

Worse all this is now being attached to us in the Tea Party like this rouge stance and these radical options stated like the ones below are reflective of the larger Tea Party and our more structured and legit way of dealing with issues. We in the Tea Party have always been above the fray of movements like OWS and radical fringe groups or people that call the President the "enemy" as Gary Stein did on his page and continues to do with comments like today saying they will attack the enemy at the White House in this post:



Armed Forces Tea Party
29 minutes ago
*Armed Forces Tea Party, ready to defend the Constitution against all enemies foreign and domestic, from the battlefield to the White House.*
Folks these comments MUST be refuted by the Tea Party as they incite domestic violence and that's not who we are or what our movement is about. We are a policy organization that cleans up after our rallies and does not name call the President as an "enemy" or suggest the White House is now a legit target like a "battlefield" .

3

000148

Vic Luebker "Armed Forces Tea Party" - Redstate.com

We speak about spending and debt and how we can embrace the policies of Paul Ryan and Rubio and yes even Romney. We talk in a way that encourages all Americans to join us as we take on the broken promises and failed policies of the progressive left. We don't boil it down to an attention seeking sound bite comparing the White House as a legit target or a battlefield. This is great if you want attention as a radical and looking for news stories you can read about yourself at night but it's not how the Tea Party deals with todays issues. A military named group speaking in a way of attacking the White House????? Really?

Last, we know that we follow orders in the military and there is no legit reason to even suggest orders are not moral or legal and that people should start picking and choosing when and where they follow them. Can you even imagine the mess this could create if professional soldiers start to mutiny in mass over personal selected orders they will not follow.

This fringe following and facebook page is not a Tea Party and all of us in the Tea Party must speak out to ensure the progressive left does not associate this person and the awful comments as those of our great movement. We are better then that as a Tea Party.

More at www.armedforcesteaparty.com

GE-9

Facebook photos - "Armed Forces Tea Party"

 

 

Facebook photos - "Armed Forces Tea Party"



2

000152

Facebook photos - "Armed Forces Tea Party"





3

Facebook photos - "Armed Forces Tea Party"





000154

Facebook photos – "Armed Forces Tea Party"





000155

Facebook photos - "Armed Forces Tea Party"





Facebook photos - "Armed Forces Tea Party"





000157

Facebook photos – "Armed Forces Tea Party"





000158

Facebook photos – "Armed Forces Tea Party"





000159

# GE-10A





000161

GE-10B

000162

FACEBOOK page "ARMED FORCES TEA PARTY" Notes



**Armed Forces Tea Party SITREP**
by Armed Forces Tea Party on Wednesday, January 4, 2012 at 1:16pm

Good Evening,

First I would like to take you back to March of 2010 when I started this page. I started it for the love of my country, and the fact that I was sick of way the Obama admin had been running the country. I was already getting active in my local Tea Party and was encouraged by a friend to make this page. It quickly grew to a little over 300. Then I was asked to comment on a National Tea Party press release and from there it blew up. Soon enough I was on Fox News, MSNBC and soon found myself and AFTP all over national new media outlets. I was summoned back to Camp Pendleton where I am stationed and was order to explain myself. After some help of NewsMax Mag and the ACLU the charges against me we dropped and I continued with AFTP.

http://www.foxnews.com/politics/2010/04/15/marine-says-hell-continue-post-tea-party-facebook-page/
http://www.foxnews.com/politics/2010/04/21/tea-party-marine-facebook-clarifies-stance-militias/

I am explaining all of this because of statements made by Victor Luebker that he owns AFTP "I own the armed forces tea party brand, the logo and the website". I would like to go on record and say Armed Forces Tea Party is owned by no one person but by its members and me, as its founder. Mr. Luebker did make the old logo which has since been removed and we have gone back to the original logo. He also does own the Armedforcesteaparty.com website which he still controls. I brought Mr. Luebker on as a leadership position as I thought he would be a great leader to help take AFTP to the next level. Mr. Luebker and I over the past month started not seeing eye to eye on the way to manage the AFTP page. After trying to fix the problem many times, hearing from many members that we upset with the same issues, and seeing that he attacked people on other pages using the AFTP page, I decided to remove Mr. Luebker as an admin for the page. Although I did not remove him from the page. After removing him as admin he continued with the personal attacks on members, after seeing this I decided to remove him from the page. He has started a group that restricted to who can join with the same name, and I wish him luck in with the page.

The way ahead for AFTP.

As you know I have brought on Brian Hall, a former Marine, to assist in administrative/moderator duties. He worked in the HAWK Missile MOS from 1982-1988. We appreciate spirited debate from the entire political/religious spectrum but frown on rudeness, personal attacks and profanity. Maintain your bearing; exercise sound judgment: use good tact; keep it clean and don't get personal.

We are looking for another member to take a Leadership role a regular blog writer for AFTP. Duties will included writing daily or at least every other day SITREPs on the hot topics. If you think you would like to take this position please contact me at armedforcesteaparty@gmail.com

We are going to have crazy 11 months leading up to the election. We looking forward to growing

Sponsored    See All

American Military Univ.
amu.apus.edu

Founded by a Marine, Leverage your Military TA & GI Bill benefits to pursue a degree online. Accredited & award-winning university.

Military-Focused MSW

Pursue a future supporting military families. Earn an MSW. Learn More.

Get Office 2010 for $9.95

You May Qualify to Purchase Microsoft Office 2010 for just $9.95. Click Here to Learn More!

$299 Cancun All Inclusive
cancunSstar.com

5 Nights In The 5-Star Krystal Cancun Resort. Includes All Meals and Drinks. Only $299 Per Couple!

Military-Only Price!
dell.com

In the Military? Save up to 30% with Alienware. Shop now.

See Pics of Women, Free
match.com

See pics of local single women on match.com - Free!

Earn your Master's Degree

    


---

We included writing daily or at least every other day SITREPs on the hot topics. If you think you would like to take this position please contact me at armedforcesteaparty@gmail.com

We are going to have crazy 11 months leading up to the election. We looking forward to growing AFTP and taking back our country.

- Fiscal Responsibility
- Constitutionally Limited Government
- Free Markets

These are our core values.

