# GE-14



# Department of Defense

# DIRECTIVE

**NUMBER** 1344.10
February 19, 2008

USD(P&R)

SUBJECT: Political Activities by Members of the Armed Forces

References: (a) DoD Directive 1344.10, "Political Activities by Members of the Armed Forces on Active Duty," August 2, 2004 (hereby canceled)
    (b) Sections 973, 888, 101, and Chapter 47 of title 10, United States Code
    (c) DoD Instruction 1334.1, "Wearing of the Uniform," October 26, 2005
    (d) Section 441a of title 2, United States Code
    (e) through (i), see Enclosure 1

1. <u>PURPOSE</u>

This Directive:

    1.1. Reissues Reference (a) to update policies on political activities of members of the Armed Forces.

    1.2. Implements section 973(b) through (d) of Reference (b).

2. <u>APPLICABILITY</u>

This Directive applies to the Office of the Secretary of Defense, the Military Departments (including the Coast Guard at all times, including when it is a Service in the Department of Homeland Security by agreement with that Department), the Office of the Chairman of the Joint Chiefs of Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities in the Department of Defense (hereafter referred to collectively as the "DoD Components"). Paragraph 4.3. applies to members of the National Guard, even when in a non-Federal status. Other provisions apply to members of the National Guard while on active duty, which, for purposes of this Directive only, also includes full-time National Guard duty.

## 3. DEFINITIONS

The terms used in this Directive are defined in Enclosure 2.

## 4. POLICY

It is DoD policy to encourage members of the Armed Forces (hereafter referred to as "members") (including members on active duty, members of the Reserve Components not on active duty, members of the National Guard even when in a non-Federal status, and retired members) to carry out the obligations of citizenship. In keeping with the traditional concept that members on active duty should not engage in partisan political activity, and that members not on active duty should avoid inferences that their political activities imply or appear to imply official sponsorship, approval, or endorsement, the following policy shall apply:

4.1. <u>General</u>

4.1.1. A member of the Armed Forces on active duty may:

4.1.1.1. Register, vote, and express a personal opinion on political candidates and issues, but not as a representative of the Armed Forces.

4.1.1.2. Promote and encourage others to exercise their voting franchise, if such promotion does not constitute use of their official authority or influence to interfere with the outcome of any election.

4.1.1.3. Join a partisan or nonpartisan political club and attend its meetings when not in uniform, subject to the restrictions of subparagraph 4.1.2.4. (See DoD Instruction 1334.1 (Reference (c).)

4.1.1.4. Serve as an election official, if such service is not as a representative of a partisan political party, does not interfere with the performance of military duties, is performed when not in uniform, and the Secretary concerned has given prior approval. The Secretary concerned may NOT delegate the authority to grant or deny such permission.

4.1.1.5. Sign a petition for a specific legislative action or a petition to place a candidate's name on an official election ballot, if the signing does not obligate the member to engage in partisan political activity and is done as a private citizen and not as a representative of the Armed Forces.

4.1.1.6. Write a letter to the editor of a newspaper expressing the member's personal views on public issues or political candidates, if such action is not part of an organized letter-writing campaign or a solicitation of votes for or against a political party or partisan political cause or candidate. If the letter identifies the member as on active duty (or if the member is otherwise reasonably identifiable as a member of the Armed Forces), the letter should clearly

2

state that the views expressed are those of the individual only and not those of the Department of Defense (or Department of Homeland Security for members of the Coast Guard).

4.1.1.7.  Make monetary contributions to a political organization, party, or committee favoring a particular candidate or slate of candidates, subject to the limitations under section 441a of title 2, United States Code (U.S.C.) (Reference (d)); section 607 of title 18, U.S.C. (Reference (e)); and other applicable law.

4.1.1.8.  Display a political bumper sticker on the member's private vehicle.

4.1.1.9.  Attend partisan and nonpartisan political fundraising activities, meetings, rallies, debates, conventions, or activities as a spectator when not in uniform and when no inference or appearance of official sponsorship, approval, or endorsement can reasonably be drawn.

4.1.1.10.  Participate fully in the Federal Voting Assistance Program.

4.1.2.  A member of the Armed Forces on active duty shall not:

4.1.2.1.  Participate in partisan political fundraising activities (except as permitted in subparagraph 4.1.1.7.), rallies, conventions (including making speeches in the course thereof), management of campaigns, or debates, either on one's own behalf or on that of another, without respect to uniform or inference or appearance of official sponsorship, approval, or endorsement. Participation includes more than mere attendance as a spectator.  (See subparagraph 4.1.1.9.)

4.1.2.2.  Use official authority or influence to interfere with an election, affect the course or outcome of an election, solicit votes for a particular candidate or issue, or require or solicit political contributions from others.

4.1.2.3.  Allow or cause to be published partisan political articles, letters, or endorsements signed or written by the member that solicits votes for or against a partisan political party, candidate, or cause.  This is distinguished from a letter to the editor as permitted under the conditions noted in subparagraph 4.1.1.6.

4.1.2.4.  Serve in any official capacity with or be listed as a sponsor of a partisan political club.

4.1.2.5.  Speak before a partisan political gathering, including any gathering that promotes a partisan political party, candidate, or cause.

4.1.2.6.  Participate in any radio, television, or other program or group discussion as an advocate for or against a partisan political party, candidate, or cause.

4.1.2.7.  Conduct a political opinion survey under the auspices of a partisan political club or group or distribute partisan political literature.

3

4.1.2.8.  Perform clerical or other duties for a partisan political committee or candidate during a campaign, on an election day, or after an election day during the process of closing out a campaign.

4.1.2.9.  Solicit or otherwise engage in fundraising activities in Federal offices or facilities, including military reservations, for any political cause or candidate.

4.1.2.10.  March or ride in a partisan political parade.

4.1.2.11.  Display a large political sign, banner, or poster (as distinguished from a bumper sticker) on a private vehicle.

4.1.2.12.  Display a partisan political sign, poster, banner, or similar device visible to the public at one's residence on a military installation, even if that residence is part of a privatized housing development.

4.1.2.13.  Participate in any organized effort to provide voters with transportation to the polls if the effort is organized by or associated with a partisan political party, cause, or candidate.

4.1.2.14.  Sell tickets for or otherwise actively promote partisan political dinners and similar fundraising events.

4.1.2.15.  Attend partisan political events as an official representative of the Armed Forces, except as a member of a joint Armed Forces color guard at the opening ceremonies of the national conventions of the Republican, Democratic, or other political parties recognized by the Federal Elections Committee or as otherwise authorized by the Secretary concerned.

4.1.2.16.  Make a campaign contribution to, or receive or solicit (on one's own behalf) a campaign contribution from, any other member of the Armed Forces on active duty. Any contributions not prohibited by this subparagraph remain subject to the gift provisions of sections 2635.301-2635.304 of title 5, Code of Federal Regulations (Reference (f)).  See subparagraph 4.1.2.1. for general prohibitions on partisan fundraising activity.

4.1.3.  Commissioned officers shall not use contemptuous words as prohibited by section 888 of Reference (b) or participate in activities proscribed by DoD Directives 5200.2 and 1325.6 (References (g) and (h), respectively).

