# ENLISTMENT/REENLISTMENT DOCUMENT
# ARMED FORCES OF THE UNITED STATES

## PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

## A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

| 1. NAME *(Last, First, Middle)* | 2. SOCIAL SECURITY NUMBER |
|---|---|
| STEIN GARY ALAN | [redacted] |

| 3. HOME OF RECORD *(Street, City, State, ZIP Code)* | 4. PLACE OF ENLISTMENT/REENLISTMENT *(Mil. Installation, City, State)* |
|---|---|
| [redacted] | [redacted] |

| 5. DATE OF ENLISTMENT/ REENLISTMENT (YYYYMMDD) | 6. DATE OF BIRTH (YYYYMMDD) | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 20021001 | [redacted] | a. TOTAL ACTIVE MILITARY SERVICE | | | |
| | | b. TOTAL INACTIVE MILITARY SERVICE | | | |

## B. AGREEMENTS

8. I am enlisting/reenlisting in the United States *(list branch of service)* MARINE CORPS RESERVE this date for 8 years and 00 weeks beginning in pay grade E-1. The additional details of my enlistment/reenlistment are in Section C and Annex(es) A B.

**a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* 0600 20030804 for enlistment in the Regular component of the United States *(list branch of service)* MARINE CORPS for not less than 4 years and 00 weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is **NOT** creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

**b. REMARKS:** *(If none, so state.)* NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

*(Initials of Enlistee/Reenlistee)* GAS

*(Continued on reverse side.)*

## D. CERTIFICATION AND ACCEPTANCE

**13a.** My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED.   ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: (If none, X "NONE" and initial.)

☒ NONE *GAS* (Initials of enlistee/reenlistee)

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED (YYYYMMDD) |
|---|---|
| | 20021001 |

## 14. SERVICE REPRESENTATIVE CERTIFICATION

**a.** On behalf of the United States (list branch of service) ___ MARINE CORPS ___
I accept this applicant for enlistment.  I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored; and any other promises made by any person are not effective and will not be honored.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| ■■■■■■■■■■■■■■■ | E-7 | USMC RECRUITING STATION |
| | f. DATE SIGNED (YYYYMMDD) | g. UNIT/COMMAND ADDRESS (City, State, ZIP Code) |
| | 20021001 | SAN DIEGO CA 92140 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, GARY ALAN STEIN _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations.  So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted/reenlisted this _____ day of _____, in the _____ National Guard and as a Reserve of the United States (list branch of service) _____ National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.a

| 18a. SIGNATURE OF ENLISTEE/REENLISTEE | b. DATE SIGNED (YYYYMMDD) |
|---|---|
| | 20021001 |

## 19. ENLISTMENT/REENLISTMENT OFFICER CERTIFICATION

**a.** The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| ■■■■■■■■■■■ | O-2 | PHOENIX MEPS |
| | f. DATE SIGNED (YYYYMMDD) | g. UNIT/COMMAND ADDRESS (City, State, ZIP Code) |
| | 20021001 | PHOENIX AZ 85004-2357 |

D Form 4/2, JAN 2001                PREVIOUS EDITION MAY BE USED.

| NAME OF ENLISTEE/REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO OF ENLISTEE/REENLISTEE |
|---|---|
| STEIN GARY ALAN | ████████████ |

## F. DISCHARGE FROM DELAYED ENTRY/ENLISTMENT PROGRAM

20a. I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular

Component of the United States *(list branch of service)*  __MARINE CORPS__   for a period of

___5___ years and ___00___ weeks.   No changes have been made to my enlistment options OR

if changes were made they are recorded on Annex(es)  __A B C__

_____ which replace(s) Annex(es)  __NA__ .

| b. SIGNATURE OF DELAYED ENTRY/ENLISTMENT PROGRAM ENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *(signature)* | 20030715 |

## G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE

### 21. SERVICE REPRESENTATIVE CERTIFICATION

a. This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the

Regular Component of the United States *(list branch of service)*  __MARINE CORPS__   in pay grade  __E-1__

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| ████████████ | E-5 | USMC RECRUITING STATION |
| | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| | 20030715 | SAN DIEGO  CA  92140 |

## H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

### 22a. IN A REGULAR COMPONENT OF THE ARMED FORCES:

I,  __GARY ALAN STEIN__ _____ , do solemnly swear (or affirm) that I will support and

defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith

and allegiance to the same;  and that I will obey the orders of the President of the United States and the orders of

the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me

God.

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| *(signature)* | 20030715 |

### 23. ENLISTMENT OFFICER CERTIFICATION

a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| ___INGTON TARNESHA N | O-2 | PHOENIX MEPS |
| b. SIGNATURE *(signature)* | f. DATE SIGNED *(YYYYMMDD)* | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)* |
| | 20030715 | PHOENIX AZ 85004-2357) |

DD Form 4/3, JAN 2001          PREVIOUS EDITION MAY BE USED.

# RECORD OF MILITARY PROCESSING - ARMED FORCES OF THE UNITED STATES

*(Read Privacy Act Statement and Instructions on back before completing this form)*

Form Approved OMB No. 0704-0173 Expires Sep 30, 2003

The public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0173), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS.

| A. SERVICE PROCESSING FOR | B. PRIOR SERVICE: | C. (1) DIEUS(YYYYMMDD) | D. SELECTIVE SERVICE CLASSIFICATION | E. SELECTIVE SERVICE REGISTRATION NO. |
|---|---|---|---|---|
| US MARINE CORPS D M R | YES [X] NO<br>NUMBER OF DAYS: | (2) DIERC(YYYYMMDD) | | |

## SECTION I - PERSONAL DATA

1. SOCIAL SECURITY NUMBER [redacted]

2. NAME (Last, First, Middle Name (and Maiden, if any), Jr., Sr., etc): STEIN GARY ALAN

3. CURRENT ADDRESS (Street, City, County, State, Country, ZIP Code): 86442-0000 04015 [redacted]

4. HOME OF RECORD ADDRESS (Street, City, County, State, Country, ZIP Code): SAME AS 3

5. CITIZENSHIP (X one)
- [X] a. U.S. AT BIRTH (If this box is marked, also X (1) or (2)) CA
  - [X] (1) NATIVE BORN
  - [ ] (2) BORN ABROAD OF U.S. PARENT(S)
- [ ] b. U.S. NATURALIZED
- [ ] c. U.S. NON-CITIZEN NATIONAL
- [ ] d. IMMIGRANT ALIEN (Specify)
- [ ] e. NON-IMMIGRANT FOREIGN NATIONAL (Specify)

6. SEX (X one) [redacted]

[redacted]

## SECTION II - EXAMINATION AND ENTRANCE DATA PROCESSING CODES

*(FOR OFFICE USE ONLY - DO NOT WRITE IN THIS SECTION - Go on to page 2, Question 20.)*

16. APTITUDE TEST RESULTS

| a. TEST ID | b. TEST SCORES | AFQT PERCENTILE | GS | AR | WK | PC | NO | CS | AS | MK | MC | EI | VE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19F | | 51 | 510 | 418 | 512 | 415 | 517 | 412 | 412 | 518 | NA | 510 | |

(handwritten above: MK EL MC AO VE)

17. DEP ENLISTMENT DATA

| a. DATE OF DEP ENLISTMENT(YYYYMMDD) | b. PROJ ACTIVE DUTY DATE(YYYYMMDD) | c. ES | d. RECRUITER IDENTIFICATION | e. PROGRAM ENLISTED FOR |
|---|---|---|---|---|
| 20102110101 | 20100308 04 | 3 | 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 | 0 0 |

| f. T-E MOS/AFS | g. waiver (1) (2) (3) (4) (5) (6) | h. PAY GRADE |
|---|---|---|
| 9900 | Y Y N N Y Y N N Y Y Y N N Y Y Y N N Y Y N N Y N N Y N N Y N | E01 |