Gary Stein
Armed Forces Tea Party
Founder

Earn your Master's Degree
cel.cmich.edu

More than 150 Generals and Admirals have earned degrees from Central Michigan University at more than 20 military bases. Request info!


Like · Comment · Share

👍 11 people like this.


**Gayle Allen** Ron Paul is our only hope
January 4 at 8:39pm · Like

**Armed Forces Tea Party** ^^ Always that one guy who is way of topic^^
January 4 at 8:51pm · Like · 👍 2


**Sin Alan Williams** Interesting. First of all let me say thank you for s SitRep. Good to get these again. Second of all I appreciate the opportunity to come and whittle down candidate to determine the winner. First and foremost is a voting of consience not p...See More
January 4 at 8:54pm · Like · 👍 2


**Brant Watson** ???????????? Okay, take our country back to exactly WHAT? Bush and Cheney? Obama is SO far ahead of ANY Republican with regard to class, intelligence, and just plain thinking ability that your ADD sentiments are simply ludicrous. Have you explained anywhere why a Republican would do a better job as President (not gonna happen, for sure)? They don't know, so you go ahead and tell them.
March 7 at 9:26pm · Like

**Siobhan Carr** Thank you for the explanation. I read about this page on afp news site and agree with you and your aim. Thank you for defending our constitution!
Thursday at 7:24am · Like

       
**Ronona Allen** Thank you for taking the steps in defending "we

GE-11

FACEBOOK page of "GARY STEIN"



000165





4

FACEBOOK page of "GARY STEIN"



000168

FACEBOOK page of "GARY STEIN"



000169

FACEBOOK page of "GARY STEIN"



000170

FACEBOOK page of "GARY STEIN"

Screenshots captured 20 2220T Mar 2012



000171

FACEBOOK page of "GARY STEIN"

Screenshots captured 19 2305T Mar 2012



000172

FACEBOOK page of "GARY STEIN"





000173

FACEBOOK page of "GARY STEIN"



000174

FACEBOOK page of "GARY STEIN"



000175

FACEBOOK page of "GARY STEIN"



000176

FACEBOOK page of "GARY STEIN"





14

FACEBOOK page of "GARY STEIN"





15

000178

FACEBOOK page of "GARY STEIN"



000179

FACEBOOK page of "GARY STEIN"





17

000180

FACEBOOK page of "GARY STEIN"



000181

FACEBOOK page of "GARY STEIN"



000182

FACEBOOK page of "GARY STEIN"





000183

FACEBOOK page of "GARY STEIN"





21

FACEBOOK page of "GARY STEIN"





000185

FACEBOOK page of "GARY STEIN"



23

000186

FACEBOOK page of "GARY STEIN"





24

000187

FACEBOOK page of "GARY STEIN"





25

000188

GE-12

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



000191

FACEBOOK page "ARMED FORCES TEA PARTY"



000192

FACEBOOK page "ARMED FORCES TEA PARTY"



000193

FACEBOOK page "ARMED FORCES TEA PARTY"



000194

FACEBOOK page "ARMED FORCES TEA PARTY"





000195

FACEBOOK page "ARMED FORCES TEA PARTY"



000196

FACEBOOK page "ARMED FORCES TEA PARTY"



000197

FACEBOOK page "ARMED FORCES TEA PARTY"



000198

FACEBOOK page "ARMED FORCES TEA PARTY"



000199

FACEBOOK page "ARMED FORCES TEA PARTY"



000200

FACEBOOK page "ARMED FORCES TEA PARTY"



000201

FACEBOOK page "ARMED FORCES TEA PARTY"



000202

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



15

000204



# ARMED FORCES TEA PARTY

*"When we assumed the soldier we did not lay aside the citizen"*
George Washington



**Armed Forces Tea Party**
17,300 likes · 5,947 talking about this

👍 Like   Message   ⚙ ▾

Create a Page

Now
February
2012
2011
Founded

Sponsored

**Photo Editing Made Simple**
gettotalfxred.com

Make photo editing easy with RadLab. Mix & match 78 effects, preview options & produce amazing images. Try it now!

**Veteran Real Estate Info**
tridentra.com

Click here for the latest info on veteran benefits like the zero down VA loan.

**Thomas Jefferson Law**
mastersinlaw.tjsl.edu

An ABA-Accredited Law School Offering JSM & LLM programs in International Tax & Financial Services- 100% Online. Download Free Brochure.

**Do something good**

Save the earth and the money in your wallet with a refurbished phone available online from AT&T. Prices start at free.

**Get Office 2010** for $9.95
microsoft.com
You May Qualify to Purchase Microsoft Office 2010 for just $9.95. Click Here to Learn More!

Chat (Offline)

**Organization**
We do not represent, and are in no way affiliated with the military, or United States Armed Forces. If you are trying to reach Gary Stein please email ArmedForcesTP@gmail.com

About        Photos        Likes        Notes 65        Events

 👍 17,300

Attorneys General Forces to Call Into NEHO:   A Rep Obama Administrat...

Highlights ▾

**Post**

Write something...

**Armed Forces Tea Party**
14 minutes ago ·

Recent Posts by Others on Armed Forces Tea Party        See All

 **Jonathan Clay**
"God forbid we should ever be twenty years without such a...
24 minutes ago

 **@NewMovement**
come read my paper ~ http://paper.li/newtmovement/1331...
47 minutes ago

**Tea Party Generation**
lb http://www.breitbart.com/Big-Government/2012/03/18/...

http://www.facebook.com/photo.php?fbid=3527452747694536&set=a.344842805559703.77904.101412476566...

---



**Armed Forces Tea Party   About ▾**        👍 Like

## About

We do not represent, and are in no way affiliated with the military, or United States Armed Forces. If you are trying to reach Gary Stein please email ArmedForcesTP@gmail.com or call 760-936-3494 and leave a message. Thank you.

**Mission**
To offer a forum that will allow the voices of the US Armed Forces to stand with the Tea Party movement, and be heard.

**Company Overview**
Our Armed Forces place their life on the line for political agendas every day, is it common sense to think that they should have no opinion about what they are potentially sacrificing their lives for? We say no! Let them be heard.