4.1.4.  Subject to any other restrictions in law, a member of the Armed Forces not on active duty may take the actions or participate in the activities permitted in subparagraph 4.1.1., and may take the actions and participate in the activities prohibited in subparagraph 4.1.2, provided the member is not in uniform and does not otherwise act in a manner that could reasonably give rise to the inference or appearance of official sponsorship, approval, or endorsement.

4

4.1.5.  Activities not expressly prohibited may be contrary to the spirit and intent of this Directive.  Any activity that may be reasonably viewed as directly or indirectly associating the Department of Defense or the Department of Homeland Security (in the case of the Coast Guard) or any component of these Departments with a partisan political activity or is otherwise contrary to the spirit and intention of this Directive shall be avoided.

4.2.  <u>Nomination or Candidacy for Civil Office in the U.S. Government or State or Other Non-U.S. Government Offices</u>

4.2.1.  Paragraph 4.2. applies to:

4.2.1.1.  A civil office in the U.S. Government that:

4.2.1.1.1.  Is an elective office;

4.2.1.1.2.  Requires an appointment by the President; or

4.2.1.1.3.  Is a position on the executive schedule under sections 5312-5317 of title 5, U.S.C. (Reference (i)).

4.2.1.2.  A civil office in a State; the District of Columbia; a territory, possession, or commonwealth of the United States; or any political subdivision thereof.

4.2.2.  A regular member, or a retired regular or Reserve Component member on active duty under a call or order to active duty for more than 270 days, may not be a nominee or candidate for the offices described in subparagraph 4.2.1., except when the Secretary concerned grants permission.

4.2.2.1.  The Secretary concerned may NOT delegate the authority to grant or deny such permission.

4.2.2.2.  Such permission shall not authorize activity while on active duty that is otherwise prohibited by other provisions of law or this Directive.

4.2.2.3.  Such permission is required regardless of whether evidence of nomination or candidacy for civil office is filed prior to commencing active duty service or whether the member is an incumbent.

4.2.2.4.  If a member covered by the prohibition in subparagraph 4.2.2. becomes a nominee or candidate for civil office prior to commencing active duty, then the member must request permission in writing and submit the request to the Secretary concerned before entering active duty.  The member must understand that if the Secretary concerned does not grant permission, then the member must immediately decline the nomination or withdraw as a candidate.

000284

4.2.3.  A retired regular member or Reserve Component member on active duty under a call or order to active duty for 270 days or fewer may remain or become a nominee or candidate for the offices set out in subparagraph 4.2.1. provided there is no interference with the performance of military duty.

4.2.4.  Notwithstanding any other provision of this Instruction:

4.2.4.1.  Any enlisted member on active duty may seek, hold, and exercise the functions of a nonpartisan civil office as a notary public or member of a school board, neighborhood planning commission, or similar local agency, provided that the office is held in a non-military capacity and there is no interference with the performance of military duties.

4.2.4.2.  Any warrant or commissioned officer on active duty may seek, hold, and exercise the functions of a nonpartisan civil office on an independent school board that is located exclusively on a military reservation, provided that the office is held in a non-military capacity and there is no interference with the performance of military duties.

4.3.  Additional Limitations on Nomination or Candidacy and Campaigning

4.3.1.  Members not on active duty who are nominees or candidates for the offices described in subparagraph 4.2.1. may, in their campaign literature (including Web sites, videos, television, and conventional print advertisements):

4.3.1.1.  Use or mention, or permit the use or mention of, their military rank or grade and military service affiliation; BUT they must clearly indicate their retired or reserve status.

4.3.1.2.  Include or permit the inclusion of their current or former specific military duty, title, or position, or photographs in military uniform, when displayed with other non-military biographical details.  Any such military information must be accompanied by a prominent and clearly displayed disclaimer that neither the military information nor photographs imply endorsement by the Department of Defense or their particular Military Department (or the Department of Homeland Security for members of the Coast Guard); e.g., "John Doe is a member of the Army National Guard.  Use of his military rank, job titles, and photographs in uniform does not imply endorsement by the Department of the Army or the Department of Defense."

4.3.2.  Members included in subparagraph 4.3.1. may NOT, in campaign literature (including Web sites, videos, television, and conventional print advertisements):

4.3.2.1.  Use or allow the use of photographs, drawings, and other similar media formats of themselves in uniform as the primary graphic representation in any campaign media, such as a billboard, brochure, flyer, Web site, or television commercial.  For the purposes of this policy, "photographs" include video images, drawings, and all other similar formats of representational media.

000285

4.3.2.2.  Depict or allow the depiction of themselves in uniform in a manner that does not accurately reflect their actual performance of duty.  For the purpose of this policy, "photographs" include video images, drawings, and all other similar formats of representational media.

4.3.3.  Any member on active duty who is permitted to be, or otherwise not prohibited from being, a nominee or candidate for office as described in subparagraph 4.2.1. may NOT participate in any campaign activities.  This includes open and active campaigning and all behind-the-scene activities.  For example, such members described in this paragraph who are candidates or nominees may not:

4.3.3.1.  Direct, control, manage, or otherwise participate in their campaign, including behind-the-scene activities.

4.3.3.2.  Make statements to or answer questions from the news media regarding political issues or regarding government policies or activities unless specifically authorized to do so by an appropriate supervisor or commander.

4.3.3.3.  Publish or allow to be published partisan political articles, literature, or documents that they have signed, written, or approved that solicit votes for or against a partisan political party, candidate, issue, or cause.

4.3.4.  Those members included in subparagraph 4.3.3. who are nominees or candidates for office must:

4.3.4.1.  Take affirmative, documented efforts to inform those who work for them and those whom they control that they (the nominees or candidates) may not direct, control, manage, or otherwise participate in campaign activities on their own behalf.

4.3.4.2.  Take all reasonable efforts to prevent current or anticipated advertisements that they (the nominees or candidates) control from being publicly displayed or running in any media.  This includes Web sites devoted to the nomination or candidacy.  Web sites created before entry on active duty may not be updated or revised and may be ordered shut down as the Secretary concerned may direct.

4.3.5.  Those who require permission to be nominees or candidates under the provisions of subparagraph 4.2.2., or who are on active duty and are not otherwise prohibited from being a nominee or a candidate under the provisions of subparagraph 4.2.3., must complete the acknowledgment of limitations at Enclosure 4.  Those who require permission must complete the acknowledgment before permission may be granted.  Those who do not require permission must complete the acknowledgment within 15 days of becoming a nominee or candidate or within 15 days of entry on active duty if already a nominee or candidate.  The acknowledgment must be forwarded through the nominee's or candidate's immediate supervisor to the first general officer in the chain of command.

000286

4.4.   Holding and Exercising the Functions of a U.S. Government Civil Office Attained by Election or Appointment

4.4.1.   Paragraph 4.4. applies to a civil office in the U.S. Government that:

4.4.1.1.   Is an elective office;

4.4.1.2.   Requires an appointment by the President; or

4.4.1.3.   Is in a position on the executive schedule under sections 5312-5317 of Reference (i).

4.4.2.   A regular member, or retired regular or Reserve Component member on active duty under a call or order to active duty for more than 270 days, may not hold or exercise the functions of civil office set out in subparagraph 4.4.1. unless otherwise authorized in paragraph 4.4. or by law.