18. ACCESSION DATA

| a. ENLISTMENT DATE(YYYYMMDD) | b. ACTIVE DUTY SERVICE DATE(YYYYMMDD) | c. PAY ENTRY BASE DATE(YYYYMMDD) | d. TOE |
|---|---|---|---|
| 20100307115 | 20100307 15 | 20100307 15 | 5 |

| e. waiver (1) (2) (3) (4) (5) (6) | f. PAY GRADE | g. DATE OF GRADE(YYYYMMDD) | h. ES | i. YRS/HIGHEST ED GR COMPL |
|---|---|---|---|---|
| N N N N N N N N N N N N N N N N N N N N N N N N N N | E01 | 20100307115 | 1 | 112C |

| j. RECRUITER IDENTIFICATION | k. PROGRAM ENLISTED FOR | l. T-E MOS/AFS | m. PMOS/AFS | n. YOUTH | o. OA | p. TRANSFER TO (UIC) |
|---|---|---|---|---|---|---|
| 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 | A51 | 9971 | | NN0 | NN | MCC0117 |

SERVICE REQUIRED CODES

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | S | 9 | 8 | 9 | | | | | | A | A | A | A | 1 | 2 | C | | | | L | 1 | 7 | | |

| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 5 | | 0 | 9 | 8 | | | | | | 0 | 9 | 4 | | | | | | | | | | | |

| 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | | 0 | | | | | | | | | | | | | | | | | | | | | | | |

| 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 | 140 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

HT: __ WT: __ PU: 3 CR: 50

DD FORM 1966/1, JAN 2001 PREVIOUS EDITIONS ARE OBSOLETE

20. NAME (Last, First, Middle Initial)
STEIN GARY ALAN

21. SOCIAL SECURITY NUMBER
[redacted]

## SECTION III - OTHER PERSONAL DATA

22. EDUCATION

List all high schools and colleges attended. (List dates in YYYYMM format.)

| FROM | (2) TO | (3) NAME OF SCHOOL | (4) LOCATION | (5) GRADUATE YES | NO |
|---|---|---|---|---|---|
| 2002/08 | PRESENT | MOHAVE HIGH SCHOOL | BULLHEAD CITY, AZ | SEE 37 | |
| 1999/08 | 2002/05 | RIVER VALLEY HIGH SCHOOL | FORT MOHAVE, AZ | | |
| | | | | | |
| | | | | | |
| | | | | | |

YES NO

b. Have your ever been enrolled in ROTC, Junior ROTC, Sea Cadet Program or Civil Air Patrol?

23. MARITAL/DEPENDENCY STATUS AND FAMILY DATA *(If "Yes," explain in Section VI, "Remarks")*

a. Is anyone dependent upon you for support?

b. Is there any court order of judgment in effect that directs you to provide alimony or support for children?

c. Do you have an immediate relative (father, mother, brother, or sister) who: (1) is now a prisoner of war or is missing in action (MIA); or (2) died or became 100% permanently disabled while serving in the Armed Services?

d. Are you the only living child in your immediate family?

24. PREVIOUS MILITARY SERVICE OR EMPLOYMENT WITH THE U.S. GOVERNMENT *(If "Yes," explain in Section VI, "Remarks.")*

Are you now or have you ever been in any regular or reserve branch or the Armed Forces or in the Army National Guard or Air National Guard?

b. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States?

c. Are you now or have you ever been a deserter from any branch of the Armed Forces of the United States?

d. Have you ever been employed by the United States Government?

e. Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from any agency of the government of the United States?

5. ABILITY TO PERFORM MILITARY DUTIES *(If "Yes," explain in Section VI, "Remarks.")*

a. Are you now or have you ever been a conscientious objector? (That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious belief or training?)

b. Have you ever been discharged by any branch of the Armed Forces of the United States for reasons pertaining to being a conscientious objector?

c. Is there anything which would preclude you from performing military duties or participating in military activities whenever necessary (i.e., do you have any personal restrictions or religious practices which would restrict your availability)?

DRUG USE AND ABUSE *(If "Yes," explain in Section VI, "Remarks.")*

re you ever tried or used or possessed any narcotic (to include heroin or cocaine), depressant (to include quaaludes), stimulant, hallucinogen (to include LSD or PCP), or cannabis (to include marijuana or hashish), or any mind altering substance (to include glue or paint), or anabolic steroid, except as prescribed by a licensed physician?

SEE DASF

FORM 1922/2, JAN 2001

27. NAME (Last, First, Middle Initial)
STEIN GARY ALAN

28. SOCIAL SECURITY NUMBER
[redacted]

**SECTION IV - CERTIFICATION**

29. CERTIFICATION OF APPLICANT *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document; that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less that honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. SIGNATURE | d. DATE SIGNED(YYYYMMDD) |
|---|---|---|
| STEIN GARY ALAN | [signature] | 020909 |

30. DATA VERIFICATION BY RECRUITER (Enter description of the actual documents used to verify the following items.)

| a. NAME (X one) | b. AGE (X one) | c. CITIZENSHIP (X one) |
|---|---|---|
| (1) BIRTH CERTIFICATE | (1) BIRTH CERTIFICATE | (1) BIRTH CERTIFICATE |
| X (2) OTHER(Explain) Birth Ver | X (2) OTHER(Explain) Birth Ver | X (2) OTHER(Explain) Birth Ver |

| d. SOCIAL SECURITY NUMBER (SSN) (X one) | e. EDUCATION (X one) | f. OTHER DOCUMENTS USED |
|---|---|---|
| (1) SSN CARD | (1) DIPLOMA | |
| X (2) OTHER(Explain) NVMi | X (2) OTHER(Explain) R9 39 | |

31. CERTIFICATION OF WITNESS

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. PAY GRADE | d. RECRUITER I.D. | e. SIGNATURE | f. DATE SIGNED (YYMMDD) |
|---|---|---|---|---|
| [redacted] | E-5 | [redacted] | [redacted] | 020909 |

32. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR (Completed by Guidance Counselor, MEPS Liaison NCO, etc., as specified by sponsoring service.) *(Use clear text English)*
~~9900~~ FOUR ~~YEAR GENERAL~~ ENLISTMENT SEE 34

b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in item 32.a. above and annexes attached to my Enlistment/Reenlistment Document (DD Form 4).

c. APPLICANT'S INITIALS
GAS

33. CERTIFICATION OF RECRUITER OR ACCEPTOR

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States (Enter Branch of Service) MARINE CORPS and certify that I have not made any promises or guarantees other than those listed in item 32.a. above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. PAY GRADE | d. RECRUITER I.D. OR ORGANIZATION | e. SIGNATURE | f. DATE SIGNED (YYMMDD) |
|---|---|---|---|---|
| SHAMO, LELAND C. 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 | SGT | USMC MEPS LIAISON | [signature] | 021001 |

**SECTION V - RECERTIFICATION**

34. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 34" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| 12 | should Read 12C |
| 22a(2)(5) | 22a(2) graduated 22a(5) initialed Yes |
| 32 | should Read 'AJ' Aviation Operations AJ000-000-00-00-20030711 5 yrs |
| | |
| | |
| | |

| d. APPLICANT (1) SIGNATURE | (2) DATE SIGNED (YYMMDD) | e. WITNESS (1) TYPED OR PRINTED NAME(Last, First, Middle Initial) | (2) RANK/GRADE | (3) SIGNATURE |
|---|---|---|---|---|
| [signature] | 0307 | [redacted] | [redacted] | [redacted] |

FORM 1966/3, JAN 2001

| 35. NAME (Last, First, Middle Initial) | 36. SOCIAL SECURITY NUMBER |
| --- | --- |
| STEIN GARY ALAN | |

## SECTION VI - REMARKS

(Specify items(s) being continued by item number. Continue on separate pages if necessary.)

Documentation on Marine Corps Drug Abuse Screening Form in accordance with MCO P1100.72 MPPM

APPLICANT SELECTED FOR VERIFICATION OF EDUCATION AND POLICE INVOLVEMENT

030403
Date

Signature

SNA passed Partial IST on 030712;

pull-ups: 3, crunches: 50,

DD FORM 1966/5 ATTACHED? (X one) YES X NO

FORM 1966/4, JAN 2001

37. NAME (Last, First, Middle Initial)
STEIN GARY ALAN

38. SOCIAL SECURITY NUMBER

USE THIS DD FROM 1966 PAGE ONLY IF EITHER SECTION APPLIES TO THE APPLICANT'S RECORD OF MILITARY PROCESSING

**SECTION VII - PARENTAL/ GUARDIAN CONSENT FOR ENLISTMENT**

. PARENT/GUARDIAN STATEMENT(S) (Line out portions not applicable)

a. I/we certify that (Enter name of applicant)

STEIN GARY ALAN

has no other legal guardian other than me/us and I/we consent to his/her enlistment in the United States (Enter Branch of Service)

**MARINE CORPS**

I/we acknowledge/understand that he/she may be required upon order to serve in combat or other hazardous situations. I/we certify that no promises of any kind have been made to me/us concerning assignment to duty, training, or promotion during his/her enlistment as an inducement to me/us to sign this consent. I/we hereby authorize the Armed Forces representatives concerned to perform medical examinations, other examinations required, and to conduct records checks to determine his/her eligibility. I/we relinquish all claim to his/her service and to any wage or compensation for such service. I/we authorize him/her to be transported unsupervised to/from the Military Entrance Processing Station via public conveyance and to stay unsupervised at a government contracted hotel facility.

b. FOR ENLISTMENT IN A RESERVE COMPONENT.