We are a simple fan page that is set up to allow active, inactive, or retired members of the United States Armed Forces to stand with the Tea Party movement.

We do not represent, and are in no way affiliated with the military, or United States Armed Forces.

**Description**

**What We are Not**
We are Not a militia.
We are Not advocating or promoting the overthrow of any government whether local, state or national.
We are Not advocating or promoting violence towards any organization, group or person.
We are Not advocating or promoting the removal of any person from his or her elected office.
We are Not advocating or promoting that anyone in the Judicial Branch be removed or replaced.
We are Not advocating or promoting any particular form of government other than the Constitutional Republic which the Declaration of Independence and the Constitution defined and instituted.
We are Not advocating or promoting the rewriting of the Constitution nor are we asking for an Amendment thereto.
We are Not advocating or promoting any act or acts of oppression against any organization or person for any reason including, but not limited to: race, religion, national origin, political affiliation, gender or sexual orientation.

**General Information**

Media and Speaking: Contact us at 760.936.3494

**Basic Info**

Founded      2010
Location     92591

## Contact Info

Phone       1 760.936.3494
Email       ArmedForcesTP@gmail.com
Website     http://www.armedforcestp.com

Sponsored

**Big Chill Fridge**

Click LIKE if you love classic, retro style.

Like: 19,322 people like this.

**Do something good**
Save the earth and the money in your wallet with a refurbished phone available online from AT&T. Prices start at free.

**Photo Editing Made Simple**
gettotalfxred.com

Make photo editing easy with RadLab. Mix & match 78 effects, preview options & produce amazing images. Try it now!

**Veteran Real Estate Info**
tridentra.com
Click here for the latest info on veteran benefits like the zero down VA loan.

**Thomas Jefferson Law**
mastersinlaw.tjsl.edu

An ABA-Accredited Law School Offering JSM & LLM programs in International Tax & Financial Services- 100% Online. Download Free Brochure.

Chat (Offline)

16

000205

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



000207

FACEBOOK page "ARMED FORCES TEA PARTY"



000208

FACEBOOK page "ARMED FORCES TEA PARTY"



000209

FACEBOOK page "ARMED FORCES TEA PARTY"



000210

FACEBOOK page "ARMED FORCES TEA PARTY"



22

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



000214



000215

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



000217

FACEBOOK page "ARMED FORCES TEA PARTY"



000218

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"



000221

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"





34

000223

FACEBOOK page "ARMED FORCES TEA PARTY"



000224

FACEBOOK page "ARMED FORCES TEA PARTY"





36

000225

FACEBOOK page "ARMED FORCES TEA PARTY"





37

FACEBOOK page "ARMED FORCES TEA PARTY"





000227

FACEBOOK page "ARMED FORCES TEA PARTY"





39

000228





000229

FACEBOOK page "ARMED FORCES TEA PARTY"





FACEBOOK page "ARMED FORCES TEA PARTY"





FACEBOOK page  "ARMED  FORCES  TEA  PARTY"





43

000232

FACEBOOK page "ARMED FORCES TEA PARTY"





44

000233



000234

FACEBOOK page "ARMED FORCES TEA PARTY"





FACEBOOK page "ARMED FORCES TEA PARTY"





FACEBOOK page "ARMED FORCES TEA PARTY"





FACEBOOK page "ARMED FORCES TEA PARTY"



000238

FACEBOOK page "ARMED FORCES TEA PARTY"









000240





000241

FACEBOOK page "ARMED FORCES TEA PARTY"





53

000242

FACEBOOK page "ARMED FORCES TEA PARTY"





54

000243

FACEBOOK page "ARMED FORCES TEA PARTY"



FACEBOOK page "ARMED FORCES TEA PARTY"





000245

# GE-13A



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT
3700 CHOSIN AVENUE
SAN DIEGO, CA 92140-5197

In reply refer to:
5800
TKL
28 Mar 12

From:  Investigating Officer
To:    File

Subj:  AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF THE TIPPING POINT
       RADIO TALK SHOW THAT AIRED ON 7 MARCH 2012 ON FOXNEWS KOGO 95.7FM SAN
       DIEGO FEATURING SERGEANT GARY A. STEIN, USMC

Encl:  (1) Screenshot of radio broadcast as seen on www.youtube.com

1.  This is a summary and excerpted transcript of "The Tipping Point" radio
talk show that aired on 7 March 2012 on FOXNEWS KOGO 95.7FM San Diego during
which Sgt Gary A Stein, USMC gave an interview.  A copy of this radio segment
was posted on YouTube at: http://www.youtube.com/watch?v=6faHshCRMw4

2.  The entire segment was approximately 54 minutes.  SNM was the only guest
speaker on that show.  He spoke with "Boon Cutler" and a co-host "John Ager"
for nearly the entire length of the show.  The host introduced the guest
voice as "Sergeant Gary Stein" and "active duty Marine," to which SNM
acknowledged.  The voice was consistent with the voice of Sgt Stein on news
videos segments and other radio recordings that I reviewed.

3.  SNM stated on the show that he was "in trouble" for writing "Screw Obama"
and that "he will not follow orders" on the METOC group.  SNM went on to
state that what he meant was that he will not follow any *unlawful orders*.
SNM also stated that his statements were taken out of context, because he
included a list of orders which he deemed to be unlawful, which the command
did not have in the screenshot, which he said earlier in the show that he has
yet to see.

4.  SNM attempted to qualify his comments about Obama and that he would not
follow all orders were taken out of context and that the command did not see
and have subsequent comments he made to qualify his earlier statements:

> Host: *What exactly did you say that's the big question of the
> hour?*
>
> SNM: *Well, what I said was in an open forum uh discussing within
> in my job … my MOS … uh … we were discussing some of the latest
> politics that was going on with the NATO and the Koran burning.
> What I said was that uh as me, as a Marine, if I am ordered, I
> say "Screw Obama and I will not uh follow un … uh … I will not
> follow orders that he gives to me."  And uh that statement was
> taken out of context and the statement … the comment right under
> that and everything else on Facebook works … my comment was I
> went down a list of orders uh that I will not follow, those
> orders from Obama that I will not follow or anybody else at that
> fact are: I will not take weapons from the citizens … uh … I will
> not detains U.S. citizens without … without … uh I won't do it
> period … I'm not gonna to fire upon U.S. citizens … and I'm not
> going to order uh Marines or take orders that infringe upon my
> [unintelligible] rights as an American citizen.*

1

000247

Subj:   AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF THE TIPPING POINT
        RADIO TALK SHOW THAT AIRED ON 7 MARCH 2012 ON FOXNEWS KOGO 95.7FM SAN
        DIEGO FEATURING SERGEANT GARY A. STEIN, USMC

Did you say at anytime that you would not confiscate weapons from
a domestic terrorist?