4.4.3.   A retired regular member, or a Reserve Component member on active duty under a call or order to active duty for 270 days or fewer, may hold and exercise the functions of a civil office provided there is no interference with the performance of military duty.

4.4.4.   A member on active duty may hold and exercise the functions of a civil office under paragraph 4.4. when assigned or detailed (while on active duty) to such office to perform such functions, provided the assignment or detail does not interfere with military duties.

4.4.5.   Any member on active duty authorized to hold or exercise or not prohibited from holding or exercising the functions of office under paragraph 4.4. are still subject to the prohibitions of subparagraph 4.1.2.

4.5.   Holding and Exercising the Functions of a State or Other Non-U.S. Government Office Attained by Election or Appointment

4.5.1.   Paragraph 4.5. applies to a civil office in a State; the District of Columbia; a territory, possession, or commonwealth of the United States; or any political subdivision thereof.

4.5.2.   A regular member may not hold or exercise the functions of civil office unless otherwise authorized in paragraph 4.5. or by law.

4.5.3.   A retired regular or Reserve Component member on active duty under a call or order to active duty for more than 270 days may hold—but shall NOT exercise—the functions of a civil office as set out in subparagraph 4.5.1., as long as:

4.5.3.1.   The holding of such office is not prohibited under the laws of the State; the District of Columbia; a territory, possession, or commonwealth of the United States; or any political subdivision thereof.

000287

4.5.3.2. The Secretary concerned grants permission after determining that holding such office does not interfere with the performance of military duties. The Secretary concerned may NOT delegate the authority to grant or deny such permission.

4.5.4. A retired regular or Reserve Component member on active duty under a call or order to active duty for 270 days or fewer may hold and exercise the functions of civil office provided there is no interference with the performance of military duties.

4.5.5. Any member on active duty authorized to hold or exercise, or not prohibited from holding or exercising, the functions of office under paragraph 4.5. is still subject to the prohibitions of subparagraph 4.1.2.

4.6. <u>Actions When Prohibitions Apply</u>

4.6.1. Members affected by the prohibitions against being a nominee or candidate or holding or exercising the functions of a civil office may request retirement (if eligible), discharge, or release from active duty. The Secretary concerned may approve these requests, consistent with the needs of the Service, unless the member is:

4.6.1.1. Obligated to fulfill an active duty service commitment.

4.6.1.2. Serving or has been issued orders to serve afloat or in an area that is overseas, remote, a combat zone, or a hostile pay fire area.

4.6.1.3. Ordered to remain on active duty while the subject of an investigation or inquiry.

4.6.1.4. Accused of an offense under Chapter 47 of Reference (b) or serving a sentence or punishment for such an offense.

4.6.1.5. Pending other administrative separation action or proceedings.

4.6.1.6. Indebted to the United States.

4.6.1.7. In a Reserve Component and serving involuntarily under a call or order to active duty that specifies a period of active duty of more that 270 days during a period of declared war or national emergency; or other period when a unit or individual of the National Guard or other Reserve Component has been involuntarily called or ordered to active duty as authorized by law.

4.6.1.8. In violation of this Directive or an order or regulation prohibiting such member from assuming or exercising the functions of civil office.

4.6.2. Subparagraph 4.6.1. does not preclude a member's involuntary discharge or release from active duty.

000288

4.6.3.  No actions undertaken by a member in carrying out assigned military duties shall be invalidated solely by virtue of such member having been a candidate or nominee for a civil office in violation of the prohibition of paragraph 4.2. or having held or exercised the functions of a civil office in violation of the prohibitions of paragraphs 4.4. or 4.5.

4.6.4.  This is a lawful general regulation.  Violations of paragraphs 4.1. through 4.5. of this Directive by persons subject to the Uniform Code of Military Justice are punishable under Article 92, "Failure to Obey Order or Regulation," Chapter 47 of Reference (b).

## 5. RESPONSIBILITIES

5.1.  The Under Secretary of Defense for Personnel and Readiness shall administer this Directive.

5.2.  The Secretaries of the Military Departments shall issue appropriate implementing documents for their respective Departments.

## 6. RELEASABILITY

UNLIMITED.  This Directive is approved for public release.  Copies may be obtained through the Internet from the DoD Issuances Web Site at http://www.dtic.mil/whs/directives.

## 7. EFFECTIVE DATE

This Directive is effective immediately.

Gordon England

Enclosures - 4
  E1.  References, continued
  E2.  Definitions
  E3.  Nonpartisan Activities and Other Miscellaneous Guidance
  E4.  Candidacy or Nomination for Political Office Counseling Statement

10

000289

# E1.  ENCLOSURE 1

## REFERENCES, continued

(e)   Section 607 of title 18, United States Code
(f)   Sections 2635.301-2635.304 of title 5, Code of Federal Regulations
(g)   DoD Directive 5200.2, "DoD Personnel Security Program," April 9, 1999
(h)   DoD Directive 1325.6, "Guidelines for Handling Dissident and Protest Activities Among Members of the Armed Forces," October 1, 1996
(i)   Sections 5312-5317 of title 5, United States Code

ENCLOSURE 1

000290

E2. ENCLOSURE 2

DEFINITIONS

E2.1.  Active Duty.  Full-time duty in the active military service of the United States regardless of duration or purpose.  Active duty includes full-time training duty; annual training duty; and attendance, while in the active military service, at a school designated as a Service school by law or by the Secretary concerned.  For purposes of this Directive only, active duty also includes full-time National Guard duty.

E2.2.  Call or Order to Active Duty for More Than 270 Days.  Any prohibitions or limitations this Directive triggers by a call or order to active duty for more than 270 days begins on the first day of the active duty.

E2.3.  Civil Office.  A non-military office involving the exercise of the powers or authority of civil government, to include elective and appointed office in the U.S. Government, a U.S. territory or possession, State, county, municipality, or official subdivision thereof.  This term does not include a non-elective position as a regular or reserve member of civilian law enforcement, fire, or rescue squad.

E2.4.  Nonpartisan Political Activity.  Activity supporting or relating to candidates not representing, or issues not specifically identified with, national or State political parties and associated or ancillary organizations or clubs.  Issues relating to State constitutional amendments or referendums, approval of municipal ordinances, and others of similar character are not considered under this Instruction as specifically identified with national or State political parties.

E2.5.  Partisan Political Activity.  Activity supporting or relating to candidates representing, or issues specifically identified with, national or State political parties and associated or ancillary organizations or clubs.

E2.6.  Secretary Concerned.  See section 101(a)(9) of Reference (b).

ENCLOSURE 2

000291

E3.  ENCLOSURE 3

NONPARTISAN ACTIVITIES AND OTHER MISCELLANEOUS GUIDANCE

## E3.1.  LOCAL NONPARTISAN POLITICAL ACTIVITIES

This Directive does not preclude participation in local nonpartisan political campaigns, initiatives, or referendums.  A member taking part in local nonpartisan political activity, however, shall not:

E3.1.1.  Wear a uniform or use any Government property or facilities while participating.

E3.1.2.  Allow such participation to interfere with or prejudice the member's performance of military duties.

E3.1.3.  Engage in conduct that in any way may reasonably imply that the Military Department concerned or any component of such Department has taken an official position on, or is otherwise involved in, the local political campaign or issue.