I/we understand that, as a member of a reserve component, he/she must serve minimum periods of active duty for training unless excused by competent authority. In the event he/she fails to fulfill the obligations of his/her reserve enlistment, he/she may be recalled to active duty as prescribed by law. I/we further understand that while he/she is in the ready reserve, he/she may be ordered to extended active duty in time of war or national emergency declared by the congress or the president or when otherwise authorized by law, and may be required upon order to serve in combat or other hazardous situations.

c. PARENT

(3) DATE SIGNED (YYYYMMDD) 20020910

(3) DATE SIGNED (YYYYMMDD) 20020910

(3) DATE SIGNED (YYYYMMDD) 20020910

(3) DATE SIGNED (YYYYMMDD) 20020910

VERIFICATION OF SINGLE SIGNATURE CONSENT

**SECTION VIII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS**

1. NAME CHANGE. If the preferred enlistment name (name given in item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

a. NAME AS SHOWN ON BIRTH CERTIFICATE

b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD

I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of ______________________ by which I am known in the community as a matter of convenience and with no criminal intent. I further state that I am the same person as the person whose name is shown in item 2.

| APPLICANT SIGNATURE | (2) DATE SIGNED (YYYYMMDD) | e. WITNESS (1) TYPED OR PRINTED NAME | (2) PAY GRADE |
|---|---|---|---|
| | | (3) SIGNATURE | |

# STATEMENT OF UNDERSTANDING

FOR USE WITH OPEN CONTRACTS ONLY

## INSTRUCTIONS- NO Mistakes are permitted on this document

| | |
|---|---|
| APPLICANT | The applicant must fill out this form in their own handwriting (blocks 1-15), initial each item to indicate understanding, and sign and date the agreement accordingly. Ensure you receive a copy of this document. |
| MEPS LN/ NCOIC | a) Certify the proper explanation of the agreement to the applicant, b) Certify applicant qualification, c) Certify that OPS/ARMS/MCRISS personnel have assigned a program in ARMS/MCRISS, d) Ensure the applicant is given a copy of this agreement at the time of completion. |

| NAME | 1 LAST | 1a FIRST | 1b MI | 1c SSN | 1d DATE |
|---|---|---|---|---|---|
| | Stein | Gary | A | [redacted] | 20020910 |

## AGREEMENT

| # | Statement | | Initials |
|---|---|---|---|
| 2 | I understand that this statement of understanding represents the total agreement between myself and the United States Marine Corps concerning my general enlistment as stated within. | 2a | GAS |
| 3 | I understand that this agreement and its addendums supercede any other previous agreements between myself and the Marine Corps concerning enlistment incentive programs. | 3a | GAS |
| 4 | I understand that I am enlisting in the Marine Corps without a guaranteed job skill and that I will be assigned a Military Occupational Specialty according to my ASVAB test scores and the needs of the Marine Corps. | 4a | GAS |
| 5 | I understand that the Marine Corps will train me to properly serve in the occupational fields directed. I understand that training may not be formal in nature, rather, "on the job training". | 5a | GAS |
| 6 | I understand that the Marine Corps has the option to assign me to any occupational field based upon the needs of the Marine Corps. | 6a | GAS |
| 7 | I understand that under normal circumstances I will serve a majority of my enlistment in my assigned MOS; however, at some point the Marine Corps may assign me to other duties not covered in my original enlistment. | 7a | GAS |
| 8 | I understand that as a member of the Armed Forces of the United States I may have to serve in combat or in a Combat Area. | 8a | GAS |
| 9 | I understand that I will have to perform such jobs as guard, mess, and area police (Clean-up). | 9a | GAS |
| 10 | I understand that the Marine Corps may assign me to an overseas billet sometime during my enlistment. | 10a | GAS |
| 11 | I UNDERSTAND THAT I CANNOT HAVE MY ENLISTMENT OPTION VOLUNTARILY CHANGED AFTER ARRIVAL AT RECRUIT TRAINING. | 11a | GAS |
| 12 | I understand that there are no monetary promises being made to me in this statement of understanding. Any monetary promises will be contained in a separate statement of understanding. | 12a | GAS |

## TERM OF ENLISTMENT

| 13 | I understand that I am obligated to serve the following number of active duty years in the United States Marine Corps. | 13a TOE 4 years | 13b Initials GAS |
|---|---|---|---|

Term of Enlistment = 3 or 4 Years for Open Contracts

**VOID*VOID*VOID**

ANNEX B

## APPLICANT ACKNOWLEDGEMENT AND CERTIFICATION

I understand that this SOU represents all of the agreements between me and the Marine Corps concerning my Job Skill Guarantee and Term of Enlistment. Finally, I understand that ANY PROMISES made by my recruiter or anyone else, which are not contained in this written agreement are NOT binding on the Marine Corps.

| | | | |
|---|---|---|---|
| SIGNATURE | 14 [signature] | 14A Date | 20020910 |
| PRINT NAME | 15 Gary A Stein | | |

## MEPS LIAISON CERTIFICATION

I understand that I am responsible for ensuring the applicant fully understands his or her enlistment guarantee. I further acknowledge that I as the MEPS Liaison have screened this applicant for an Open Contract and he/she is fully qualified. Lastly, I have ensured that no other promises have been made to this applicant other than that stated here in the SOU.

| | | | |
|---|---|---|---|
| PRINT NAME | 16 LAST [redacted] | | |
| SIGNATURE | 17 [redacted] | 17A Date | 020912 |
| CONTROL NUMBER ASSIGNED | 18 Control Number Assigned (MCROC, "9900" for open contracts) 9900 | [redacted] | |

1130.53P ENLISTMENT INCENTIVE PROGRAMS MARINE CORPS RECRUITING COMMAND FORM NUMBER: 1130-002

# STATEMENT OF UNDERSTANDING

FOR USE WITH ALL ENLISTMENT INCENTIVE PROGRAMS

INSTRUCTIONS- NO Mistakes are permitted on this document

| | |
|---|---|
| APPLICANT | The applicant must fill out this form in their own handwriting (blocks 1-17), initial each item to indicate understanding, and sign and date the agreement accordingly. Ensure you receive a copy of this document. |
| MEPS LN/ NCOIC | a) Certify the proper explanation of the agreement to the applicant, b) Certify applicant qualification, c) Certify that OPS/ARMS/MCRISS personnel have assigned a program in ARMS/MCRISS, d) Ensure the applicant is given a copy of this agreement at the time of completion. |

| NAME | 1 LAST | 1a FIRST | 1b MI | 1c SSN | 1d DATE |
|---|---|---|---|---|---|
| | Stein | Gary | A | [redacted] | 021107 |

## AGREEMENT

| | | | |
|---|---|---|---|
| 2 | I understand that this statement of understanding represents the total agreement between myself and the United States Marine Corps concerning enlistment guarantees stated within. | 2a Initials | GAS |
| 3 | I understand that this agreement and its addendums supercede any other previous agreements between myself and the Marine Corps concerning enlistment incentive programs. | 3a | GAS |