*I said I wouldn't follow the orders … But what I …also said ----
and what wasn't included in the complaint that was sent ---- is
that I said I wouldn't follow unlawful orders, such as taking
away weapons from U.S. citizens or orders to kill Americans.*

....

Host: *Let's sort this out just one step at a time.   Ok, Gary, you
made some Facebook comments about the things you would not do
against the American citizenry.   What happened after that?*

SNM: *Uh, well what happened after that … uh … those comments were
made last week on an open forum … uh … the forum was taken down …
uh … by … by a … uh … officer in the Marine Corps who runs the
forum … umm … he contacted me and said that … you know … let's
try to keep on topic which was our MOS and I said that's
absolutely fine, I apologize sir.   Uh … so someone who was on
that forum … uh … made a screen capture of it and sent that to my
command … uh … when my command got it … uh … on last week.   I
happen to be on leave during last week except for Friday ….  uh
when I came back on Friday, they questioned me about it.   They
talked to me about it.   They counseled me.   Uh … these are
Marines that I … uh … respect very much … uh the immediate … uh …
the officers who worked with me.   Ummm … we talked about it, we
joked about it.   It wasn't … uh … it wasn't a too big deal.   They
just wanted to make sure I knew what my left and right lateral
limits were.   Yesterday, uh … most of the same conversation early
in the morning when I got there and at 0900 I was called into my
First Sergeant's office where I was … uh … I reported in like any
other Marine would do and I was … uh … read my Article 31 rights
or what … uh … civilians would most likely would call the Miranda
Rights and … uh … I was told that I am under investigation for …
uh … breaking Article 134 the General Article and that I made
disloyal comments to the President of the United States of
America.*

Host: *So the charge or the allegation is that or what you are
under investigation for is making disloyal comments about the
President of the United States.   Is that correct?*

SNM: *Yes.*

Host: *Did you do that?*

SNM: *No, I did not.*

Host: *Ok … (interrupted)*

SNM: *And if I did and you know … let me just go into this part
here.   If someone … uh … sees my comments as disloyal to the
President … um … last I checked our oath isn't to the President …
it … our loyalty lies with the Constitution and with the American
people.   My … in my oath it talks about following orders and in
that oath when we talk about following orders, we are talking*

2

Subj:  AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF THE TIPPING POINT
       RADIO TALK SHOW THAT AIRED ON 7 MARCH 2012 ON FOXNEWS KOGO 95.7FM SAN
       DIEGO FEATURING SERGEANT GARY A. STEIN, USMC

*about following lawful orders, and I … uh … will not follow
unlawful orders and my loyalty is to the Constitution, to the
people of the United States of America first.*

*....*

Guest host: ….  What do you think Gary, if it wouldn't have named
the President that we have now, because it could be any
President, but if we were to name the President that we had now,
do you think it would have been different?

SNM: If I hadn't named … if I hadn't said Obama in the comment?

Guest host: Yeah…yeah.

SNM: If I hadn't said Obama in the comment, I don't think it
would have gotten as much attention.  I'm assuming that the
person who reported this … uh … probably … uh … is more of a … uh
… non-conservative or a Democrat who probably took offense to it
… and uh … that's probably why it's reported, so I don't think it
would have been a big deal.  I think I probably gotten talked to,
but because I was using Obama's name … and I think … uh … and the
press … uh … sees this as an issue and obviously other
warfighters sees this as an issue I think that is why it is … uh
… it's such a big deal.

5.  The show's host also asked SNM to comment on the National Defense
Authorization Act (which the host explained to SNM before asking him to
comment), the My Lai massacre, and the seizure of weapons from civilians by
National Guardsman during the Hurricane Katrina relief effort, none of which
SNM mentioned in his prior interviews or Facebook posts, which were quickly
adopted and recycled in subsequent interviews and posts.

T. K. LIU

3

000249

Enclosure (1)



000250

GE-13B



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT
3700 CHOSIN AVENUE
SAN DIEGO, CA 92140-5197

In reply refer to:
5800
TKL
28 Mar 12

From: Investigating Officer
To:   File

Subj: AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF THE KUSI SAN DIEGO
      MORNING NEWS VIDEO SEGMENT THAT AIRED ON 7 MARCH 2012 FEATURING
      SERGEANT GARY A. STEIN, USMC

Encl: (1) Screenshot of video as seen on KUSI.COM

1. This is an excerpted transcript of a KUSI San Diego news segment that
aired on 7 March 2012. A copy of this video segment was posted on YouTube
at: http://www.kusi.com/video?clipId=6818564&autostart=true

2. SNM was in the studio with the reporters. He was on the video for
approximately three minutes.

3. When asked by the show to explain if SNM will not obey certain orders by
the President, SNM stated:

> *You are absolutely correct. There are certain orders that I will
> not obey from the President of the United States and from the
> Officers and enlisted Marines put in front of me [sic] and those
> are unlawful orders. I don't know if you are familiar with the
> My Lai massacre in Vietnam where a Lieutenant was court-martialed
> for being ordered to … uh … burn down a village in Vietnam. He
> was ordered to do it. His defense was that he was ordered to do
> it but we still found him guilty. We seen [sic] this in New
> Orleans during Katrina where National Guard members ordered [sic]
> uh take away guns and they were found guilty of this type stuff.
> So unlawful orders I will not follow, lawful orders I will.*

4. SNM stated that he has not been given any order that he deems unlawful
but will consider any order requiring him to cease sponsorship or activities
involving the Armed Forces Tea Party Facebook page as unlawful and a
violation of his First Amendment right to free speech.