## E3.2.  ADDITIONAL REQUIREMENTS

Members of the Armed Forces on active duty engaging in permissible political activities shall:

E3.2.1.  Give full time and attention to the performance of military duties during prescribed duty hours.

E3.2.2.  Avoid any outside activities that may be prejudicial to the performance of military duties or likely to bring discredit upon the Armed Forces.

E3.2.3.  Refrain from participating in any political activity while in military uniform, as proscribed by Reference (c), or using Government facilities or resources for furthering political activities.

000292

E4.  ENCLOSURE 4

CANDIDACY OR NOMINATION FOR POLITICAL OFFICE
ACKNOWLEDGMENT OF LIMITATIONS


[To be prepared by any member on active duty (or who is about to enter active duty) who is:

Alternate A:  Granted permission to remain or to become a candidate or nominee for civil office, (subparagraph 4.2.2.); or

Alternate B:  Not otherwise prohibited from remaining or becoming a candidate or nominee for civil office (subparagraph 4.2.3.).

(Prepare as a letter or memorandum, signed by the member and addressed through the member's immediate supervisor (if known) to the first general or flag officer in the member's chain of command.)]

                                                                                                          (Date)

[Select the appropriate paragraph 1].

Alternate A (over 270 days)

1.  I understand that for me to remain or to become a nominee or a candidate for the civil office of [specifically identify the civil office] while on active duty, I must have the permission of the [name of the Secretary concerned] as required by subparagraph 4.2.2. of DoD Directive (DoDD) 1344.10, "Political Activities by Members of the Armed Forces."  I understand that such permission will be granted sparingly because it runs counter to the traditional concept that Service members on active duty should not engage in partisan political activity.  Furthermore, I understand that if I am already a candidate or nominee, I must submit my request for permission from [specifically identify the Secretary concerned] before I enter active duty.  If I am already on active duty and wish to become a candidate or nominee, I must receive permission first.

Alternate B (270 days or fewer)

1.  I understand that I am authorized to remain or to become a candidate or nominee for the civil office of [specifically identify the civil office] while on active duty.  This is authorized by subparagraph 4.2.3. of DoD Directive (DoDD) 1344.10, "Political Activities by Members of the Armed Forces," because I am under a call or order to active duty for 270 days or fewer.  I understand that I may remain a candidate or nominee only as long as my candidacy or nomination does not interfere with the performance of my military duty.

2.  I have read and fully understand that DoDD 1344.10, paragraphs 4.2. and 4.3. severely limit my ability to participate as a nominee or candidate in the political process.  I specifically understand that if I am granted permission to be a candidate or nominee or am not otherwise prohibited from becoming a candidate or nominee, I may not direct, control, endorse, or

14                                                    ENCLOSURE 4

otherwise participate in campaign activities on my behalf (including behind-the-scene activities). Furthermore, I must:

      a.  Take affirmative, documented efforts to inform those who work for me and those whom I control that I may not direct, control, manage, or otherwise participate in campaign activities on my own behalf.

      b.  Take all reasonable efforts to prevent current or anticipated advertisements that I control from being publicly displayed or running in any media.  This includes Web sites devoted to the nomination or candidacy.  Such Web sites created before my entry on active duty must otherwise comply with subparagraph 4.3.1. and may not be updated or revised while I am on active duty.  Furthermore, I understand that the Secretary concerned may direct that the Web site be removed.

3.  I have read and understand the prohibitions found in DoDD 1344.10, paragraphs 4.2 and 4.3.

4.  I understand that DoDI 1334.1, "Wearing of the Uniform," prohibits the wearing of a military uniform during or in connection with the furtherance of any political or commercial interests not otherwise prohibited or limited above.

5.  Finally, I understand that should I be elected to this civil office while on active duty, I will be subject to the policies concerning holding and exercising the function of civil office also found in DoDD 1344.10.

[Include signature block of nominee or candidate.]

ENCLOSURE 4

000294

# GE-15

G

## ADMINISTRATIVE REMARKS (1070)

| DATE | DATE | | |
|---|---|---|---|
| ...les UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. | | |
| *(Signature)* | *(Signature)* | | |

**120523**    : Counseled this date concerning the following deficiencies: On 1 Mar 12 you made specific disrespectful and insulting statements about your Commander-in-Chief, the President of the United States, in violation of Article 134, UCMJ, which were prejudicial to good order and discipline and  were of a nature to bring discredit upon the United States Marine Corps and the U.S. armed forces. Specifically, you stated:

"[a]s an Active Duty Marine I say 'Screw Obama' and I will not follow all orders from him…Will do my job better then [sic] the next guy…But has [sic] for saluting Obama as commander-in-chief…I will not" and "Your [sic] right it said to defend the 'I will support and defend the Constitution of the United States against all enemies, foreign and domestic' Obama is the economic enemy…He is the religious enemy…he is the 'Fundamentally change' America enemy…he IS the Domestic Enemy."

Your comments were clearly disrespectful in tone and tenor toward your Commander-in-Chief and unquestionably constitute a lack of personal and professional discipline on your part as an active-duty Marine. Furthermore, your specific statement that "I will not follow all orders from him", which you made while on active duty as a Sergeant of Marines, is unquestionably prejudicial to the good order and discipline of this command and our Corps. You posted ...ese inappropriate and disrespectful statements to a Facebook page designed for discussion among active-duty Marines in the METOC community and were in fact viewed by active-duty Marines at that time. Your disrespectful and insulting comments also constitute a serious deviation from our core values of honor, courage, and commitment and have unquestionably brought discredit upon yourself, this Command, and our Corps.

On 5 Mar 2012 your Company 1stSgt read you your Article 31(b) rights and informed you that you were suspected of violating the UCMJ for making disrespectful comments about the President of the United States on your recent 1 Mar 12 Facebook posts. After 1stSgt completed his Art 31(b) rights advisement, you indicated that you did not desire to discuss this topic any further until you had the opportunity to speak with a military attorney. Your Company 1stSgt approached you later that week on or about 9 Mar 12 and specifically advised you that as an active-duty U.S. Marine you were required to comply with the provisions of DoD Directive 1344.10, entitled "Political Activities by Members of the Armed Forces", and the UCMJ.

This was after you attended a mandatory class on DoD Directive 1344.10 and Social Media guidance. You informed your Company 1stSgt again that you understood the provisions of DoD Directive 1344.10 and you acknowledged that you were required to comply with the provisions of that Directive while you remained on active duty. You personally informed the 1stSgt that you knew "what you could and could not do and that you still planned to do interviews." You have since disregarded that counseling on numerous occasions and engaged in partisan political activities in violation of DoD Directive 1344.10 and Article 92, UCMJ, to include purposefully speaking before a partisan political gathering on 22 Mar 12 and continuing to utilize various media sources to advocate partisan politics and undermine the chain of command.

You have been formally notified that you will be subject to an administrative separation proceeding for commission of serious offenses for violating DoD Directive 1344.10 and for those aforementioned disrespectful and insulting statements about your Commander-in-Chief.