## PRIMARY INCENTIVE (JOB SKILL)

| | | | |
|---|---|---|---|
| 4 Program Code: AJ<br>Applicant: Print the entire title of the option selected and related OccFlds and codes | 4a Program Description (i.e. Transportation Option)<br>Aviation operations | 4b Military Occupational Field(s) in Option (i.e. 3500-Motor Transport)<br>6800 - weather Service<br>7200 - Air control /Air Support/Air Traffic control<br>7300 - Enlisted Flight Crew | |

| | | | |
|---|---|---|---|
| 5 | I understand that I am enlisting in the Marine Corps in the above stated enlistment incentive program and can be assigned to any MOS under the military Occupational Field(s) specified. | 5a Initials | GAS |
| 6 | I understand that the Marine Corps will train me to properly serve in one of the occupational fields I have listed above. | 6a | GAS |
| 7 | I understand that I am still required to serve this period of active duty if I am removed from a job skill guarantee for any of the following reasons: | | |
| a | If I use drugs while in the Delayed Entry Program, or | 7a | GAS |
| b | If I fail a required course of training and fail to obtain the MOS assigned, or | 7b | GAS |
| c | If I am disciplined at any time due to my behavior, or | 7c | GAS |
| d | If I cannot acquire the appropriate security clearance, or | 7d | GAS |
| e | If I have lied about my education or other qualifications for my program or enlistment, or | 7e | GAS |
| f | If I fail to meet the required mental, physical or moral standards. | 7f | GAS |
| 8 | I understand that if I am removed from the program for any of the above reasons, that the Marine Corps has the option to assign me to another job that may not be related to the program for which I originally agreed. | 8a | GAS |
| 9 | I understand that under normal circumstances I will serve a majority of my enlistment in my assigned MOS; however, the Marine Corps may assign me to other duties not covered in my original enlistment. | 9a | GAS |
| 10 | I understand that as a member of the Armed Forces of the United States I may have to serve in combat or in a combat area. | 10a | GAS |
| 11 | I understand that I will have to perform such jobs as guard, mess, and area police (clean up). | 11a | GAS |
| 12 | I understand that the Marine Corps may assign me to an overseas billet sometime during my enlistment. | 12a | GAS |
| 13 | I understand that there are no monetary promises being made to me in this statement of understanding. Any monetary promises will be contained in a separate statement of understanding entitled "ENLISTMENT BONUSES." | 13a | GAS |

ANNEX C

## TERM OF ENLISTMENT / DUTY STATION PREFERENCE / PROMOTION

| | | | |
|---|---|---|---|
| 14 | I understand that I am obligated to serve the following number of active duty years in the United States Marine Corps. | 14a TOE: 5 years | 14b Initials GAS |
| 15 | GOP/CEP ONLY: I understand that under the provisions of the GOP/CEP program I am eligible for the duty station preference of my choice (East Coast GEC, West Coast GWC or Overseas GOS). I further understand that I will be assigned to this location for a minimum period of one year. Applicants without GOP/CEP will mark N/A in blocks 15a & 15b. | 15a Duty Station N/A | 15b N/A |
| 15c | GOP/CEP is not available for the following EOPs (from Block 4): UH, UV, and YW. Overseas option is not available for the CE (Combat Support) EOP. | | 15d GAS |
| 15e | CEP ONLY: CEP applicants will be appointed to the grade of Private First Class (PFC/E-2) upon commencement of active duty (chevrons will not be worn during bootcamp). CEP applicants will also be eligible for promotion to Lance Corporal (LCpl/E-3) on the first day of the month following six months of active duty, if recommended by their commanding officer. Applicants without CEP will mark N/A in Block 15f. | | 15f N/A |

## APPLICANT ACKNOWLEDGEMENT AND CERTIFICATION

I understand that this SOU represents all of the agreements between me and the Marine Corps concerning my Job Skill Guarantee and Term of Enlistment. Finally, I understand that ANY PROMISES made by my recruiter or anyone else, which are not contained in this written agreement are NOT binding on the Marine Corps.

| | | | |
|---|---|---|---|
| SIGNATURE | 16 | [signature] G A Stein | 16a Date 021107 |
| PRINT NAME | 17 | Print Name As It Appears in the Signature Block Above: Gary A Stein | |

## MEPS LIAISON CERTIFICATION

I understand that I am responsible for ensuring the applicant fully understands his or her enlistment guarantee. I further acknowledge that I as the MEPS Liaison have screened this applicant for the program and he/she is fully qualified. By signing below I have also ensured that the applicant has in fact a valid MCROC and a program captured in ARMS/MCRISS. Finally, I have ensured that no other promises have been made to this applicant other than that stated here in the SOU.

| | | | |
|---|---|---|---|
| PRINT NAME | 18 | LAST [redacted] FIRST [redacted] | |
| SIGNATURE | 19 | [redacted] | |
| CONTROL NUMBER ASSIGNED | 20 | Control Number Assigned (MCROC): AJ000-000-000-000-20021018 | 20a Name and Billet of person providing MCROC: [redacted] |

G

(1070)

CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| RTBN RTR<br>MCRD SAN DIEGO<br>RUC 34022 MCC 017 | RECRUIT<br>(9971) (03) | 030715 JD FOR REC TRNG<br>031010 TR TO CG MCB CAMPEN MCC J9Y FOR DU |
| SCOLOFINF MCB CAMPEN<br>RUC 33353 MCC J9Y | STUD MCTBN<br>(0300) (01) | 031105 JD FOR TEMINS<br>031125 TR TO KEESLER AFB MCC KBB FOR TEMINS |
| MARINE CORPS DETACHMENT<br>KEESLER AFB MS<br>RUC 54090 MCC KBB | STUD<br>(6821) (04) | 031127 JD FOR TEMINS W/MCWO<br>040319 TR TO MWSS 372 CAMPEN CA MCC 1CG FOR DU |
| MWSS-372 3DMAW<br>MCAS CAMPEN CA<br>RUC 00372 MCC 1CG | WEATHER OBSERVER<br>(6821) (01) | 040320 JD FOR DU<br>040405 TO FAP |
| | WEATHER OBSERVER<br>(6821) (03) | 040405 JD FAP HQHQRON MCAS CAMPEN MCC 02208 MCC 057<br>050516 FAP TERM |
| | WTHR OBSERVER<br>(6821) (03) | 050516 FR FAP<br>050802: TO TAD EXCESS IN SUPPORT OF OIF 4-6 |
| | WTHR OBSERVER<br>(6821) ( 02 ) | 060314 FR TAD EXCESS<br>060515 TO FAP |
| | WTHR OBSERVER<br>(6821) (08) | 060515 JD FAP HQHQRON MCAS CAMPEN MCC 057 FOR DU<br>070112 FAP TERM<br>070202 TO TAD EXCESS |
| | WTHR OBSERVER<br>(6821) (03) | FR TAD EXCESS<br>20070914 JD FAP HQHQRON MCAS CAMPEN 92055 RUC 02208 MCC 057<br>071211 TR TO KEESLER AFB, MS MCC KBB FOR DUINS |

CONT ON SUPP pages

| [NAME] (Last) | GARY (First) | A (Middle) | SSN [redacted] |
|---|---|---|---|

NAVMC 118(3) (REV. 5-74) (EF)
F-082-6700
(Previous editions are obsolete)

Designed Using FormFlow 2.15, HQMC/ARAE, Mar 98

(3)



(1070)

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| MARINE CORPS DETACHMENT KEESLER AFB MS RUC 54090 MCC KBB | STUDENT WEATHER (6842) (9) | 080107 JD FOR DUINS W/MOAF<br>080918 Tr to 20373 Campen MCC 114 |
| 1st Intel BN MCB Campen CA RUC 20373 MCC 114 | Weather Forecaster (6842) ( ) | 20081013 JD for DU |

| STEIN | GARY | A | [redacted] |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(3) (REV. 5-74) (EF)
0109-LF-062-6700
(Previous editions are obsolete)

Designed Using FormFlow 2.15, HQMC/ARAE, Mar 98

(3) a

G

## ADMINISTRATIVE REMARKS (1070)

| DATE | DATE |
|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. |
| (Signature) | (Signature) |

040105: I understand I am eligible but not recommended for promotion to PFC for the month of January promotion period because of numerous academic and non-academic counselings. I was advised that within 5 working days after acknowledgement of this entry a written rebuttal can be submitted and this rebuttal will be filed on the document side of my SRB. I choose (to) (not to) make a rebuttal.

SNM CO

060110: I understand that I am eligible but not recommended for promotion to Corporal for February 2006 promotion period due to lack of attributes to become an NCO such as maturity and judgment. I was advised that within 5 working days after acknowledgement of this entry, a written rebuttal can be submitted and this rebuttal will be filed on the document side of my SRB. I chose (to) (not to) make a rebuttal.

13 Jan 2006 SNM
Stein, Gary A. 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

060213: I understand that I am eligible but not recommended for promotion to Corporal for March 2006 promotion period due to lack of attributes to become an NCO such as maturity and judgment. I was advised that within 5 working days after acknowledgement of this entry, a written rebuttal can be submitted and this rebuttal will be filed on the document side of my SRB. I chose (to) (not to) make a rebuttal.