T. K. LIU

1

000252

Enclosure (1)



000253

GE-13C



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT
3700 CHOSIN AVENUE
SAN DIEGO, CA 92140-5197

In reply refer to:
5800
TKL
28 Mar 12

From:  Investigating Officer
To:    File

Subj:  AFFIDAVIT AND EXCERPTED TRANSCRIPT OF THE RICK AMATO RADIO SHOW
       THAT AIRED 13 MARCH 2012 ON KOGO 95.7FM SAN DIEGO FEATURING SERGEANT
       GARY A. STEIN, USMC

Encl:  (1) Screenshot of the show as seen on www.amatotalk.com
       (2) Screenshot of Timothy C. Parlatore from www.cutlerandparlatore.com

1.  This is a summary and excerpted transcript of the Rick Amato Radio Show
that aired on 13 March 2012 on KOGO 95.7FM San Diego during which Sgt Gary A
Stein, USMC gave an interview.  A copy or podcast in MP3 format of this audio
recording may be downloaded from the show's website at:
http://amatotalk.com/podcasts/AMAT0-03-13-12.mp3

2.  The entire segment was approximately 53 minutes, some 30 minutes devoted
to SNM.  The show also featured SNM and Timothy C. Parlatore, as guest
speakers.  SNM spoke with the host for approximately 15 minutes before the
host brought in Mr. Palatore, an attorney with the offices of Cutler &
Palatore.  Mr. Palatore is a civilian attorney based at New York City.  The
host introduced SNM as "Sergeant Gary Stein," to which SNM acknowledged.  The
voice was consistent with the voice of SNM on news videos segments and other
radio recordings that I have reviewed.

3.  During the show, SNM gave a version of the METOC comments that was
inconsistent from the screenshot of the METOC group and his prior public
statement.  He alleged during the interview that efforts to hold him
accountable are the result of the "liberal media types":

     Rick Amato (host): ....*You originally declared that you would not
     follow orders from the Commander-in-Chief, President Barak Obama,
     on this Facebook page.  The article goes on to say that you have
     since soften that statement.  Is that accurate?*

     SNM: *It is not accurate, actually.  What happened was uh I was
     using my personal Facebook page uh. We were uh I was in a
     discussion with fellow … fellow Marines that I know and that I
     work in the same field with, and we were talking about uh we were
     talking about the NDAA, National Defense Authorization Act, and
     we were discussing it and within the context of that Act, what I
     say (sic) that was that I would not follow orders of the
     President of the United States when context with uh in connection
     to that uh to the NDAA.  And then people say you know, "Oh what
     do you mean you won't follow orders." I then I said, "I won't
     follow unlawful orders."  And uh I think what happened is you
     know that the liberal media types that see this Marine who will
     not follow lawful orders and takes it out of context, and if it
     is not in context it sounds [unintelligible].  But if you think
     about what we are talking about and what the NDAA actually*

000255

Subj:   AFFIDAVIT AND EXCERPTED TRANSCRIPT OF THE RICK AMATO RADIO SHOW
        THAT AIRED 13 MARCH 2012 ON KOGO 95.7FM SAN DIEGO FEATURING SERGEANT
        GARY A. STEIN, USMC

*authorizes and what you know it gives the power to the federal*
*government to … to do.   Uh, I think not following orders or not*
*following unlawful orders is the right thing to do.*

4.   SNM acknowledges that the METOC group a public forum for fellow Marine
Corps weatherman to keep in touch.

5.   When asked by the host on whether active duty members are limited from
political activity and whether starting Armed Forces Tea Party (AFTP) is a
political statement, SNM replied that "I do not think that (starting the
AFTP) is a political statement."   He also stated words to the effect that
there was no or should be no restriction on his ability to publicize comments
found on his AFTP Facebook page, emphasizing that, "I am an American first
and foremost - Marine second."   SNM also specifically referred to the DoD
Directive and stated that the directive only prohibited partisan political
groups and that it does not apply to AFTP or his posts, because he does not
find them to be partisan political in nature.

6.   SNM's comments on his statements on the President:

*SNM: …I'm not attacking Barak Obama the person.   I never have.*
*I've never said anything personally about him.   I've attacked his*
*administration… uh… I've attacked his policies, and I don't do it*
*on behalf of the Marine Corps or do it on behalf the military.*
*I'm doing it on behalf of Sergeant Gary Stein, if you look on my*
*webpage, my Facebook page, it says on there… you know… and it's*
*what the Marine Corps told me to put on there two years ago.*
*They told me to… put it on there that uh, "The Armed Forces Tea*
*Party and/or Gary Stein does not represent the views and the*
*beliefs of the Marine Corps, the military, or the DoD"…*

7.   SNM commented on whether he possessed any prior knowledge of the
regulations and laws:

*Host: You sound like you are either very savy on the military*
*judicial stuff or have some legal advice, or both.*

*SNM: Uh… No, I've actually done a lot of research myself.   I've*
*done a lot of reading.   Ummm… I've done a lot of reading of the*
*JAG Manual.   I know that… uh… in most… uh… cases, it's supposed*
*to be a three day, you know, preliminary inquiry, and we're now*
*going into the ninth day.   Ummm… so I've done a lot of research,*
*I have talked to… uh… attorney.   I do not have an attorney… ummm…*
*on retainer right now, but I have talked a couple… on what they*
*think I should do, what they think of the case….*

7.   SNM added to Timothy Palatore's comments regarding the
investigation:

*Host: Tim, very, very good stuff you're bringing up.   The fact*
*that Gary Stein says these investigations, I believed he said*
*these investigations take three days.   This one has taken nine.*
*Do you read anything into that, Tim?*

2

000256

Subj:  AFFIDAVIT AND EXCERPTED TRANSCRIPT OF THE RICK AMATO RADIO SHOW
       THAT AIRED 13 MARCH 2012 ON KOGO 95.7FM SAN DIEGO FEATURING SERGEANT
       GARY A. STEIN, USMC