Specific recommendations for corrective action are to refrain from engaging in partisan political activity in accordance with DoD Directive 1344.10, to comply with the UCMJ and refrain from conduct that is prejudicial to good order and discipline or is of a nature to bring discredit upon the armed forces. Your conduct is not what is expected of a Marine Non-Commissioned Officer and sets a poor example for junior Marines and the Corps as a whole.

You may seek assistance, which is available through the chain of command and the Office of the Staff Judge Advocate.

I understand that I am being processed for the following judicial or adverse administrative action:  Involuntary Administrative Separation for Misconduct for Commission of a Serious Offense per paragraph 6210.6, MCO P1900.16F. I was advised that within 5 working days after acknowledging this entry I may submit a written rebuttal which will be filed on the document side of the service record. I choose to ____ /not to ____ make such a statement.

SNM          20120523          Date   CO   C.S. Dav          2012/05/1   Date

| STEIN, Gary A. | 000 00 0101 |
|---|---|
| NAME (last, first, middle) | SSN |

NAVMC 118(11) (REV. 3-82) (EF) SN: 0109-LF-062-8400 U/1: SH
.VIOUS EDITIONS WILL BE USED

11. ____

000296

GE-16

RUC:
COMPANY CODE:          PRES-GRADE: E5     RECSTAT: A     COMP CODE: 11
PLT CODE:             TRNGRP:      R-RECSTAT:      RCOMP-CODE:

-----------------------**CONTRACT INFORMATION**-----------------------------

E:  20120728
EOS: 20100930      ECC: 20120728     COMPONENT CODE:  11 USMC ENLISTED
RESERVE ECC:           00000000      RESERVE COMPONENT CODE:
DATE OF ENL/ACCEPT:  20070629         DATE ACCEPTED FIRST COMMISSION: 00000000
AFADB: 20030715 PEBD: 20030715        DOD TRNGRP:     TRAINING GRP:
DATE OF ORIG ENTRY:  20021001         MANDATORY DRILL START: 00000000   END: 00000000
LENGTH CURR ENL: 5 YRS                DATE OF BASIC ELIG: 00000000MDP EXT MO:   00
LENGTH CURR ENL: 01 MOS               PEF:              AJ AVIATION OPERATIONS
LENGTH CURR EXT: 00 MONTHS            BONUS PEF:
NO EXT CURR ENL: 00                   COLLEGE FUND PEF:
TOTAL MONTHS EXT: 00 MONTHS           MGIB-SR STATUS:
EFF DTE CURR EXT: 00000000            ACTIVE DUTY MGIB STATUS: 7        OVEBP CODE: 3
MONTHS LAST ENL EXT: 00               DESIG MIL PILOT: 00000000
TIME LOST CURR ENL: 000 DAYS          6 YEAR OBL START: 00000000
SOURCE OF INT ENTRY MIL SER: C        OCAN CODE:      OCAN EFF DATE: 00000000
SOURCE OF ENTRY: BBCA

-----------------------**SERVICE INFORMATION**-----------------------------

PRES GRADE: E5      DOR: 20080601      ACDU RUC: 20373        MCC: 114
SEL GRADE:         DTE: 00000000      RESERVE RUC:              MOB MCC:
PROM RESTR STAT CD: 0                         PROM RESTR TERM DTE: 00000000

       WORK STATION: 000 NAOC        1TAD RUC: 00000         MCC:
   BILLET DESCRIPTION: Weather Forecaster  2TAD RUC: 00000         MCC:
                                     ANNIVERSARY DATE: 00000000
    PEN: 0808732M      RCN: 010017    FAPRUC: 00000    RESERVE MCC:
    DCTB: 00000000 2008-1013          FORMER RUC: 54090    FUTURE RUC:
DATE JOINED PRES UNIT: 20080107 IND LOC CODE: 847 28 8230 MS HARRISON
    DATE JOINED SMCR: 00000000                815 C0 300
                                            CU CU 3851 C4 Temecula
GEO LOC CODE: 395-925               DEPLOY RET DATE: 00000000      DEPLOY STAT:
GEO LOC DCTB: 200801 0810           ROTATION TOUR DATE: 00000000
COMBAT SERV CODE: U                 OVERSEAS CONTROL DATE: 20060314
LAST COMBAT TOUR: 20060314          LAST PHYS EXAM: 00000000
REMOVAL DATE: 00000000              PHA DATE: 00000000
       CO DATE: 00000000            RESERVE UNIT JOIN DATE: 00000000
LAST SEP/DISCH DATE: 00000000 REASON: KHC2 VOL DIS (EARLY) (IMM ENLIST OR REENL

S: 6842          ADMOS1:           ADMOS6:              ADMOS11:
S: 0000 6842     ADMOS2:           ADMOS7:              ADMOS12:
: 0000           ADMOS3:           ADMOS8:
:                ADMOS4:           ADMOS9:
ED: 00000000     ADMOS5:           ADMOS10:

-----------------------**PERSONAL INFORMATION**-----------------------------

OF BIRTH: [REDACTED]              HOME OF RECORD: [REDACTED]
CITIZENSHIP: CA US               COUNTRY OF ORIGIN:  US UNITED STATES
BLOOD TYPE: 1 A NEG              CIVILIAN ED LEVEL:  12 12TH GRADE
       SEX: M                    CERT: L HS DIPL
                                 MAJOR: AA H.S. ACADEMIC -



```
                                   ...LLED INDIVIDUAL RECORD        10/14/2008
 SSN:                        NAME:...                              16:11:42
RUC: 70573      COMPANY CODE:      PRES-GRADE: E5   RECSTAT: A   COMP CODE: 11
                PLT CODE:          TRNGRP:         R-RECSTAT:    RCOMP-CODE:
```

```
----------------------------**PERSONAL INFORMATION**----------------------------
```

```
----------------------------**RECORD INFORMATION**-----------------------------
```

RECORD STATUS: A TRANS ST BTWN JURISD RESERVE RECORD STATUS:
DISPUTED DATE:   00000000                DISPUTED DATA:
LAST SCREENING: 20080709 *081014*        REASON: 2 ANNUAL SCREEN QUEST
SCREENING RESULT: Z ANNUAL SCREENING COMPL FOR ACDU ONLY

```
----------------------------**DEPENDENTS INFORMATION**--------------------------
```

                    *** BILLET IDENTIFICATION ***

PRESENT BILLET IDENT CODE:

RESERVE BILLET IDENT CODE:

FAP BILLET IDENT CODE:        M0220800065

   MER BILLET IDENT CODE:

                    **DUTY STATUS INFORMATION**

DU LIMIT/ED:    0  NONE
STR CAT/ED:     0  3  20080818         20030715
STR CAT DESC:   ON DUTY W/BILLET THAT SERVES COMMAND MSN


ᵀ CERTIFY THAT MY ELIGIBILITY FOR ENTITLEMENT TO BASIC ALLOWANCE FOR HOUSING
.S/HAS NOT CHANGED SINCE MY LAST CERTIFICATION/UPDATE.