SNM
Stein, Gary A. 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

STEIN, GARY A.

NAME (last, first, middle) | SSN

NAMVC 118(11) (REV. 3-82) (EF) SN: 0109-LF-062-8400 U/I: SH
PREVIOUS EDITIONS WILL BE USED

# BASIC INDIVIDUAL RECORD

**SGT STEIN, GARY A.**
PRES RUC: **33710**
Current as of: **Mar 05, 2012**

BILLET DESC: **METOC ANALYST FORECASTER**
PRES COMPANY: **1** PRES PLT: **BNS3** PRES WS: **OPS**

## Contract Information

EAS: **2012-07-28**
ECC: **2012-07-28**
EOS: **2010-09-30**
RESERVE ECC:
DATE OF ENL/ACCEPT: **2007-06-29**
AFADBD: **2003-07-15** PEBD: **2003-07-15**
DATE OF ORIG ENTRY: **2002-10-01**
LENGTH CURR ENL: **5 Years**
LENGTH CURR EXT: **0 Months**
NO EXT CURR ENL:
EFF DTE CURR EXT:
MONTHS LAST ENL EXT:
TIME LOST CURR ENL: **0 Days**
TOTAL MONTHS ENL EXT:
SOURCE OF INT ENTRY MIL SER: **C**
SOURCE OF ENTRY: BBCA

COMPONENT CODE: **11 USMC (OFF/ENL)**
RESERVE COMPONENT CODE:
DATE ACCEPTED FIRST COMMISSION:
DOD TRNGRP: TRAINING GRP:
START MANDATORY DRILL:
MANDATORY DRILL EXTENSION: **0**
END MANDATORY DRILL:
DATE OF BASIC ELIG:
PROGRAM ENLISTED FOR: **AJ AVIATION OPERATIONS**
BONUS PEF:
COLLEGE FUND PEF:
DESIG MIL PILOT:
6 YEAR OBL START DATE:
OFFICER CANDIDATE CODE:
OFFICER CANDIDATE EFF DATE:

## GI BILL Information

POST 911 GIBILL ELIG BEGIN DATE:
POST 911 GIBILL TR EDU BENE CODE: **0**
POST 911 GIBILL BENEFS TR DATE:
POST 911 GIBILL TR EDU OBL DATE:

MGIB-SR STATUS :
ACTIVE MGIB STATUS: **7**
OVEBP CODE: **3**

## Service Information

PRES GRADE: **E5** DOR: **2008-06-01**
SEL GRADE: DATE:
WORKSTATION: **000**
PRESENT BIC: **M1020700034** FORMER BIC: **M2073600273**
FAP BIC: RESERVE BIC:
ASSIGNED BIC: FUTURE BIC: **A0000000000**
BILLET DESCRIPTION: **METOC ANALYST FORECASTER**
PEN: **0804711M** RCN: **000243**
DCTB: **2008-10-13**
DATE JOINED PRES UNIT: **2011-06-21**
DATE JOINED SMCR:
GEO LOC CODE: **920**
GEO LOC DCTB: **200810**
COMBAT SERV CODE:
**U - OPERATION IRAQI FREEDOM**
LAST COMBAT TOUR: **2006-03-14**
CO DATE:
LAST SEP/DISCH DATE:
REASON - WITH DESCRIPTION: **KHC2 VOL DIS (EARLY) (IMM ENLIST OR REENLIST)**
PMOS: **6842**
BMOS: **6842**
SMOS: **0**

ACDU RUC: **33710** MCC: **038**
RESERVE RUC: MOB MCC:
PROM RESTR STAT CD: **0** TERM DATE:
1TAD RUC: **00000** TMCC:
2TAD RUC: **00000** ATMCC:
ANNIVERSARY DATE:
FAP RUC: **00000** RESERVE MCC:
FORMER RUC: **20373** FUTURE RUC:
IND LOC CODE: **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**
DEPLOY RETURN DATE:
DEPLOY STATUS CODE:
ROTATION TOUR DATE:
OVERSEAS CONTROL DATE: **2006-03-14**
LAST PHYS EXAM:
PREV HEALTH ASSESSMENT: **2010-10-07**
RESERVE UNIT JOIN DATE:

JMOS:
JMOS ED:
LAW ENFORCEMENT ID:
LAW ENFORCEMENT ID ISSUE DATE:

Individual Augment Tracking Information

| IA TRACK NUM | GAIN MCC | FROM DATE | TO DATE |
| --- | --- | --- | --- |

Personal Information

PERSONAL EMAIL address:
PERSONAL EMAIL date:
SECONDARY EMAIL address:
PHYSICAL ADDRESS:
STREET:
CITY:
STATE:
ZIP CODE: **00000 0000**
GOOD CONDUCT MEDAL DATE: **2009-07-14**
ARMED FORCES RESERVE MEDAL DATE:
SMCR MEDAL DATE:
DUTY PREF1:
DUTY PREF2:
DUTY PREF3:

Record Information

RECORD STATUS: **0 ACTIVE STATUS**
DISPUTED DATE:
LAST SCREENING: **2011-06-19**
SCREENING RESULTS: **Z ANNUAL SCREENING COMPL FOR ACDU ONLY**

RESERVE RECORD STATUS:
DISPUTED DATA:
REASON: **2 ANNUAL SCREEN QUEST**
BAH DEPN CERTIFICATION DT:

Dependent Information

SERVICE SPOUSE DATE:
SPL POWER OF ATTORNEY:

[redacted]

Operation History Information

| From Dt | To Dt | Operation | Location | OpType | OpMCC | OpRUC |
|---|---|---|---|---|---|---|
| 02 Aug 2005 | 14 Mar 2006 | OIF 5-7 | IRAQ | | | |

Certification

I CERTIFY THAT MY ELIGIBILITY TO BASIC ALLOWANCE FOR HOUSING HAS/HAS NOT CHANGED SINCE MY LAST CERTIFICATION/UPDATE:
SIGNATURE:__________________ DATE:__________________ DEPN ZIP IF APPLICABLE:__________________

RESERVE ONLY:
I CERTIFY THAT I HAVE BEEN INFORMED ABOUT THE MOBILIZATION DELAYS/EXEMPTION PROGRAM AND ASSOCIATED POLICIES. I HAVE FURTHER CERTIFY THAT MY RETIREMENT OR DISABILITY PENSION STATUS HAS NOT CHANGED. IF MY STATUS HAS CHANGED, I HAVE COMPLETED THE NECESSARY FORMS.

BIR CERTIFICATION SIGNATURE REQUIRED FOR BOTH ACTIVE DUTY AND RESERVE MARINES.
INITIAL:__________________ MARINE:__________________ DATE:__________________ AUDITOR:__________________ UD NUM:__________________

G

## CHRONOLOGICAL RECORD

(1070)

| UNIT/ORGANIZATION | PRMARY DUTY | REMARKS |
|---|---|---|
| RECRUIT PERSONNEL SUPPORT BN RTR<br>SAN DIEGO, CA<br>RUC: 34022 MCC: 017 | 9900 | 20030717 JOIN RUC 34022 MCC 017 RECRUIT |
| | | 20031010 TR MCC J9Y DU EDA 20031104 |
| SCHOOL OF INFANTRY (STUD PERS)<br>CAMP PENDLETON, CA<br>RUC: 33353 MCC: J9Y | | 20031105 JOIN RUC 33353 MCC J9Y GND ENTLEVEL STUD M92 |
| | | 20031125 TR MCC KBB DU EDA 20031126 |
| MARINE CORPS DETACHMENT (STUD PERS)<br>KESSLER AFB, MS<br>RUC: 54090 MCC: KBB | | 20031127 JOIN RUC 54090 MCC KBB GND ENTLEVEL STUD 68B |
| | STUDENT | 20040112 CHPRIDU |
| MWSS-372 MWSG-37<br>CAMP PENDLETON, CA<br>RUC: 00372 MCC: ICG | | 20040320 JOIN RUC 00372 MCC ICG DU |
| | | 20040320 TR MCC ICG DU EDA 20040320 |
| | WEATHER OBSERVER | 20040322 CHPRIDU |
| | METOC OBSERVER 6821 | 20040322 CHPRIDU |
| | | 20040405 JOIN FAP 0945 RUC 02208 ED 20040405 |
| | METOC OBSERVER | 20040405 CHPRIDU |
| | | 20050516 FR FAP 0800 RUC 00372 ED 20050516 |
| | | 20050516 FAP TERM 1525 ED 20050516 |
| | | 20060515 JOIN FAP 0920 RUC 02208 ED 20060515 |
| | | 20070112 FAP TERM 1035 ED 20070112 |
| | | 20070202 RUC 00372 TO TAD 1300 EXCESS |
| | | 20070202 ATT 1545 RUC 20177 MCC 1ET TAD EXCESS |
| | | 20070911 FR TAD 0800 RUC 00372 |

| STEIN | GARY | A | ██ |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN (Last 4) |