*Parlatore: Well, I think certainly, uh, certain investigations take longer when there becomes these complicated issues.  The investigation is not generally conducted by a… uh… by an attorney, unlike that old, great TV show JAG.  Uh… they'll… they'll do these investigations but then when they bring it to an actual JAG officer to sit there and say, "Ok now how do we charge this?"  You got to sit there and say, "Well, is this something that is even going to stand?"  And from my reading of the statute and case law on this thing, I would be willing to bet that even if they charged him, even if they took him to trial and convicted him and everything else, and… you know… we tried to put in an appeal for him. I think the court would strike it down to say, "No, it's not even a crime."  Even if he did everything the Government claims that he did, it's not a crime.*

*Host: You know, hearing you say that, what now enters my mind… both Tim Palatore and Sgt Gary Stein… this case… your story has become pretty high profiled across… (interrupted)*

*SNM: It has…*

*Host: …it really…*

*SNM: I was on CNN yesterday morning.  I was on CNN on Friday… uh… I get texts everyday, "I saw… I saw you on this… I saw you on that."  It's been high profiled.  I think it's because… it''s… like I said, unprecedented avenue the Marine Corps, the military in general hasn't been down yet.*

*Host: Tim, they might have an embarrassing situation on their hands… the… the… you know… the fact that it has come so high profiled.  Listen to what you say, they got themselves into a corner here.*

*Parlatore: Sure, and you know that frequently happens.  I've been involved in a few military investigations, you know, where the commanding officers, you know, rushes to say, "Oh well, this is wrong," and the investigation just kind of starts running away, and nobody has the mental wherewithal to just stop there and say, "wait a minute, let's see if this is really going to go anywhere before it's just gonna… back ourselves into a corner…so…"*

*SNM: Tim, you know… you know what we call it Tim?  We call it, "Good initiative, bad judgment."*

*Parlatore: (laughs) Exactly!*

*Host: (snickering)*

T. K. LIU

3







GE-13D



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT
3700 CHOSIN AVENUE
SAN DIEGO, CA 92140-5197

In reply refer to:
5800
TKL
28 Mar 12

From:  Investigating Officer
To:    File

Subj:  AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF "THE ARMED
       FORCES TEA PARTY EPISODE 1.12" VIDEO BLOG DATED 13 MARCH 2012
       FEATURING SERGEANT GARY A. STEIN, USMC

Enc:   (1) Screenshot of blog as seen on www.YouTube.com

1.  This is a summary and excerpted transcript of a video blog titled
"The Armed Forces Tea Party Episode 1.12" that Sergeant Gary A. Stein,
USMC, made and posted on YouTube on 13 March 2012.  The video segment
was posted on YouTube at: "http://www.youtube.com/watch?v=t9KFQwdsg9Y"

2.  The 15 minute audio recording on YouTube shows the AFTP logo,
Facebook page address, SNM's photo as found on his "Gary Stein"
Facebook page, with the date "March 13, 2012."  The voice identified
himself as "Gary Stein, found of the Armed Forces Tea Party."  The
voice was consistent with the voice of Sgt Stein on news videos
segments and other radio recordings that I reviewed.

3.  SNM began the discussion with the situation in Syria and the Army
Staff Sergeant accused of shooting Afghan civilians.

4.  SNM also provided an update of "the investigation on him for his
comments" in which he stated:

    *My investigation that's going about my comments uh that
    were allegedly disloyal to the President… I want to give
    you an update.  Here's the update…there is no update.  Uh
    I've still not been told anything by the Marine Corps.  I
    have been denied uh any comment by my uh by my uh officers
    appointed above me.  They have not told anything.  They
    will not comment about it.  So I am just waiting.  And you
    know what, as I am waiting, I am keep carrying on what I've
    been doing for the last two years uh being the uh as the
    founder of the Armed Forces Tea Party....*

4.  SNM addressed the issue of his METOC comments by qualifying his
statements as that the only orders he will not follow are unlawful
orders:

    *I never said that I not will lawful orders from the
    President or anybody appointed over me. I never said that,
    so let's be clear.  I will....  Gary A. Stein will follow*

Subj:  AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF "THE ARMED
       FORCES TEA PARTY EPISODE 1.12" VIDEO BLOG DATED 13 MARCH 2012
       FEATURING SERGEANT GARY A. STEIN, USMC

*lawful orders given to me by the President of the United
States and the officers and senior enlisted Marines or
anybody else that happens to fall ahead of me.  I will
follow lawful orders.  That being said, I will not follow
unlawful orders.  And if you can find a Soldier or a Marine
or Airman or Sailor that will say, "I will follow unlawful
orders," that's the person you need to be going after.
That's the person that says, "I don't care what the law
says.  I don't care what the Constitution says.  I'm gonna
go, I'm gonna do what I'm told to do."  That's not a
defense.  Following unlawful orders, just following orders
is not a defense once you get court-martialed.  If I'm in
Afghanistan and a platoon commander comes up to me and
says, "Hey, go up there and just, just take out that
village.  I want them dead, women, children, uh men, goat,
dog, sheep, the cat that we saw meowing the other day all
of them dead."  And I go, "Okay sir, I'm gonna do that
right now."  And I go out there and shoot them all, uh
that's an unlawful order.  It's immoral.  It's horrible.
It's an unlawful order.  So I don't understand why people
are so upset that I said I will not follow unlawful
orders....*

5.  SNM also commented on whether there are other moderators to the
Armed Forces Tea Party Facebook page:

*Though I do have, many people do ask, if we have
moderators.  We do have three other moderators.  Uh... I'm
not gonna just say their name though right now, because I'm
not sure they want to know their name.  If they do, they can
announce it later.  Uh... we do have other moderators,
although I'm the one who does the most of... probably 99.9%
of the status updates given by Armed Forces Tea Party are
ones that I have... I've written or gotten from some other
place and posted on there.  And no by no means do I have
this crazy intelligent brain to come up with these cool
status updates.  It's not all my doing.  I take them from
all sorts of places.  Some do come from my heart, some come
from my mind, some come from the Internet.  So that being
said, uh... I'm gonna keep continue what I'm doing....*

T. K. LIU

000262

Enclosure (1)



# GE-13E



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT
3700 CHOSIN AVENUE
SAN DIEGO, CA 92140-5197