SIGNATURE:                    DATE:                    DEPN ZIP
                                                       IF APPLICABLE
          _____             08/01/4  _____        92562  _____

RESERVE ONLY:
I CERTIFY THAT I HAVE BEEN INFORMED ABOUT THE MOBILIZATION DELAYS/EXEMPTION
PROGRAM AND ASSOCIATED POLICIES. I FURTHER CERTIFY THAT MY RETIREMENT OR
DISABILITY PENSION STATUS HAS NOT CHANGED. IF MY STATUS HAS CHANGED, I HAVE
COMPLETED THE NECESSARY FORMS.        INITIAL:_____

BIR CERTIFICATION SIGNATURE REQUIRED FOR BOTH ACTIVE DUTY AND RESERVE MARINES:

MARINE: _____   DATE: 08/01/4 _____   AUDITOR _____   UD NUM: 002977

                                        LCN/USMC

SSN: ███████  NAME: STEIN, GARY A
UIC:  Case 2:16-cv-00816-H-BGS Document 23-3 Filed 04/12/12 Page 23 of 30  COMPANY CODE:  GRADE: E5-3  RECSTAT: A  COMP CODE: 11
PLT CODE:  TRNGRP:  R-RECSTAT:  RCOMP-CODE:

SPOUSE  NAME/ADDRESS

███████████████████

CHILD NR/NAME/DOB/ADDRESS

████████████████

GUARDIAN  NR/NAME/PHONE/RELATION/ADDRESS
  NONE

FATHER/MOTHER  NAME/ADDRESS

███████████████████████████████████

DEATH GRATUITY BENEFICIARY(IES)  NR/NAME/RELATION/PCT/ADDRESS

█████████████████████████████████████

PAY ARREARS BENEFICIARY(IES)  NR/NAME/RELATION/PCT/ADDRESS

████████████████████████████████████

DO NOT NOTIFY DUE TO ILL HEALTH NR/NAME/RELATION/ADDRESS
 1 NONE
   NONE

INSURANCE COMPANIES  NR/NAME/POLICY NUMBER
  NONE

NEXT OF KIN NR/TELEPHONE NUMBER/RELATIONSHIP

████████████████████

PRIMARY NEXT OF KIN DIRECTIONS
NONE

IA NOTIFY  NAME/TELEPHONE1/TELEPHONE2/RELATIONSHIP
SEE NOK INFORMATION

IA ADDRESS/DIRECTIONS
SEE NOK INFORMATION

SGLI MEMBER ELECTION       ELECTS  $400,000 COVERAGE
SGLI MEMBER BENEFICIARY    OTHER
SGLI MEMBER PAY DESIGNATION LUMP SUM
SGLI MEMBER VA CERTIFY DATE <20080710
SGLI SPOUSE ELECTION       ELECTS  $0 NOT COVERED

MEMBER CERTIFICATION

WITNESS CERTIFICATION            REPORT ON UD NUMBER _____

                                 DATE CERTIFIED  20081014

                                 PAGE 1 OF 2

```
                 ***RECORD OF EMERGENCY DATA***        10/14/2008
                                                       16:11:45
SN: ████████              NAME: STEIN, GARY A
UC:                COMPANY CODE:    PRES-GRADE: E5   RECSTAT: A    COMP CODE: 11
                   PLT CODE:        TRNGRP:         R-RECSTAT:    RCOMP-CODE:

   PERSON AUTHORIZED DIRECT DISPOSITION  NAME/ADDRESS/TELEPHONE/RELATIONSHIP
 N  E/RELATIONSHIP
 ADDR1
 ADDR2
 TELE
```

081014

BER CERTIFICATION

NESS CERTIFICATION

REPORT ON UD NUMBER ⍉ 2977

DATE CERTIFIED 2008-1014

PAGE 2 OF 2

000302

# STATE OF LEGAL RESIDENCE CERTIFICATE

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Tax Reform Act of 1976, Public Law 94-455.

**PURPOSE:** Information is required for determining the correct State of legal residence for purposes of withholding State income taxes from military pay.

**ROUTINE USES:** Information herein will be furnished State authorities and to Members of Congress.

**MANDATORY OR VOLUNTARY DISCLOSURE:** Disclosure is voluntary. If not provided, State income taxes will be withheld based on the tax laws of the State previously certified as your legal residence, or in the absence of a prior certification, the tax laws of the applicable State based on your home of record.

**NAME** *(Last, first, middle initial)*

Stein  Gary  A

**SOCIAL SECURITY NUMBER** *(SSN)*

**LEGAL RESIDENCE/DOMICILE** *(City or county and State)*

## INSTRUCTIONS FOR CERTIFICATION OF STATE OF LEGAL RESIDENCE

Cut here and give Form W-4 to your employer. Keep the top part for your records.

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | OMB No. 1545-0074 **2008** |
|---|---|---|

1 Type or print your first name and middle initial.  GARY   A   Last name  STEIN   2 Your social security number

Home address (number and street or rural route)

3 ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)  5  4

6 Additional amount, if any, you want withheld from each paycheck  6  $0.00

7 I claim exemption from withholding for 2008, and I certify that I meet both of the following conditions for exemption.
• Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and
• This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here  7

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (Form is not valid unless you sign it.) ▶

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)   Date ▶ 200 8014   9 Office code (optional)   10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q

## State and Federal

Form W-4 (2008)

a candidate for public office, and eligibility for ... residence/domicile, you are advised to see your Legal Assistance Officer (JAG Representative) for advice prior to completing this form.

I certify that to the best of my knowledge and belief, I have met all the requirements for legal residence/domicile in the State claimed above and that the information provided is correct.

I understand that the tax authorities of my former State of legal residence/domicile will be notified of this certificate.

| SIGNATURE | CURRENT MAILING ADDRESS *(Include ZIP Code)* MCRD, SAN DIEGO, CA 92140 | DATE 630715 |
|---|---|---|

Form 2058, FEB 77 (EG)   LOCAL REPRODUCTION AUTHORIZED   Designed using Perform Pro, WHS/DIOR, Jul 94

000303

000304

| DEPENDENCY APPLICATION (1951)<br>NAVMC 10922 (REV. 4-01) (EF)<br>(Supersedes all previous editions which are obsolete<br>and will not be used)<br>SN: 0109-LF-984-9800 | INSTRUCTIONS<br>WHERE ADDITIONAL SPACE IS<br>NECESSARY TO COMPLETE ITEMS,<br><br>DATE OF APPLICATION<br><br>20080820 | REASON FOR THIS APPLICATION (CHECK ONE)<br><br>CHANGE IN DEPENDENTS (Check one)<br><br>☐ START  ☐ CHANGE IN DEPENDENTS LOSS (EXPLAIN IN CERTIFICATION SECTION  ☒ GAIN | **G** |

## SECTION 1.

| NAME OF MARINE (Last, first, middle)<br>STEIN, GARY A | SSN ▉ | GRADE<br>SGT | TYPE OF SERVICE<br>☒ USMC    ☐ USMCR |