**NAVMC 118(3)** (REV. 5-74) (EF)
SN 0109-LF-062-6700
(Previous editions are obsolete)

G

CHRONOLOGICAL RECORD

(1070)

| UNIT/ORGANIZATION | PRMARY DUTY | REMARKS |
|---|---|---|
| HQ&HQ SQDN<br>CAMP PENDLETON, CA<br>RUC: 02208 MCC: 057 | | 20070914 JOIN RUC 02208 MCC 057 DU |
| | | 20070914 JOIN FAP 1115 RUC 02208 ED 20070914 |
| | METOC OBSERVER<br>6821 | 20071003 CHPRIDU |
| MWSS-372 MWSG-37<br>CAMP PENDLETON, CA<br>RUC: 00372 MCC: ICG | | 20071010 JOIN RUC 00372 MCC ICG DU |
| | METOC OBSERVER<br>6821 | 20071010 CHPRIDU |
| | | 20071130 FAP TERM 0830 ED 20071130 |
| | | 20071211 TR MCC KBB DU EDA 20080106 |
| MARINE CORPS DETACHMENT<br>(STUD PERS)<br>KESSLER AFB, MS<br>RUC: 54090 MCC: KBB | | 20080107 JOIN RUC 54090 MCC KBB GND STUD RCB |
| | STUDENT | 20080109 CHPRIDU |
| | | 20080918 TR MCC 114 DU EDA 20081012 |
| 1ST INTELLIGENCE BATTALION<br>CAMP PENDLETON, CA<br>RUC: 20373 MCC: 114 | | 20081013 JOIN RUC 20373 MCC 114 DU |
| | METOC FORECASTER<br>6842 (32) | 20081017 CHPRIDU |
| | METOC FORECASTER | 20081017 CHPRIDU |
| | METOC ANALYST FORECASTER | 20090521 CHPRIDU |
| | | 20110620 TR MCC 038 DU EDA 20110620 |
| WPNS TRNG BN<br>CAMP PENDLETON, CA<br>RUC: 33710 MCC: 038 | METOC FORECASTER<br>6842 | 20110621 JOIN RUC 33710 MCC 038 DU |
| | METOC ANALYST FORECASTER<br>6842 | 20110621 CHPRIDU |
| | END OF CHRONOLOGICAL RECORD | |

| STEIN | GARY | A | [redacted] |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN (Last 4) |

**NAVMC 118(3)** (REV. 5-74) (EF)
SN: 0109-LF-062-6700
(Previous editions are obsolete)

# MASTER BRIEF SHEET

CREATED: 04 Apr 2012

***** ADMINISTRATIVE INFORMATION (ORIGINATES FROM MCTFS - CONTACT YOUR ADMIN SECTION FOR CORRECTIONS) *****

| NAME | SSN | GRADE | RANK | EEN | DOR | TIG | CURRENT DUTY ASSIGNMENT | BILLET DESCRIPTION | DCTB |
|---|---|---|---|---|---|---|---|---|---|
| STEIN G. A. | [redacted] | E5 | SGT | | 20080601 | 3yr. 10mo. | WPNS TRNG BN | METOC ANALYST FORECASTER | 20081013 |

**KEY DATE SUMMARY**

| | |
|---|---|
| DEAF | 20021001 |
| TIS | 8yr. 9mo. |
| PEBD | 20030715 |
| AFADBD | 20030715 |
| OSCD | 20060314 |
| ACC COMM | |
| DOR COMM | |
| DOR LDO | |
| DSG PILOT | |
| DCADB | 20030715 |
| EAS | 20120728 |
| MSR | |
| MRD | |

**AWARDS**

**MILITARY OCCUPATIONAL SPECIALTIES**

| | | | | | |
|---|---|---|---|---|---|
| PMOS | 6800 | Basic (METOC) Marine | AMOS4 | | |
| AMOS1 | | | AMOS5 | | |
| AMOS2 | | | JOINT | | |
| AMOS3 | | | BMOS | 6842 | METOC Forecaster |

| | | | |
|---|---|---|---|
| RIFLE | E/339 | 201109 | |
| PISTOL | | | |
| PFT | A/236 | 200905 | |
| CFT | B/264 | 201112 | |
| MCMAP | GRAY | 200601 | |

**LANGUAGES**

UNKNOWN

**EDUCATION SUMMARY**

| CIVILIAN | | MILITARY | | | | PME |
|---|---|---|---|---|---|---|
| 2003 | HS DIPLOMA | 2008 | METEOROLOGY AND OCEANOGRA | 2003 | RECRUIT TRAINING, MALE | |
| | | 2007 | ARB/MEU (SOC) STF PLANNING | | | |
| | | 2004 | AEROGRAPHER'S MATE (AG) MOD | | | |
| | | 2004 | AEROGRAPHER'S MATE (AG) MOD | | | |
| | | 2004 | AEROGRAPHER'S MATE (AG) MOD | | | |
| | | 2004 | AEROGRAPHER'S MATE (AG) MOD | | | |
| | | 2004 | MARINE CORPS WEATHER OBSER | | | |
| | | 2003 | MARINE COMBAT TRAINING | | | |

**PERFORMANCE EVALUATION SUMMARY**

**ADMINISTRATIVE SUMMARY**

| Grade / BMOS | OCC / Type | From / To | Months Com | Adv | Billet Description / Command |
|---|---|---|---|---|---|
| SGT | TR | 20060601 | 4 | | METEOROLOGY STUDENT |
| 0000 | A | 20060918 | | | MARINE CORPS DETACHMENT |
| SGT | CH | 20081011 | 4 | | METOC ANALYST |
| 6842 | N | 20090212 | | | 1ST INTELLIGENCE BATTALION |
| SGT | AN | 20090213 | 2 | | METOC FORECASTER |
| 6842 | N | 20090331 | | | 1ST INTELLIGENCE BATTALION |
| SGT | AN | 20090401 | 12 | | METOC ANALYST |
| 6842 | N | 20100331 | | X | 1ST INTELLIGENCE BATTALION |
| SGT | CH | 20100401 | 4 | | METOC ANALYST |
| 6842 | N | 20100731 | | | 1ST INTELLIGENCE BATTALION |
| SGT | AN | 20100801 | 8 | | METEOROLOGICAL AND OCEA |
| 6842 | N | 20110331 | | | 1ST INTELLIGENCE BATTALION |
| SGT | TR | 20110401 | 8 | | EXTENDED REPORT |
| 6842 | N | 20110620 | | | 1ST INTELLIGENCE BATTALION |

**REPORTING SENIOR MARKINGS**

| Reporting Senior | Per | Pro | Cou | Eff | Ini | Lea | Dev | Set | Ens | Co | PME | Dec | Jud | Eval |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CWO5 LEWIS JR | B | C | H | H | B | H | H | B | H | C | H | B | B | H |
| CWO3 KAISER | D | B | B | C | C | C | C | B | C | C | B | B | B | H |
| WO BECKWITH JR | H | H | H | H | H | H | H | H | H | H | H | H | H | H |
| CWO3 KAISER | D | C | C | C | D | C | C | C | C | C | C | C | C | H |
| CWO3 KAISER | B | C | B | C | C | B | C | B | C | C | C | C | B | H |
| CWO2 MILLS | B | C | B | B | B | B | C | B | C | C | B | B | B | H |
| CWO2 MILLS | H | H | H | H | H | H | H | H | H | H | H | H | H | H |

| Promote | Reports | RPT Avg | Rs Avg | RS High | RPT at High | RV at Proc | Cum RV |
|---|---|---|---|---|---|---|---|
| Yes | | | | | | N/A | N/A |
| Yes | 38 of 58 | 2.62 | 2.86 | 3.93 | 1 | 87.77 | 87.68 |
| N/A | | | | | | N/A | N/A |
| Yes | 47 of 58 | 3.15 | 2.86 | 3.93 | 1 | 92.84 | 92.73 |
| Yes | 50 of 58 | 2.62 | 2.86 | 3.93 | 1 | 88.00 | 87.68 |
| Yes | 27 of 34 | 2.31 | 2.99 | 3.77 | 1 | 81.14 | 81.17 |
| Yes | | | | | | N/A | N/A |