In reply refer to:
5800
TKL
28 Mar 12

From:   Investigating Officer
To:     File

Subj:   AFFIDAVIT AND EXCERPTED TRANSCRIPT OF THE "SULLY SULLIVAN" RADIO SHOW
        THAT AIRED 22 MARCH 2012 ON KOGO 95.7FM SAN DIEGO FEATURING SERGEANT
        GARY A. STEIN, USMC

Encl:   (1) Screenshot of the show as seen on www.amatotalk.com

1.  This is a summary and excerpted transcript of the "Sully Sullivan" Radio
Show that aired on 22 March 2012 on KOGO 95.7FM San Diego during which Sgt
Gary A Stein, USMC gave an interview.  A copy or podcast in MP3 format of
this audio recording may be downloaded from the show's website at:
http://www.kogo.com/cc-
common/podcast/single_page.html?more_page=4&podcast=bobsullivan&selected_podc
ast=03-22-12_7pm_1332477959_24569.mp3

2.  The entire segment was approximately 37 minutes.  SNM was the only guest
speaker on that show.  He spoke with the host for approximately 18 minutes
before the host turned to answering calls.  The host introduced the guest
voice as "Sergeant Gary Stein," to which SNM acknowledged.  The voice was
consistent with the voice of Sgt Stein on news videos segments and other
radio recordings that I reviewed.

> SNM: *Alright, a couple weeks ago, having a personal conversation
> with my personal Facebook page with a few colleagues of mine
> about the NDAA, National Defense Authorization Act, and
> unconstitutional orders and lawful orders and things of that
> nature and … uh … in that context … uh … someone said would you
> follow … uh … the orders of the President and in that context
> talking about unlawful orders, and I said … I said, "Screw Obama.
> I'm not gonna follow unlawful … umm … not gonna follow the orders
> from him… (interrupted)*
>
> Host: *Ok, so let me, let me step back here, because people want
> to understand the context of the conversation was talking about
> following unlawful orders not just following orders correct?*
> SNM: *That was the whole conversation was about the National
> Defense Authorization Act … about the … about the ... uh … about
> the … uh … soldiers being in trouble for burning the Koran.  That
> was the whole conversation, about unlawful orders,
> unconstitutional orders, that's what we were talking about, and
> so in the context that's what I said was exactly right.  Now, I
> will follow the orders of the President and I will … if he … if
> they … if Congress says … you know … we need to go to war, the
> President says we will need to go to war … the President comes to
> my house right now and says, "Sgt Stein are you going to come out
> here and salute me," and I'm going to say, "Yes, Mr. President."
> I'm going to come out there and I'm going to salute him.  It's my
> job.  That my duty as a Marine.  That's my job, to pay respect to*

Subj:   AFFIDAVIT AND EXCERPTED TRANSCRIPT OF THE "SULLY SULLIVAN" RADIO SHOW
        THAT AIRED 22 MARCH 2012 ON KOGO 95.7FM SAN DIEGO FEATURING SERGEANT
        GARY A. STEIN, USMC

the office of the President, but I will not follow unlawful
orders from anybody.
Host: *So here's my … here's my question … so on Facebook your
having this conversation and it's … and reading the transcript it
kind of a spirited debate you are having back and forth with, and
you say, "No I will not follow the orders," and you corrected
yourself, "No I wouldn't follow con …" … uh just to clarify … I
won't … I won't follow unconstitutional orders… (interrupted)*
SNM: *Right, it was clarified, but some people jump on that like
"oh my God, look what he said." And I want people to understand
that I was clarifying what I was saying … (interrupted)*
Host: *Yeah, so you went back and clarified for folks and you
started getting phone calls and knocks on the door the next day,
right. So what happened next?*
SNM: *The next day I get a phone call saying that you know someone
reported me, another Marine, to my command saying that they
didn't think it was right … um … that got… um … that I was
questioned a couple days by officers in my command on it. All of
that happened on Thursday and Friday. The following Monday I was
read my rights and that's where it all started and now … uh …
yesterday I was uh served with a notice from my command stating
that they are pushing me toward administrative discharge uh…
(interrupted)*

Host: *Oh hang on a second, let me back up. By the way, we're
talking to U.S. Marine Sergeant Gary Stein. He is the Tea Party
activist that used Facebook uh to uh to uh express his feelings
about President Obama. Of course this is news story's
everywhere, you can go to KOGO.COM…. …but I have to ask you,
what exactly is, Gary, an administratively, define that for us.*

SNM: *Administrative discharge is basically them going around the
court-martial process and going around the nonjudicial punishment
uh process. And uh when you think about… think about court-
martial which is like a trial that you see on Law and Order on
TV. When talk about administrative hearing or administrative
discharge, I'm… I'm… the burden of proof is on me to prove I did
nothing wrong against a panel of… of uh of officers, which is
usually about between one to three officers, so that's the
difference, that's the big difference, and there's a lot of
repercussions. If I'm found, if they do decide to discharge me,
I'm gonna be bust me down to Lance Corporal. I'm going to lose
all my benefits. I'm gonna lose my disability benefits. I will
lose uh all my uniforms, and I will basically not be a Marine… a
Marine. And you know the always say that when you are a Marine,
you are a Marine forever. That's the kind of thing they'll take
away from me.*

T. K. LIU



GE-13F

000268



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT
3700 CHOSIN AVENUE
SAN DIEGO, CA 92140-5197

In reply refer to:
5800
TKL
30 Mar 12

From:   Investigating Officer
To:     File

Subj:   AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF THE ASSOCIATED PRESS
        NEWS SEGMENT THAT AIRED ON 22 MARCH 2012 ON FEATURING SERGEANT GARY A.
        STEIN, USMC AT THE FALLBROOK TEA PARTY MEETING

Encl:   (1) Screenshot of Armed Forces Tea Party Facebook page
        (2) Screenshot of Associated Press segment as seen on www.youtube.com
        (3) Screenshot of the ABC 10 segment as seen on www.youtube.com

1.  This is a summary and excerpted transcript of the Associated Press and
ABC 10 News video segment that aired on 22 March 2012 on Sgt Gary A Stein's
attendance and speaking engagement at the 22 March 2012 Fallbrook Tea Party
meeting at Bonsall, California.