ORGANIZATION AND STATION PREPARING THIS APPLICATION
MARINE CORPS DETACHMENT (STUD PERS)
200 EAGLE STREET AFB
KESSLER AFB MS 0039534

| UNIT RUC<br>54090 | DATE OF CURRENT ENLISTMENT/APPOINTMENT OR DATE REPORTING FOR ACTIVE DUTY (WHICHEVER IS LATER) |

FUTURE ADDRESS AND ETA IF TRANSFER IS ANTICIPATED WITHIN 80 DAYS

| ECC<br>20120728 | DATE OF LAST DISCHARGE OR DATE OF LAST RELEASE TO INACTIVE DUTY |

## SECTION 2 DEPENDENT INFORMATION

| NO. | NAME OF DEPENDENT (Include full given name) | COMPLETE ADDRESS (Include Zip Code) | RELATIONSHIP (If child, indicate step, adopted, ward or born out of) | DATE OF BIRTH (Day, Mo., Year) | DATE ALLOWANCE CLAIMED FROM (If previously approved, give date of approval) |
|---|---|---|---|---|---|
| 1 | ▉ | ▉ | ▉ | | |
| 2 | ▉ | ▉ | ▉ | | |
| 3 | ▉ | ▉ | ▉ | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

## SECTION 3

Furnish the following information concerning custodian of any dependent named above.

| DEP NO | FULL NAME OF CUSTODIAN | RELATIONSHIP TO DEPENDENT | ADDRESS AND ZIP CODE |
|---|---|---|---|
| 01 | ▉ | ▉ | ▉ |

## SECTION 4 MARITAL OF SERVICE MEMBER AND SPOUSE AND INFORMATION REGARDING SUPPORT/PATERNITY

INFORMATION CONCERNING PRESENT MARRIAGE

| DATE | PLACE (County and State) | FULL GIVEN NAME OF SPOUSE | HAVE YOU BEEN PREVIOUSLY MARRIED?<br>☒ NO  ☐ YES  NO OF TIMES | HAS PRESENT SPOUSE BEEN PREVIOUSLY MARRIED?<br>☒ NO  ☐ YES  NO OF TIMES |
|---|---|---|---|---|

IF EITHER ANSWER ABOVE IS "YES", GIVE INFORMATION REQUESTED BELOW.

INFORMATION CONCERNING DISSOLUTION OF EACH FORMER MARRIAGE OF BOTH YOURSELF AND/OR SPOUSE (Continue on separate sheet if necessary)

| FORMER MARRIAGE OF |  | NAME OF THE SPOUSE IN THE DISSOLVED MARRIAGE | DATE OF DISSOLUTION | Place of dissolution (County and State) | REASON (Check one) | | |
|---|---|---|---|---|---|---|---|
| YOUR- | SPOUSE | | | | DEATH | ANNULMENT | DIVORCE |
| | | | | | | | |

IS THERE A COURT ORDER OR WRITTEN AGREEMENT IN EFFECT RELATIVE TO SUPPORT/MAINTENANCE/PATERNITY?

☒ NO

☐ YES    IF YES, STATE DATE AND PLACE (county and state) WHERE SUCH ORDER/AGREEMENT WAS ISSUED AND ATTACH A COPY.

ORIGINAL

Designed Using FormFlow 2.23, HQMC/ARDE, Jan 04

NAVMC 10922 (Rev. 4-01) (EF) Page 2

NAME OF MARINE (last, first, middle)
STEIN, GARY A

**SECTION 5 NATURAL PARENT OF CHILD IN ARMED FORCES**

HAS NATURAL PARENT OTHER THAN CLAIMANT OF CHILD(REN) LISTED EVER BEEN A MEMBER OF ANY U.S. ARMED FORCE?

[X] NO

[ ] YES   IF YES, LIST ALL AVAILABLE IDENTIFYING INFORMATION (Full name of natural parent, SSN, grade, type of service, branch of service, inclusive dates of active service, and full name of child(ren).

**SECTION 6 SPOUSE IN ARMED FORCES**

HAS YOUR SPOUSE EVER BEEN A MEMBER OF ANY U.S. ARMED FORCES?

**SECTION 7 CERTIFICATION**

**SECTION 8 APPROVING AUTHORITY**

FOR USE BY COMMAND APPROVING AUTHORITY:

[X] APPROVED AS CLAIMED

[ ] FORWARDED TO CMC (CODE MRP-1) FOR APPROVAL FOR DEPENDENT NUMBERS

[ ] APPROVED FOR DEPENDENT NUMBERS:

[ ] APPROVED FOR CHILD BORN OUT OF WEDLOCK FOR DEERS ELIGIBILITY PER MCO P5512.11  CHECK ONE

[ ] CHILD RESIDES IN MEMBER'S HOUSEHOLD (Recertify annually) No Court Order

[ ] COURT ORDER

(Signature of Commanding Officer)

(Typed Name and Grade of Commanding Officer)
MARDET, KEESLER AFB, MS

(Unit Designation)

FOR USE BY UNIT DIARY CLERK:

REPORTED ON UNIT DIARY:

NO _____

DATED _____

RUC _____

ENTRIES REPORTED:

FOR USE BY CMC APPROVING AUTHORITY:

ORIGINAL

Designed Using FormFlow 2.23, HQMC/ARDE, Jan 04

000305

# MONTGOMERY GI BILL ACT OF 1984 (MGIB)
### (Chapter 30, Title 38, U.S. Code)

## PRIVACY ACT STATEMENT

**AUTHORITY:** Chapter 30, Title 38, US Code, Sections 3011, 3012, 3018A, and 3018B; and EO 9397.

**PRINCIPAL PURPOSE(S):** To establish eligibility to participate in the Montgomery GI Bill Act of 1984.

**ROUTINE USE(S):** Information will be used as a resource document indicating participation status of each servicemember in the Montgomery GI Bill benefits program. Determination of participation status or eligibility will involve computer matching between the Department of Defense and the Department of Veterans Affairs using information from this document.

**DISCLOSURE:** Voluntary; however, failure to provide the Social Security Number and other personal information may delay processing of this form and may result in the respondent being automatically enrolled in the MGIB.

## 1. SERVICE MEMBER (Print)

| a. NAME (LAST, First, Middle Initial) | b. SOCIAL SECURITY NUMBER (SSN) |
|---|---|
| STEIN, GARY A. | |

## 2. STATEMENT OF UNDERSTANDING

**a. ACADEMY/ROTC SCHOLARSHIP GRADUATES**
I am NOT eligible for the MGIB because I am a Service Academy graduate/Reserve Officers' Training Corps (ROTC) scholarship graduate.

| (1) SERVICE MEMBER SIGNATURE | (2) RANK/GRADE | (3) DATE SIGNED (YYYYMMDD) |
|---|---|---|
| | | |

**b. PRIOR SERVICE MEMBER**
I am NOT eligible for the MGIB based upon this enlistment because this is not my initial entry on active duty.