**REVIEWING OFFICER MARKINGS**

| Reviewing Officer / Obser | Concur | RO marks - same grade at processing / RO marks - same grade cumulative | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MAJ | VILLASENOR | 0/1 | 3/2 | 8/3 | 8/4 | 5/5 | 6/6 | 0/7 | 0/8 |
| Suff | Yes | 1/1 | 8/2 | 19/3 | 30/4 | 34/5 | 22/6 | 0/7 | 0/8 |
| CAPT | LEWIS | 0/1 | 3/2 | 45/3 | 45/4 | 28/5 | 8/6 | 0/7 | 0/8 |
| Suff | Yes | 0/1 | 7/2 | 60/3 | 63/4 | 57/5 | 14/6 | 2/7 | 0/8 |
| CAPT | LEWIS | 0/1 | 3/2 | 42/3 | 43/4 | 28/5 | 7/6 | 0/7 | 0/8 |
| Suff | Yes | 0/1 | 7/2 | 60/3 | 63/4 | 57/5 | 14/6 | 2/7 | 0/8 |
| CAPT | GOHLKE | 1/1 | 0/2 | 4/3 | 23/4 | 8/5 | 2/6 | 0/7 | 0/8 |
| Suff | Yes | 1/1 | 0/2 | 4/3 | 43/4 | 15/5 | 3/6 | 1/7 | 0/8 |
| CAPT | FAGAN | 0/1 | 0/2 | 0/3 | 1/4 | 0/5 | 0/6 | 0/7 | 0/8 |
| Suff | Yes | 0/1 | 0/2 | 9/3 | 9/4 | 2/5 | 1/6 | 0/7 | 0/8 |
| MAJ | CHALLGREN | 1/1 | 4/2 | 5/3 | 18/4 | 19/5 | 9/6 | 0/7 | 0/8 |
| Suff | Yes | 1/1 | 8/2 | 14/3 | 28/4 | 30/5 | 12/6 | 0/7 | 0/8 |
| MAJ | CHALLGREN | | | | | | | | |
| Extended | | | | | | | | | |

FOR OFFICIAL USE ONLY

000327

# GE-17A



DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, DC 20350-2000

IN REPLY REFER TO

5520
Ser N09N2/10U214007
January 8, 2010

From: Chief of Naval Operations
To: Sergeant Gary A. Stein, USMC
Via: Commanding Officer, (Attn: Security Manager), 1st Intelligence Battalion, Box 555321, Camp Pendleton, CA 92055-5321

Subj: FINAL DECISION ON REVOCATION OF SECURITY CLEARANCE

Ref: (a) DOHA memorandum USN-M No. 09-06162 of 07 Dec 09
(b) SECNAV M-5510.30
(c) DON CAF ltr 5520 Ser 005WO89L of 24 Aug 09

Encl: (1) Applicable Personnel Security Guidelines of Appendix G, SECNAV M-5510.30

1. On January 6, 2010, your appeal package, forwarded by reference (a), was considered by the Personnel Security Appeals Board (PSAB) in accordance with reference (b). All documentation pertaining to your appeal was thoroughly considered by the PSAB, to include the case file upon which the Department of the Navy Central Adjudication Facility (DON CAF) based their reference (c) decision.

2. The PSAB decided to uphold the revocation of your security clearance. Your appeal failed to mitigate the following disqualifying conditions (DC) under the personnel security guideline identified in enclosure (1):

*Financial Considerations*: DC: a, c

3. Mitigation of the disqualifying conditions would require that you meet the following mitigating conditions (MC) also identified in enclosure (1):

*Financial Considerations*: MC: a, b, c, d, e

4. This decision is final and concludes the administrative appeal process. One year from the date of this letter, your command at its discretion, may decide to again recommend you for a security clearance. The DON CAF will then re-adjudicate your case considering any new material and the passage of time.

Copy to: (w/o encl)
DIR, DON CAF
HQMC (ARS)



**DEPARTMENT OF THE NAVY**
**CENTRAL ADJUDICATION FACILITY**
**716 SICARD STREET SE SUITE 2000**
**WASHINGTON NAVY YARD DC 20388-5389**

5520
Ser 005WO89L
24 AUG 2009

From: Director, Department of the Navy Central Adjudication Facility
To: Sergeant Gary A Stein [REDACTED] USMC
Via: Commanding Officer, 1st Intelligence Battalion, Attn: Security Manager, Box 555321, Camp Pendleton, CA 92055-5321 (RUC: M20373)

Subj: FINAL REVOCATION OF ELIGIBILITY FOR SECURITY CLEARANCE

Ref: (a) Our ltr 5520 Ser 001WO68C of 29 May 09
(b) Your ltr of 10 Aug 09
(c) SECNAV M-5510.30
(d) CNO ltr 5529 Ser 09N2/6U871220 of 12 Sep 06

Encl: (1) Notice of Intent to Appeal
(2) Instructions for Appealing a Letter of Notification (LON) of Final Denial/Revocation

1. We have made a final determination to revoke your eligibility for a security clearance, effective this date. Reference (a) informed you of the reasons for this intended action.

2. Reference (b) and all documentation pertaining to your case were considered in reaching a final determination. Per references (c) and (d), this determination was based on the following:

a. You failed to mitigate the financial considerations concern and personal conduct concerns because you have demonstrated a continuing pattern of inability or unwillingness to pay overdue creditors. While you reported you have recently filed for bankruptcy and undergone both financial and personal counseling, you failed to provide any documentation to substantiate your claims. Given you were advised of your adverse financial position during your special interview of 6 November 2008, yet failed to initiate any corrective action until recently, coupled with your long history of financial irresponsibility, and your failure to repay debts as promised, it remains unclear whether you will be able to resolve your issues of financial indebtedness and maintain a financially responsible life-style. Failure or inability to live within your means, satisfy debts, and meet financial obligations is demonstrative of poor self-control and lack of judgment.

b. The security concerns raised by your answers to questions 27d, 28a, and 28b on the SF-86 were not mitigated.

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.

***Visit us on the web at www.navysecurity.navy.mil***

Subj: FINAL REVOCATION OF ELIGIBILITY FOR SECURITY CLEARANCE ICO SERGEANT GARY A STEIN [redacted] USMC

3. You mitigated the alcohol consumption and criminal conduct concerns because your actions were not recent.

4. Your failure to mitigate the financial considerations and personal conduct concerns causes doubts concerning your judgment, reliability, and trustworthiness and precludes a favorable security clearance eligibility determination at this time.

5. **Appealing the DON CAF Decision.** If you decide to appeal, you may choose only one of the following two options:

a. **Submit a written appeal** directly to the Personnel Security Appeals Board (PSAB). If you choose this option, indicate on enclosure (1) and send directly to DON CAF within **10 calendar days** of your receipt of this LON. Within **30 calendar days** of your receipt of this LON, provide your written statement to PSAB--complete with any supporting documentation--as to why the DON CAF determination should be overturned. Enclosure (2) is provided to assist you in preparing your appeal. The appeal should be sent via the head of your activity to the Department of the Navy Personnel Security Appeals Board (PSAB), Attn: President, PSAB, 2 Navy Annex Room 3052, Washington, DC 20370-1775 (or FAX (703) 695-4015). DON CAF will forward your case file to the PSAB, including all of the information you provided in your response to reference (a).

b. **Request a personal appearance** before an Administrative Judge (AJ) of the Defense Office of Hearings and Appeals (DOHA). The AJ will make a recommendation to the PSAB. Since the request for a personal appearance must be in writing, use enclosure (1) to indicate your intent and send to the DON CAF within **10 calendar days** of your receipt of the LON. DON CAF will forward your case file to DOHA, including all the information you provided in your response to reference (a). DOHA will schedule your personal appearance. Enclosure (2) is provided to assist you in preparation of your appeal.

6. **Requesting Extensions.** If you require additional time, submit a written request for extension via the head of your activity to either the PSAB or DOHA.