2.  The Fallbrook Tea Party meeting took place at the San Luis Rey Downs Golf
Resort in Bonsall, California.  SNM advertised this event on his personal
Gary Stein and AFTP Facebook pages.  The meeting was attended by at least two
active duty Marine officers and the subject of an Associated Press and "ABC
10" San Diego news segment.  The Associated Press news segment can be found
on YouTube at http://www.youtube.com/watch?v=whKrwR0RJ3Y.  The ABC 10 news
segment can be found YouTube at http://www.youtube.com/watch?v=G--q-qVYvNE

2.  SNM filmed saying before a crowd in civilian attire, "...they asked me if
President Obama asked you to do that.  I said, 'Screw Obama, I'm now going to
follow unlawful orders' and I understand...."  His comments invoked laughs by
the crowd.

3.  SNM also gave an on camera interview to both the Associated Press and
ABC10.  Before the Associated Press, SNM dismissed the suggestion that his
speech may violate established conduct:

        "I wasn't being loud.  I wasn't yelling from the street tops
        (sic) or raising banners or (intelligible) leading a march.  I
        never led a march.  I never done anything like that....  It's a
        Facebook page."  http//www.youtube.com/watch?v=whKrwR0RJ3Y.

        ...

        "We're all Americans.  Whose (sic) the President work for?  He's…
        he's paid from the same tax dollars as I am paid for.  So… so…
        you are just his boss as he is your boss… er… my boss, I should
        say.  So, I… that is my right… to be critical of the policies he
        set forth….  I've done nothing wrong."

4.  Captain Gavin K. Logan and Captain Christopher S. Edwards, both judge
advocates from the Office of the Staff Judge Advocate, Marine Corps Recruit
Depot San Diego were present at the meeting.  Both Marines witnessed SNM
telling the audience that he never said that he would not follow *all* orders

1

Subj:   AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF THE ASSOCIATED PRESS
        NEWS SEGMENT THAT AIRED ON 22 MARCH 2012 ON FEATURING SERGEANT GARY A.
        STEIN, USMC AT THE FALLBROOK TEA PARTY MEETING

from President Obama but only that he will not *unlawful* orders from the
President.  Both witnesses also stated that SNM made disparaging remarks
about the Obama administration and its campaign for reelection.

T. K. LIU

2

Enclosure (1)





Enclosure (2)



Enclosure (3)



# GE-13G



**UNITED STATES MARINE CORPS**
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT
3700 CHOSIN AVENUE
SAN DIEGO, CA 92140-5197

In reply refer to:
5800
TKL
28 Mar 12

From: Investigating Officer
To:   File

Subj: AFFIDAVIT, SUMMARY, AND EXCERPTED TRANSCRIPT OF THE REALNEWS.COM VIDEO
SEGMENT THAT AIRED 23 MARCH 2012 FEATURING SERGEANT GARY A. STEIN,
USMC

Encl: (1) Screenshot of the video segment as seen on www.youtube.com

1.  This is an excerpted transcript of the RealNews.com video news segment
that aired on 23 March 2012.  A copy of this video segment was posted on
YouTube at the address:
http://www.youtube.com/watch?NR=1&v=dz3zdQFDtwU&feature=endscreen

2.  The entire news segment was approximately 14 minutes.  SNM appeared and
spoke for approximately 10 minutes.  SNM gave the video interview using
Skype, likely from his mobile smartphone, while sitting in his personally
owned vehicle in the daytime.  He was introduced by the show host as Sergeant
Gary Stein, an active duty Marine, to which he acknowledged.  During the
interview, SNM alleged to the show host that the military justice system is
an arbitrary system and that a service member's commander has sole discretion
in determining the legality of the service member's conduct.  Additionally,
SNM alleges that the prosecutorial efforts were politically motivated by
members of the current political administration.  SNM gave the interview in
his civilian attire while sitting in his privately owned vehicle, which
suggests that he may have given the interview during work hours.  SNM's
Battalion Commander advised this Investigating Officer that he received no
notice from SNM that he provided this interview.

3.  When asked by the reporter whether his words violated the UCMJ, SNM
stated:

    *Well, Article 88 is for commissioned officers only and I'm not a
    commissioned officer, so Article 88 is right off the bat is
    thrown out... that doesn't apply to me ... uh but ... I'm making ... I
    don't see how these are contemptuous words in the first place so
    maybe that I'm against ObamaCare or saying that he thinks that
    he's really drilled our economy to the ground is not contemptuous
    at all.  I think it is the truth.*

4.  When asked by the reporter whether talking to the media is risky,
SNM replied:

    *No, because my command knows uh that uh I'm doing media
    interviews and that's no problem as long as I stick to the
    issues.  As long as I'm not going off on wild tangents, talking
    about things that don't matter, I'm talking about the case at
    hand, the investigation, and what's going on and about the issue
    surrounding it, I'm perfectly fine.*

Subj:   AFFIDAVIT AND EXCERPTED TRANSCRIPT OF THE REALNEWS.COM VIDEO SEGMENT
        THAT AIRED 23 MARCH 2012 FEATURING SERGEANT GARY A. STEIN, USMC

5.  When asked by the reporter about limitations of speech in the
military and whether he is possibly running afoul of some other
articles of the UCMJ, SNM stated:

> *Oh, that comes out to a matter of opinion of that commander.
> That's what it is.  It's not a matter of opinion of the law
> anymore.  It's a matter of the opinion of the commander, so I can
> say I believe we eat [unintelligible] McDonalds and McDonalds the
> best fast food in the world ... he might find that wrong.  He
> might find me.. he might take that as me telling people to go get
> fat and eat McDonalds but that is not what I'm saying is that I
> like McDonalds.  [unintelligible] So if he is stating that I
> don't agree the policies my personal opinion if he has a problem
> with my personal opinion he should take it to me on a personal
> level not charge me with something.  And I don't see that is what
> is happening here.  I think my command coming down like this is
> more uh of the power that be uh pressuring them to.*

T. K. LIU

2

000276





Enclosure (1)



000278