| (1) SERVICE MEMBER SIGNATURE | (2) RANK/GRADE | (3) DATE SIGNED (YYYYMMDD) |
|---|---|---|
| | | |

**c. ALL OTHER SERVICE MEMBERS**
(1) I am eligible for the MGIB based on my initial entry on active duty after June 30, 1985.
(2) I understand that I am automatically enrolled unless I exercise the option to disenroll by signing Item 4 below by the date designated by my Services.
(3) I understand that UNLESS I DISENROLL from the MGIB, my basic pay will be reduced $100 per month or the current monthly rate for EACH of the first 12 full months of active duty and this basic pay reduction CANNOT be REFUNDED, SUSPENDED OR STOPPED.
(4) I must complete 36 months of active duty service before I am entitled to the current rate of monthly benefits for a period of 36 months.
(5) If my obligation is less than 36 months, I understand that I must complete 24 months of active duty to receive the current rate of monthly benefits for a period of 36 months.
(6) I must complete 24 months of active duty service and must join and serve honorably in the Selected Reserve for a minimum of 48 months in order to receive the current rate of monthly benefits for members who completed 36 months of service.
(7) If a non-high school graduate, I must complete all high school diploma (or equivalency) requirements before completing my initial enlistment; or if on active duty August 2, 1990, prior to October 28, 1994.
(8) I must use the MGIB within 10 years of release/discharge from active duty or completion of Selected Reserve obligation if qualifying under paragraph (6).
(9) I must receive an HONORABLE discharge for service establishing entitlement to the MGIB.
(10) I may use benefits in-service after 24 months of active duty. Benefits are limited to the cost of tuition and fees or the amount of assistance authorized, whichever is less.
(11) If I die while on active duty, or within one year after discharge or release from active duty if service related, my designated beneficiary(ies) will receive the unused balance of the money reduced from my basic pay for the MGIB. This death benefit will be paid by the Department of Veterans Affairs (DVA).
(12) I cannot receive any combination of DVA benefits in excess of 48 months and if I have received 12 months or more of benefits under any other VA program, my MGIB benefits will be appropriately adjusted.
(13) My qualifying period of active duty service will not entitle me to both active duty MGIB and Selected Reserve MGIB benefits.

| (a) SERVICE MEMBER SIGNATURE | (b) RANK/GRADE | (c) DATE SIGNED (YYYYMMDD) |
|---|---|---|
| *[signature]* | PFC | 20040727 |

## 3. SERVICE UNIQUE EDUCATION ASSISTANCE OPTIONS

| | |
|---|---|
| | |

## 4. STATEMENT OF DISENROLLMENT

I DO NOT desire to participate in the MGIB. I understand that I WILL NOT be able to enroll at a later date.

| a. DATE SIGNED (YYYYMMDD) | b. RANK/GRADE | c. SERVICE MEMBER SIGNATURE |
|---|---|---|
| | | |

## 5. WITNESSING OFFICIAL

| a. TYPED OR PRINTED NAME (LAST, First, Middle Initial) | b. RANK/GRADE | c. SIGNATURE | d. DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| ROSS, KENDRICK L. | SGT | *[signature]* | 20040727 |

**DD FORM 2366, APR 2000**  PREVIOUS EDITION MAY BE USED.

## MONTGOMERY GI BILL ACT OF 1984 (MGIB)
### (Chapter 30, Title 38, U.S. Code)
## INCREASED BENEFIT CONTRIBUTION PROGRAM

### PRIVACY ACT STATEMENT

**AUTHORITY:** Chapter 30, Title 38, U.S. Code, Sections 3011, 3012, 3018A, and 3018B; and EO 9397.

**PRINCIPAL PURPOSE(S):** To establish participation in the Montgomery GI Bill Increased Benefit Contribution Program.

**ROUTINE USE(S):** To the Department of Veterans' Affairs to verify an individual's participation in the MGIB Increased Contribution Program.

**DISCLOSURE:** Voluntary; however, failure to provide information will result in the individual not being enrolled in the Increased Contribution Program.

| a. NAME (LAST, First, Middle Initial) | b. SOCIAL SECURITY NUMBER (SSN) |
|---|---|
| | |

(1) I am eligible to contribute an additional amount to increase my MGIB benefits. Increased contributions cannot exceed $600. For each $4 I contribute, I will receive an additional $1 per month in increased benefit for full-time training. For example, if I contribute the entire $600, my monthly MGIB benefit will be increased by $150. If I contribute $300, the monthly increased benefit is $75, etc. (Divide the amount contributed by 4 to obtain the increase to the full-time monthly benefit.)

(2) I understand that MGIB increased benefit option contributions are non-refundable.

(3) I must contribute the desired amount while serving on active duty. Once I separate, I cannot contribute to this program.

(4) I must maintain copies of this document and all documents reflecting the amount of my additional contribution. The Department of Veterans' Affairs will require proof of additional contributions when claiming benefits.

I am participating in this option to increase my monthly MGIB benefit by contributing any additional amount up to $600, in increments of $20. Increased MONTHLY payment is equal to $1 for each $4 contributed. All contributions must be made while on active duty and are NON-REFUNDABLE. Once I have separated, I cannot contribute to this program.

| a. SERVICE MEMBER SIGNATURE | b. RANK/GRADE | c. DATE SIGNED (YYYYMMDD) |
|---|---|---|
| | | 20040727 |

I have verified this member originally enrolled in the MGIB program upon initial entry into active duty and is eligible to participate in the increased benefit option. Member has been advised that all contributions must be made while on active duty and may be stopped or suspended at any time, but are not refundable.

| a. TYPED OR PRINTED NAME (LAST, First, Middle Initial) | b. RANK/GRADE | c. SIGNATURE | d. DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| | | | 20040727 |

000307

Please read the instructions before completing this form.

# Servicemembers' Group Life Insurance Election and Certificate

| Use this form to: (check all that apply) | **Important:** This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance. |
|---|---|
| ☑ Name or update your beneficiary | |
| ☐ Reduce the amount of your insurance coverage | |
| ☐ Decline insurance coverage | |

| Last name | First name | Middle name | Rank, title or grade | Social Security Number |
|---|---|---|---|---|
| STEIN | GARY | ALLAN | SERGEANT | ███████ |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| UNITED STATES MARINE CORPS | MARINE COPRS DETACHMNET, KEESLER AIR FORCE BASE, MS |

## Amount of Insurance

By law, you are automatically insured for $400,000. *If you want $400,000 of insurance*, skip to *Beneficiary(ies) and Payment Options*. *If you want less than $400,000* of insurance, please check the appropriate block below and write the amount desired and your initials. Coverage is available in increments of $50,000. *If you do not want any insurance\**, check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

**Declining SGLI coverage also cancels all family coverage under the SGLI program.**

☐  I want coverage in the amount of $_____   Your initials_____

☐  _____

(Write "I do not want insurance at this time.")

*\*Note: Reduced or refused insurance can only be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements. Reduced or refused insurance will also affect the amount of VGLI you can convert to upon separation from service.*

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (first, middle, last) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use %, $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| ███████████████████████████████████ | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| ☐ Additional Principals on page 5 (check if applicable) | | | | |
| **Contingent** | | | | |
| 1. *no contingent* | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| ☐ Additional Contingents on page 5 (check if applicable) | | | | |

**I HAVE READ AND UNDERSTAND** the instructions on pages 2 and 3 of this form. **I ALSO UNDERSTAND** that:

- *This form cancels any prior beneficiary or payment instructions.*
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form, unless otherwise stated above.
- If I have legal questions about this form, I may consult with a military attorney at no expense to me.
- I cannot have combined SGLI and VGLI coverages at the same time for more than $400,000.

SIGN HERE IN INK ➤ _____   Date: _____
(Your signature. Do not print.)

| Do not write in space below. For official use only. | | | |
|---|---|---|---|
| ██████████ | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
| | SGT, NCOIC | MARDET, KEESLER AFB, MS | 20080710 |

Original Copy - Member's Official Personnel File
Photocopy 1 - To Member
Photocopy 2 - To Active or Rese_____

000308