7. **Choosing Not to Appeal the DON CAF Decision.** If you choose not to appeal, the DON CAF decision is final and the appeal process is concluded.

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.

Subj: FINAL REVOCATION OF ELIGIBILITY FOR SECURITY CLEARANCE ICO SERGEANT GARY A STEIN [REDACTED] USMC

8. **Questions Regarding this Matter.** Direct any questions or concerns to your security manager, or Special Security Officer--if SCI is involved, or whomever your activity designates as your point of contact.

[REDACTED]

Copy to:
CMC (PP&O) (w/out encls)

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.



**DEPARTMENT OF THE NAVY**
CENTRAL ADJUDICATION FACILITY
716 SICARD STREET SE SUITE 2000
WASHINGTON NAVY YARD DC 20388-5389

5520
Ser 001W068C
29 MAY 2009

From: Director, Department of the Navy Central Adjudication Facility
To: Sergeant Gary A Stein [redacted] USMC
Via: Commanding Officer, 1st Intelligence Battalion, Attn: Security Manager, Box 555321, Camp Pendleton, CA 92055-5321 (RUC: M20373)

Subj: INTENT TO REVOKE ELIGIBILITY FOR SECURITY CLEARANCE

Ref: (a) SECNAV M-5510.30
(b) CNO ltr 5529 Ser 09N2/6U871220 of 12 Sep 06

Encl: (1) Statement of Reasons
(2) Applicable Personnel Security Guidelines
(3) Instructions for Responding to the Letter of Intent
(4) List of Addresses for Requesting Records

1. We have made a preliminary decision to revoke your eligibility for a security clearance. If this decision becomes final, you will not be eligible for access to classified information and/or assignment to sensitive duties as defined by references (a) and (b).

2. Enclosure (1), the Statement of Reasons (SOR), lists specific details of the disqualifying information considered in reaching our decision. Enclosure (2) provides an extract from reference (b) of the personnel security guidelines relevant to your case.

3. You may respond in writing with any information or explanation you think should be considered in the final decision. Reference (a) governs the amount of time you are allotted to submit your response to this letter. Enclosures (3) and (4) are provided to assist you in preparing your response. You must immediately inform your security manager (or designated point of contact) whether you will:

- Respond in writing via your security manager within 15 calendar days of the date you receive this letter; or
- Respond in writing via your security manager, but request a time extension to be approved by your commanding officer; or
- NOT respond. <u>NOTE</u>: If you choose to not respond or fail to provide a timely response, our preliminary decision will IMMEDIATELY become final, based upon review of the available

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.

Subj: INTENT TO REVOKE ELIGIBILITY FOR SECURITY CLEARANCE ICO SERGEANT GARY A STEIN [redacted] USMC

information. In addition, you would automatically forfeit your rights to an appeal.

4. If you currently have access to classified information, this access may be suspended by your commanding officer pending DON CAF's final determination. Please direct questions regarding this letter to your POC.

Copy to:
CMC (PP&O) (PERS-4831)(w/encl(1)only)

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.

Subj: INTENT TO REVOKE ELIGIBILITY FOR SECURITY CLEARANCE ICO SERGEANT GARY A STEIN [redacted] USMC

**STATEMENT OF REASONS**

The information listed below was derived from your Office of Personnel Management (OPM) investigation of 22 January 2009. Each item of disqualifying information falls under one or more of the security guideline(s) listed above it (enclosure (2) pertains).

**Security Guideline(s): PERSONAL CONDUCT, FINANCIAL CONSIDERATIONS, ALCOHOL CONSUMPTION, CRIMINAL CONDUCT**

2005 to Apr 06 — A source chose to recommend you with reservations for a national security position because he questions your judgment. The source reported that while you were deployed to Iraq, you were counseled for dereliction of duty for building rock formations while you were on guard duty, and were required to perform extra duty and write a five page essay.

The source also questioned your honesty, integrity and described your character as untrusted due to your unreliability and tendency to bend the truth.

15 Oct 07 — Charged - Speeding. Speeding bail was set at $70.00. On 11 January 2008, the case was sent to collections for $588.88 and no payments have been made.

26 Mar 08 — Records reflected you were contacted by collection attorneys, regarding a $1,229.10 debt owed to Archstone Apartments. You agreed to remit monthly payments of $200.00 per month until the debt was settled; however, you never began any payments. This debt has been reported to credit bureaus and is actively being pursued as a skip status debt.

From 25 June 2006 until 28 November 2006, you resided at the Windrift Apartment Homes, who reported a default in rent and breach of lease, totaling $4,628.99. You have not responded to collection efforts, and the debt has been report to credit bureaus and is actively being pursued as a skip status debt.

30 Sep 08 — You omitted relevant and material facts from your Security Clearance Application (SF86) regarding the extent of your financial delinquencies. You reported you

Encl (1)

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.

Subj: INTENT TO REVOKE ELIGIBILITY FOR SECURITY CLEARANCE ICO SERGEANT GARY A STEIN [REDACTED] USMC

**Security Guideline(s): (continuation)**

**PERSONAL CONDUCT, FINANCIAL CONSIDERATIONS, ALCOHOL CONSUMPTION, CRIMINAL CONDUCT**

had a repossession for $10,300.00 in January 2007 with Mojave Credit Union.

4 Oct 08 Your credit report revealed a pattern of financial irresponsibility demonstrative of poor judgment and unreliability. The following delinquent debt activity was reported against you:

| | |
|---|---|
| **CHARGE-OFFS:** | |
| PACIFIC MRNE | $ 1,870.00 |
| **COLLECTIONS/BAD DEBTS:** | |
| ALLIANCEONE I | $ 588.00 |
| BARKLEY FINAN | 35.00 |
| EQUIDATA | 162.00 |
| KIMBALLTIREY | 1,229.00 |
| NATIONAL CRED | 315.00 |
| PROFESSIONAL | 2,477.00 |
| SNC | 2,314.00 |
| **PAST DUE:** | |
| IMAGINE/FBD ($75.00, 90 DAYS) | $ 578.00 |
| **REPOSSESSIONS:** | |
| MOHAVE FCU | $11,587.00 |
| **PUBLIC RECORDS:** | |
| JUDGMENT | $ 4,992.00 |

4 Nov 08 Rental records from Arbor View Apartments reflected you owe $2,100.00 in rent and issue three non-sufficient funds (NSF) checks, and were only allowed to pay your rent by money order.

6 Nov 08 OPM Interview: You reported that while in Mississippi for training, you may have been one or two days late with your rent payments on one or two occasions, and also had one NSF check.

Encl (1)

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.

Subj: INTENT TO REVOKE ELIGIBILITY FOR SECURITY CLEARANCE ICO SERGEANT GARY A STEIN [redacted] USMC

**Security Guideline(s): (continuation)**

**PERSONAL CONDUCT, FINANCIAL CONSIDERATIONS, ALCOHOL CONSUMPTION, CRIMINAL CONDUCT**

When you resided in California, due to a conflict with the movers who arrived three days late, you were charged an additional $150.00 per day, plus other fees, by the property's management. They kept your $500.00 security deposit and turned the balance over to a collection agency. When contacted by them, you were unable to reach a settlement. You expressed intent to contact your base's Judge Advocate General's Office for assistance in resolving this issue. If it is determined you should pay the debt, you will.

In January 2004, you received a Page 11 disciplinary counseling for failing your exams and doing poorly in your academics. You also received an additional Page 11 for suspicion of underage drinking which indicated you would be ineligible for promotion to Private First Class (PFC) for a specified period of time.

You explained that until approximately July 2009, a $400.00 allotment will be taken from your pay to repay approximately $5,000.00 for military benefits for basic housing allowance and travel costs you were paid in error.

In January 2007, after missing approximately five $340.00 monthly payments, you arranged for a voluntary repossession of your vehicle; however, before the repossession took place, the car was towed for being in a private parking lot. The creditor was able to obtain the vehicle, but claimed you had damaged it and demanded $11,900.00. The payments the creditors wanted were in excess of what you could pay and the creditor ultimately wrote off the debt. You want to fully resolve this matter, but do not know whom to contact.

You discussed other delinquent accounts contained in your credit report of 4 October 2008 and expressed intent to research the accounts and arrange settlements if they are yours.

Encl (1)

FOR OFFICIAL USE ONLY - Privacy Sensitive - Any misuse or unauthorized disclosure may result in both civil or criminal penalties.