```
-------------------------------------------------------------------------
NAME STEIN, GARY ALAN                  |CASE # 08122749    |PAGE    6
-------------------------------------------------------------------------
DATES OF INVESTIGATION 10/27/08 - 11/04/08 | SID 2019 | ORG ID A74 | REPORT # 01
-------------------------------------------------------------------------
```

   THE HARRISON COUNTY SHERIFF'S OFFICE.   REFER TO ITEM #015.

**** END OF REPORT ****

REVISED: 01/22/09                              PRINTED: 01/22/09

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, DC 20415-4000

---

NAME STEIN, GARY ALAN | CASE # 08122749 | PAGE 1

---

DATES OF INVESTIGATION 10/22/08 - 11/04/08    SID R898    ORG ID S50    REPORT # 01

---

## TESTIMONIES



REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

---------------------------------------------------------------------
NAME STEIN, GARY ALAN                    |CASE # 08122749   |PAGE   2
---------------------------------------------------------------------
DATES OF INVESTIGATION 10/22/08 - 11/04/08   SID R898   ORG ID S50   REPORT # 01
---------------------------------------------------------------------

**** END OF REPORT ****

TRANSMITTED: 11/04/08                    PRINTED: 11/12/08

000391

```
-------------------------------------------------------------------------------
NAME STEIN, GARY ALAN                          |CASE # 08122749     |PAGE   1
-------------------------------------------------------------------------------
 DATES OF INVESTIGATION 10/21/08 - 10/28/08    SID 2477    ORG ID D58    REPORT # 01
-------------------------------------------------------------------------------
```

## TESTIMONIES

███████████████████████████████████████████████████████

**** END OF REPORT ****

TRANSMITTED: 10/28/08                    PRINTED: 11/03/08

NAME STEIN, GARY ALAN | CASE # 08122749 | PAGE 1

DATES OF INVESTIGATION 11/19/08 - 11/24/08    SID 4101    ORG ID S10    REPORT # 01

## TESTIMONIES



**** END OF REPORT ****

**TRANSMITTED:** 11/24/08                    **PRINTED:** 12/01/08

01272008807:20

Case 3:12-cv-00816-H-BGS   Document 23-6   Filed 04/12/12   Page 6 of 59

```
---------------------------------------------------------------------------
NAME STEIN, GARY ALAN                    |CASE # 08122749      |PAGE    1
---------------------------------------------------------------------------
DATES OF INVESTIGATION 11/24/08 - 12/05/08 | SID 6972 | ORG ID S24 | REPORT # 01
---------------------------------------------------------------------------
```

TESTIMONIES



REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

000394

```
------------------------------------------------------------------------
NAME STEIN, GARY ALAN                    |CASE # 08122749   |PAGE   2
------------------------------------------------------------------------
DATES OF INVESTIGATION 11/24/08 - 12/05/08 | SID 6972 | ORG ID S24 | REPORT #  1
------------------------------------------------------------------------
```

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

```
-------------------------------------------------------------------------
NAME STEIN, GARY ALAN                     |CASE # 08122749   |PAGE   3
-------------------------------------------------------------------------
DATES OF INVESTIGATION 11/24/08 - 12/05/08 | SID 6972 | ORG ID S24 | REPORT #  1
-------------------------------------------------------------------------
```

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

```
-------------------------------------------------------------------------------
NAME STEIN, GARY ALAN                    |CASE # 08122749      |PAGE    4
-------------------------------------------------------------------------------
DATES OF INVESTIGATION 11/24/08 - 12/05/08 | SID 6972 | ORG ID S24  | REPORT #  1
-------------------------------------------------------------------------------
```

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

```
-------------------------------------------------------------------------
NAME STEIN, GARY ALAN                    |CASE # 08122749     |PAGE   5
-------------------------------------------------------------------------
DATES OF INVESTIGATION 11/24/08 - 12/05/08 | SID 6972 | ORG ID S24 | REPORT #  1
-------------------------------------------------------------------------
```

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, DC 20415-4000

NAME STEIN, GARY ALAN                           |CASE # 08122749    |PAGE    6

DATES OF INVESTIGATION 11/24/08 - 12/05/08 | SID 6972 | ORG ID S24 | REPORT # 01

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

```
--------------------------------------------------------------------------------
NAME STEIN, GARY ALAN                          |CASE # 08122749      |PAGE    7
--------------------------------------------------------------------------------
DATES OF INVESTIGATION 11/24/08 - 12/05/08 | SID 6972 | ORG ID S24 | REPORT #  1
--------------------------------------------------------------------------------
```

****   END OF REPORT   ****

REVISED: 01/22/09                          PRINTED: 01/22/09

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, DC 20415-4000

```
--------------------------------------------------------------------
NAME STEIN, GARY ALAN                    |CASE # 08122749    |PAGE   1
--------------------------------------------------------------------
DATES OF INVESTIGATION 12/04/08 - 12/05/08 | SID 0675 | ORG ID D58 | REPORT # 01
--------------------------------------------------------------------
```

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

000401

```
NAME STEIN, GARY ALAN                          |CASE # 08122749   |PAGE   2
DATES OF INVESTIGATION 12/04/08 - 12/05/08 | SID 0675 | ORG ID D58 | REPORT # 1
```

**** END OF REPORT ****

REVISED: 01/22/09                          PRINTED: 01/22/09

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, DC 20415-4000

NAME STEIN, GARY ALAN                              |CASE # 08122749     |PAGE   1

DATES OF INVESTIGATION 11/24/08 - 12/03/08    SID 5795    ORG ID A11    REPORT # 01

**TESTIMONIES**



**\*\*\*\*  END OF REPORT  \*\*\*\***

**TRANSMITTED:** 12/03/08                        **PRINTED:** 12/04/08

Case 3:12-cv-00816-H-BGS Document 23-6 Filed 04/12/12 Page 16 of 59

NAME STEIN, GARY ALAN | CASE # 08122749 | PAGE 1

DATES OF INVESTIGATION 12/16/08 - 12/16/08    SID 5419    ORG ID A06    REPORT # 01

### TESTIMONIES



**** END OF REPORT ****

TRANSMITTED: 12/16/08                    PRINTED: 12/17/08

01277000507:20

000404

NAME STEIN, GARY ALAN | CASE # 08122749 | PAGE 1

DATES OF INVESTIGATION 12/29/08 - 01/13/09    SID 7713    ORG ID A10    REPORT # 01

### TESTIMONIES

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

NAME STEIN, GARY ALAN                            |CASE # 08122749      |PAGE    2

DATES OF INVESTIGATION 12/29/08 - 01/13/09     SID 7713    ORG ID A10     REPORT # 01

**** END OF REPORT ****

TRANSMITTED: 01/13/09                          PRINTED: 01/15/09

000406

```
NAME STEIN, GARY ALAN                         |CASE # 08122749      |PAGE    1
DATES OF INVESTIGATION 01/09/09 - 01/12/09    SID 1257    ORG ID D58    REPORT # 01
```

TESTIMONIES



**** END OF REPORT ****

TRANSMITTED: 01/12/09                          PRINTED: 01/15/09

| NAME STEIN, GARY ALAN | | CASE # 08122749 | PAGE 1 |

DATES OF INVESTIGATION 12/02/08 - 12/15/08    SID S033    ORG ID A02    REPORT # 01

**TESTIMONIES**

\*\*\*\*  END OF REPORT  \*\*\*\*

**TRANSMITTED:** 12/15/08                    **PRINTED:** 12/16/08

000408

1∅3.

 

**DEPARTMENT of DEFENSE**
**DEFENSE SECURITY SERVICE**

# WARNING

THIS FILE IS THE PROPERTY OF THE DEFENSE SECURITY SERVICE. CONTENTS MAY BE DISCLOSED ONLY TO PERSONS WHOSE OFFICIAL DUTIES REQUIRE AUTHORIZED ACCESS HERETO. CONTENTS MAY NOT BE DISCLOSED TO PARTY(S) CONCERNED WITHOUT SPECIFIC AUTHORIZATION FROM THE DEFENSE SECURITY SERVICE.

**ALL PORTIONS OF THIS DOCUMENT ARE TO BE PROTECTED AS FOUO.**

# FREL

Requested: Oct 08 2008
Subject: STEIN, GARY ALAN
SSN: ████████
Account & Use Codes: ████████

```
         *** OPM REQUEST FOR FILE RETRIEVAL ***

   TO: DDIS                                    DATE: 10/08/08
   LOCATOR-NO:  ████████        YR INDEXED: 2003    RETENTION: 15 YRS
   DOSSIER NAME: STEIN GARY ALAN                NAME CONTEXT: S
   DOB: ████████            POB: ███     SSAN: ████████
   -
   RAC: ████              USE CODE: 02
   PIPS CASE NUMBER: 08122749      PIPS CASE NAME: STEIN
   PIPS ITEM NUMBER: D03   ENTRY: 00  PIPS CASE TYPE: 30  /  SERVICE: C
   PIPS ITEM TYPE: DCIF
```

||| IIII| IIII |I| III| II| III| IIII| |I|
000000490194

01272003507:20

# Header
Date: Oct 08 2008

Name: STEIN, GARY ALAN
SSN: ████████

000410

# 1 Investigation15Oct02

Investigation closed date - 15-Oct-02

Investigation Type: B1 - AUTOMATED ENTRANCE NATIONAL AGENCY CHECK (AUTO-ENTNAC)

Case Category Code: -

## 1.1 Comments to Adjudicator

Comments to Adjudicator

NAC conducted, including DCII Check.  The following were checked with results as indicated.

## 1.2 Lead FBI-HQ

NAC-Lead: FEDERAL BUREAU OF INVESTIGATION HEADQUARTERS          NAC-Result: FAVORABLE

Description:  - SUBJECT LEAD

## 1.3 Lead FBI-ID-T

NAC-Lead: FBI IDENTIFICATION DIVISION TECHNICAL CHECK          NAC-Result: FAVORABLE

Description:  - SUBJECT LEAD

## 1.4 Lead OPM

NAC-Lead: OFFICE OF PERSONNEL MANAGEMENT          NAC-Result: FAVORABLE

Description:  - SUBJECT LEAD

# 2  Investigation05Nov02

Investigation closed date - 05-Nov-02
Investigation Type: A1 - ENTRANCE NATIONAL AGENCY CHECK (ENAC)
Case Category Code:  -

## 2.1  Comments to Adjudicator

Comments to Adjudicator


NAC conducted, including DCII Check.  The following were checked with results as indicated.

## 2.2 Lead FBI-HQ

NAC-Lead: FEDERAL BUREAU OF INVESTIGATION HEADQUARTERS      NAC-Result: FAVORABLE
Description:  - SUBJECT LEAD

## 2.3 Lead FBI-ID-T

NAC-Lead: FBI IDENTIFICATION DIVISION TECHNICAL CHECK      NAC-Result: FAVORABLE
Description:  - SUBJECT LEAD

## 2.4 Lead OPM

NAC-Lead: OFFICE OF PERSONNEL MANAGEMENT      NAC-Result: FAVORABLE
Description:  - SUBJECT LEAD

## 2.5  Security Clearance Application

```
Office of Personnel Management
SECURITY CLEARANCE APPLICATION
Date: 2002/10/22                        Time: 23:04:50
STANDARD FORM 86 (SF86), Sep. 95
DATE SUBJECT SIGNED THE FORM: 2002/10/21
STEIN, GARY ALAN                        SSN: ████████
Attachments:  No

--------------------------------------------------------

1.  Personal Information

Name:       STEIN, GARY ALAN
Birth Date:      ████████           Sex: MALE
```

███████████████████████████████████

-----------------------------------------------------------------------

2.  Other Names Used

No.  Have you ever used or been known by another name?

-----------------------------------------------------------------------

3.  Citizenship

Citizenship Status:    U.S. Citizen
Mother's Maiden Name:  DESHAW, MARGRET ANN
Citizenship Type:      BORN IN THE U.S.

No.  Do you currently hold or did you previously hold a U.S. passport?
No.  Are you now or were you a dual citizen of the U.S. and another country?

-----------------------------------------------------------------------

4.  Where You Have Lived

     FROM        TO        ADDRESS
     -------------------------------------------------------------------
1.   1990/03/30  PRES/ /   ████████████████████████

     Person Who Knows You:

     ███████████████████████

No.  Is this residence address hard to find?

-----------------------------------------------------------------------

5.  Where You Went To School

Yes. Have you attended school beyond Junior High School within the last 10
     years?

     FROM        TO        TYPE/ADDRESS
     -------------------------------------------------------------------
1.   2002/04/14  PRES/ /   HIGH SCHOOL
                           MOHAVE HIGH SCHOOL
                           2251 HWY 95
                           BULL HEAD CITY, AZ 86442

     Degree/Diploma/Other:

-----------------------------------------------------------------------

0127200507:20

```
        Award Date:
        Person Who Knows You:
```


```
    2.   1999/08/12  2002/04/22   HIGH SCHOOL
                                  RIVER VALLEY HIGH SCHOOL
                                  2205 LUGANA DR
                                  MOHAVE VALLEY, AZ 86442

        Degree/Diploma/Other:
        Award Date:
        Person Who Knows You:
```


```
-----------------------------------------------------------------------

6.  Your Employment Activities

        FROM        TO          TYPE OF EMPLOYMENT
        ---------------------------------------------------------------
    1.  2002/04/01  PRES/  /    OTHER
        Your Position/Title:     ASSOCIATE
        Employer Name:
        Employer Phone:
        Employer Address:
```


```
        Supervisor's Name:
        Supervisor Phone:

No.  Is the employer's address different from the job location address?

No.  Is the supervisor's address different from the job location address?
        Verifying Individual:
                                 Phone:
    2.  2001/08/22  2002/03/31   UNEMPLOYMENT
        Verifying Individual:
```


```
        Phone:

No.  Were you in the Federal Civil Service prior to the last 10 years?
-----------------------------------------------------------------------
7.  People Who Know You Well
```

0127200307:2C

|    | FROM          | TO | REFERENCE NAME/ADDRESS |
|----|---------------|----|------------------------|

1.  2002/04/23  PRES/  /
    Work Address:

    Evening Phone:

2.  2002/04/01  PRES/  /
    Work Address:

    Evening Phone:

3.  2001/08/22  PRES/  /
    Work Address:

    Day Phone:

---

8.  Your Spouse

    What is your current marital status? NEVER MARRIED

---

9.  Your Relatives and Associates

    RELATIONSHIP              NAME/PLACE OF BIRTH
    ------------------------------------------------

1.  PARENT
    DOB: ▮▮▮▮▮▮            ▮▮▮▮▮▮▮▮▮

No.  Is the family/associate you listed deceased?
     CURRENT ADDRESS:

     Country(ies) of Citizenship:  UNITED STATES

2.  PARENT
    DOB: ▮▮▮▮▮▮            ▮▮▮▮▮▮▮▮▮

No.  Is the family/associate you listed deceased?
     CURRENT ADDRESS:

     Country(ies) of Citizenship:  UNITED STATES

3.  SIBLING
    DOB: ▮▮▮▮▮▮            ▮▮▮▮▮▮▮▮▮

---

0127200507:20

000415

No.  Is the family/associate you listed deceased?
     CURRENT ADDRESS: ███████████████████

     Country(ies) of Citizenship: UNITED STATES

----------------------------------------------------------------

10. Citizenship of Your Relatives and Associates

    RELATIONSHIP              NAME
    ----------------------------------------------------------
----------------------------------------------------------------

11. Your Military History

No.  Have you ever served in the military? (If yes, provide in chronological
     order your military history: begin with the most recent period and
     include Reserves, National Guard, Merchant Marines, and Foreign
     Military service.)
----------------------------------------------------------------

12. Your Foreign Activities - Property

No.  Do you have any foreign property, business connections, or financial
     interests?

----------------------------------------------------------------

13. Your Foreign Activities - Employment

No.  Are you now or have you ever been employed by or acted as a consultant
     for a foreign government, firm, or agency?

----------------------------------------------------------------

14. Your Foreign Activities - Contact with Foreign Government

No.  Have you had contact with a foreign
     government, its establishments (embassies or consulates), or its
     representatives, whether inside or outside the U.S., other than on
     official U.S. Government business? (Does not include routine visa
     applications and border crossing contacts.)

----------------------------------------------------------------

15. Your Foreign Activities - Passport

No.  In the last 7 years, have you had an active passport that was issued by
     a foreign government?

----------------------------------------------------------------

16. Foreign Countries You Have Visited

No.  Have you traveled outside the United States on other than official U.S.

----------------------------------------------------------------

0127700507:26

000416

Government orders in the last 7 years? (Travel as a dependent or
contractor must be listed.) Do not repeat travel covered in modules 4,
5, and 6.

---

17. Your Military Record

No.  Have you ever received other than an honorable discharge from the
military?

---

18. Your Selective Service Record

Yes. Are you a male born after December 31, 1959?

No.  Have you registered with the Selective Service System?

    Remarks: WILL REGISTER WHEN TURN 18 YRS OLD.

---

19. Your Medical Record

No.  In the last 7 years, have you consulted a mental health professional
(psychiatrist, psychologist, counselor, etc.) or have you consulted
with another health care provider about a mental health related
condition?

---

20. Your Employment Record

No.  Has any of the following happened to you in the last 10 years?
- Fired from job
- Quit a job after being told you'd be fired
- Left a job by mutual agreement following allegations of misconduct
- Left a job by mutual agreement following allegations of
  unsatisfactory perfomance
- Left a job for other reason under unfavorable circumstances

---

21. Your Police Record - Felony Offenses

No.  Have you ever been charged with or convicted of any felony offenses?
(Include those under the Uniform Code of Military Justice.)
For this item, report information regardless of whether the record
in your case has been "sealed" or otherwise stricken from the
record.  The single exception to this requirement is for certain
convictions under the Federal Controlled Substances Act for which
the court issued and expungement order under the authority of 21

---

000417

U.S.C. 844 or 18 U.S.C. 3607.

--------------------------------------------------------------------

22. Your Police Record - Firearms/Explosives Offenses

No.  Have you ever been charged with or convicted of a firearms or
     explosives offense?
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

--------------------------------------------------------------------

23. Your Police Record - Pending Charges

No.  Are there currently any charges pending against you for any criminal
     offense?
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

--------------------------------------------------------------------

24. Your Police Record - Alcohol/Drug Offenses

No.  Have you ever been charged with or convicted of any offense(s) related
     to alcohol or drugs?
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

--------------------------------------------------------------------

25. Your Police Record - Military Court

No.  In the last 7 years, have you been subject to court martial or other
     disciplinary proceedings under the Uniform Code of Military Justice?
     (include non-judicial, Captain's mast, etc.)
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21

000418

U.S.C. 844 or 18 U.S.C. 3607.

---------------------------------------------------------------

26. Your Police Record - Other Offenses

No.   In the last 7 years, have you been arrested for, charged with, or
      convicted of any offense(s) not listed in modules 21, 22, 23, 24, or
      25? (Leave out traffic fines of less than $150 unless the violation was
      alcohol or drug related.)
      For this item, report information regardless of whether the record
      in your case has been "sealed" or otherwise stricken from the
      record.  The single exception to this requirement is for certain
      convictions under the Federal Controlled Substances Act for which
      the court issued and expungement order under the authority of 21
      U.S.C. 844 or 18 U.S.C. 3607.

---------------------------------------------------------------

27. Your Use of Illegal Drugs and Drug Activity-Illegal Use of Drugs

No.   Since the age of 16 or in the last 7 years, whichever is shorter, have
      you illegally used any controlled substance, for example, marijuana,
      cocaine, crack cocaine, hashish, narcotics (opium, morphine, codeine,
      heroin, etc.), amphetamines, depressants (barbiturates, methaqualone,
      tranquilizers, etc.), hallucinogenics (LSD, PCP, etc.), or prescription
      drugs?

---------------------------------------------------------------

28. Your Use of Illegal Drugs and Drug Activity-Use in Sensitive Positions

No.   Have you EVER illegally used a controlled substance while employed as a
      law enforcement officer, prosecutor, or courtroom official; while
      possessing a security clearance; or while in a position directly and
      immediately affecting public safety?

---------------------------------------------------------------

29. Your Use of Illegal Drugs and Drug Activity-Drug Activity

No.   In the last 7 years, have you been involved in the illegal purchase,
      manufacture, trafficking, production, transfer, shipping, receiving, or
      sale of any narcotic, depressant, stimulant, hallucinogen, or cannabis
      for your own intended profit or that of another?

---------------------------------------------------------------

30. Your Use of Alcohol

No.   In the last 7 years, has your use of alcoholic beverages (such as
      liquor, beer, wine) resulted in any alcohol-related treatment or
      counseling (such as for alcohol abuse or alcoholism)?  Do not repeat

---

0127700907:20

information reported in module 19 on form SF86 or module 5 on form
SF85P-S (Your Medical Record).

------------------------------------------------------------------

31. Your Investigation Record - Investigations/Clearances Granted

No.  Has the United States Government ever investigated your background
     and/or granted you a security clearance? (If you can't recall the
     investigating agency and/or the security clearance received, enter
     (Y)es and follow instructions in the help text for the fields on the
     next screen. If you can't recall whether you've been investigated or
     cleared, enter (N)o.)

------------------------------------------------------------------

32. Your Investigation Record - Clearance Actions

No.  To your knowledge have you ever had a clearance or access authorization
     denied, suspended, or revoked, or have you ever been debarred from
     government employment? (Note: An administrative downgrade or
     termination of a security clearance is not a revocation.)

------------------------------------------------------------------

33. Your Financial Record - Bankruptcy

No.  In the last 7 years, have you filed a petition under any chapter of
     the bankruptcy code (to include Chapter 13)?

------------------------------------------------------------------

34. Your Financial Record - Wage Garnishments

No.  In the last 7 years, have you had your wages garnished for any reason?

------------------------------------------------------------------

35. Your Financial Record - Repossessions

No.  In the last 7 years, have you had any property repossessed for any
     reason?

------------------------------------------------------------------

36. Your Financial Record - Tax Lien

No.  In the last 7 years, have you had a lien placed against your property
     for failing to pay taxes or other debts?

------------------------------------------------------------------

000420

37. Your Financial Record - Unpaid Judgements

No.   In the last 7 years, have you had any judgements against you that have
      not been paid?

---------------------------------------------------------------

38. Your Financial Delinquencies - 180 Days

No.   In the last 7 years, have you ever been over 180 days delinquent on any
      debt(s)?

---------------------------------------------------------------

39. Your Financial Delinquencies - 90 Days

No.   Are you currently over 90 days delinquent on any debt(s)?

---------------------------------------------------------------

40. Public Record Civil Court Actions

No.   In the last 7 years, have you been a party to any public record civil
      court actions not listed elsewhere on this form?

---------------------------------------------------------------

41. Your Association Record - Membership

No.   Have you ever been an officer or a member or made a contribution to an
      organization dedicated to the violent overthrow of the United States
      Government and which engages in illegal activities to that end, knowing
      that the organization engages in such activities with the specific
      intent to further such activities?

---------------------------------------------------------------

42. Your Association Record - Activities

No.   Have you ever knowingly engaged in any acts or activities designed to
      overthrow the United States Government by force?

---------------------------------------------------------------

43. General Remarks

No.   Do you have any additional remarks to enter in your application?

---------------------------------------------------------------

NATIONAL AGENCY CHECK SECURITY INFORMATION

NAC

1. Addresses
   Forward This Request To:
   DSS
   PERSONNEL INVESTIGATIONS CENTER
   P. O. BOX 28989
   BALTIMORE, MD   21240-8989

Return Results To:
   RECRUITING STATION PHOENIX
   1 NORTH 1ST STREET SUITE 642
   PHOENIX, AZ   85004

Contract Number:
Requestor: MARINES
File No. :
Organization Code: 84001
Organization Code Type: UNIT IDENTIFICATION CODE

From:
   RECRUITING STATION PHOENIX
   1 NORTH 1ST STREET SUITE 642
   PHOENIX, AZ   85004

------------------------------------------------------------
2. Type of Investigation
   ENTNAC

------------------------------------------------------------
3. Local Files Check
Yes. Were the results of local files check favorable?

------------------------------------------------------------
4. Current Status
   What is the subject's current status?  MILITARY

   Is subject an applicant?  Yes.
   Branch/Grade MARINES/E-01
   Status ACTIVE DUTY

------------------------------------------------------------
5. Citizenship Verification
Yes. Was subject's U.S. citizenship verified?

01272G0507:20

000422

-------------------------------------------------------------

6. Reason for Request
   ENLISTMENT

-------------------------------------------------------------

7. Investigation Validity Certification

   Name of Certifier █████████████
   Title of Certifier GYSGT
   Certifier's Phone ████████████

-------------------------------------------------------------

8. General Remarks
   Remarks:

-------------------------------------------------------------

-------------------------------------------------------
|                   CERTIFICATION NOTICE              |
-------------------------------------------------------

████████████████████████████████████████████████████

has certified to the Defense Investigative Service that GARY ALAN STEIN
has signed an Authority for Release of Information and Records authorizing
any duly accredited representative of the Department of Defense (including
those from the Defense Investigative Service) to obtain information
relating to his/her activities.  This authority for Release of Information
and Records will be maintained by RECRUITING STATION PHOENIX until the
security determination process has been completed.

An exact copy of the text of this Authority for Release of Information and
Records, including all information provided on the form by GARY ALAN
STEIN  (to include the names(s), date of birth, social security number,
current home address, home address home telephone number, name signed on
the release form, and date the  release form was signed), is provided as
an attachment to this notice and may be retained by the records repository
or individual providing information concerning GARY ALAN STEIN .

---------------------------------------------------------------------

━━━━━━━━━━━━━━━━━━━

012720830⁷:2G

# 3 Investigation30Oct03

Investigation closed date - 30-Oct-03

Investigation Type: B6 - NATIONAL AGENCY CHECK WITH LOCAL AGENCY CHECKS AND CREDIT CHECK - SECR

Case Category Code: 2K2 - SECRET NACLC - MIL (NON-ISSUE, SECURITY PROGRAM)

## 3.1 Comments to Adjudicator

Comments to Adjudicator

Due to Subject's young age, a credit history has not been established.


BSKOPP


NAC conducted, including DCII Check.  The following were checked with results as indicated.

## 3.2 Lead FBI-HQ

NAC-Lead: FEDERAL BUREAU OF INVESTIGATION HEADQUARTERS        NAC-Result: FAVORABLE

Description:  - SUBJECT LEAD

## 3.3 Lead FBI-ID-NCO

NAC-Lead: FBI IDENTIFICATION DIVISION NAME CHECK ONLY        NAC-Result: FAVORABLE

Description: Subject Lead Automatically Generated for FBI-ID pending 15 days

NAC Addendum: AN FBI-ID NAME CHECK WAS CONDUCTED ON THIS INVESTIGATION IN LIEU OF AN

FBI-ID-FINGERPRINT CHECK FOR ONE OR MORE OF THE FOLLOWING REASONS:
FINGERPRINT CARD CONTAINED MISSING DATA, FINGERPRINT CARD CONTAINED DATA
DISCREPANT TO THE EPSQ DATA, FINGERPRINT CARD WAS ILLEGIBLE, FINGERPRINT
CARD REJECTED BY THE FBI, FINGERPRINT CARD NOT RECEIVED OR FINGERPRINT
CARD WAS LOST IN PROCESSING.

## 3.4 Lead OPM

NAC-Lead: OFFICE OF PERSONNEL MANAGEMENT        NAC-Result: FAVORABLE

Description:  - SUBJECT LEAD

000424

## 3.5 Lead CBC

NAC-Lead: CREDIT BUREAU CHECK                    NAC-Result: NO RECORD ON FILE
Description:  - SUBJECT LEAD

```
|----------------------------------------------------------------------------|
|                        |       Date      |                 |               |
| REPORT OF CREDIT       |   07/16/2003    |                 |               |
|----------------------------------------------------------------------------|
|       | Social Security Number   |  Date of Birth  |                        |
|       |     ██████████████████   █████████████      |                        |
|----------------------------------------------------------------------------|
| Subjects Name: STEIN, GARY ALAN                                             |
|         AKA #1:                                                             |
|         AKA #2:                                                             |
|         AKA #3:                                                             |
|         AKA #4:                                                             |
|         AKA #5:                                                             |
|----------------------------------------------------------------------------|
| NUMBER OF DSS CREDIT INQUIRIES  1                                           |
|                                                                            |
|                        CREDIT REPORT SUMMARY                                |
```



000425

```
|-----------------------------------------------------------------------|
|                              WARNING                                  |
| THIS DOCUMENT IS THE PROPERTY OF THE DEFENSE SECURITY SERVICE.  CONTENTS |
| MAY BE DISCLOSED ONLY TO PERSONS WHOSE OFFICIAL DUTIES REQUIRE ACCESS HERETO. |
| CONTENTS MAY NOT BE DISCLOSED TO THE PARTY(S) CONCERNED WITHOUT SPECIFIC |
| AUTHORIZATIONS FROM THE DEFENSE SECURITY SERVICE.                     |
|-----------------------------------------------------------------------|
| 864/   /   /   /   /   /   /   /   /   /   /   /   /   /   /   /        |
|-----------------------------------------------------------------------|
```

### DEPARTMENT OF DEFENSE - DSS DETAILED REPORT OF CREDIT

NAME/ADDRESS

| NAME OF SUBJECTS | SS# | DATE-OF-BIRTH |
|---|---|---|
| STEIN, GARY ALAN | ███████████ | ███████████ |

| CURRENT ADDRESS | CITY/STATE/ZIP | SINCE |
|---|---|---|
| N/A | N/A | N/A |

| PREVIOUS ADDRESS | CITY/STATE/ZIP | SINCE |
|---|---|---|
| N/A | N/A | N/A |

| PREVIOUS ADDRESS (2) | CITY/STATE/ZIP | SINCE |
|---|---|---|
| N/A | N/A | N/A |

EMPLOYMENT

| CURRENT EMPLOYER | CITY/STATE/ZIP | DT EMPL | SALARY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| PREVIOUS EMPLOYER | CITY/STATE/ZIP | DT EMPL | SALARY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| PREVIOUS EMPLOYER (2) | CITY/STATE/ZIP | DT EMPL | SALARY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### ERRORS / INFORMATIONAL MESSAGES

W    INFO: 07    0007 ***** NO RECORD FOUND *****
                      END OF REPORT

W1   TRW-CREDIT DATA SOUTHWEST INC

     PO BOX 2070
     PHOENIX, AZ 85001
     PHONE: (602) 528-7785
*** REPORT LENGTH = 7880

---

0127200567:20

## 3.6 Lead LAC - D42PX

Field office - D42PX

Field-Lead: LOCAL AGENCY CHECK                    Field-Result: FAVORABLE

Description: 1301 RIVERFRONT, BULLHEAD CY, AZ

```
SUBJECT: STEIN  GARY ALAN /
SEX: M  SSN: ██████      DOB: █████     POB: ██████████
```

WARNING:  This document is the property of the Defense Security Service.
Contents may be disclosed only to persons whose official duties require
access hereto.  Contents may not be disclosed to the party(s) concerned
without specific authorization from the Defense Security Service.

INVESTIGATIVE RESULTS

The record checks and interviews, as appropriate, were favorable and
interviewees recommended Subject for a position of trust, unless
otherwise indicated.

LOCAL AGENCY CHECKS

1. Records of the Arizona Criminal Justice Information System (ACJIS),
maintained by the Arizona Department of Public Safety (ADPS), Phoenix,
AZ, servicing the state of Arizona, were reviewed and disclosed no
information identifiable with Subject. [2224] [f] (20 Oct 03)

****************** E N D   O F   D O C U M E N T ******************

## 3.7  Security Clearance Application

Office of Personnel Management

SECURITY CLEARANCE APPLICATION

Date: 2003/07/16                                    Time: 01:47:33

STANDARD FORM 86 (SF86), Sep. 95

DATE SUBJECT SIGNED THE FORM: 2003/07/14

STEIN, GARY ALAN

Attachments:  No                                    SSN: ██████████

----------------------------------------------------------------

1.  Personal Information

Name:          STEIN, GARY ALAN
Birth Date:    ██████████           Sex: MALE
Place of Birth ██████████████

█████████████████████████████████████

-----------------------------------------------------------------

2. Other Names Used

No. Have you ever used or been known by another name?

-----------------------------------------------------------------

3. Citizenship

Citizenship Status:    U.S. Citizen
Mother's Maiden Name: ████████████████
Citizenship Type:      BORN IN THE U.S.

No. Do you currently hold or did you previously hold a U.S. passport?
No. Are you now or were you a dual citizen of the U.S. and another country?

-----------------------------------------------------------------

4. Where You Have Lived

| FROM | TO | ADDRESS |
|------|-----|---------|

1. 1990/03/30  PRES/  /   ████████████████████

   Person Who Knows You:

   ██████████████████

No. Is this residence address hard to find?

-----------------------------------------------------------------

5. Where You Went To School

Yes. Have you attended school beyond Junior High School within the last 10
     years?

| FROM | TO | TYPE/ADDRESS |
|------|-----|--------------|

1. 2002/04/14  PRES/  /   HIGH SCHOOL
                           MOHAVE HIGH SCHOOL
                           2251 HWY 95
                           BULL HEAD CITY, AZ 86442
   Degree/Diploma/Other:
   Award Date:

-----------------------------------------------------------------

01272008587:20

Person Who Knows You:



2.  1999/08/12  2002/04/22  HIGH SCHOOL
                            RIVER VALLEY HIGH SCHOOL
                            2205 LUGANA DR
                            MOHAVE VALLEY, AZ 86442

Degree/Diploma/Other:
Award Date:
Person Who Knows You:



------------------------------------------------------------

6.  Your Employment Activities

    FROM        TO          TYPE OF EMPLOYMENT
    ------------------------------------------------------------

1.  2002/04/01  PRES/  /    OTHER
    Your Position/Title:    ASSOCIATE
    Employer Name:
    Employer Phone:         
    Employer Address:

    Supervisor's Name:
    Supervisor Phone:

No.  Is the employer's address different from the job location address?

No.  Is the supervisor's address different from the job location address?
     Verifying Individual:

                            Phone:
2.  2001/08/22  2002/03/31  UNEMPLOYMENT
    Verifying Individual:

    Phone:

No.  Were you in the Federal Civil Service prior to the last 10 years?
------------------------------------------------------------
7.  People Who Know You Well

    FROM        TO          REFERENCE NAME/ADDRESS

000429

```
      -----------------------------------------------------
1.  2002/04/23  PRES/  /
    Work Address:

    Evening Phone:

2.  2002/04/01  PRES/  /
    Work Address:

    Evening Phone:

3.  2001/08/22  PRES/  /
    Work Address:

        Day Phone:
```

-----------------------------------------------------

**8.  Your Spouse**

What is your current marital status?

-----------------------------------------------------

**9.  Your Relatives and Associates**

RELATIONSHIP            NAME/PLACE OF BIRTH
-----------------------------------------------------

1.  **PARENT**
    DOB:                    POB: UNITED STATES

No.  Is the family/associate you listed deceased?
     CURRENT ADDRESS:

     Country(ies) of Citizenship:  UNITED STATES

2.  **PARENT**
    DOB:                    POB: UNITED STATES

No.  Is the family/associate you listed deceased?
     CURRENT ADDRESS:

     Country(ies) of Citizenship:  UNITED STATES

3.  **SIBLING**
    DOB:                    POB: UNITED STATES

No.  Is the family/associate you listed deceased?

CURRENT ADDRESS:

Country(ies) of Citizenship:  UNITED STATES

------------------------------------------------------------

10. Citizenship of Your Relatives and Associates

    RELATIONSHIP           NAME

    ------------------------------------------------------------

------------------------------------------------------------

11. Your Military History

No.  Have you ever served in the military? (If yes, provide in chronological
     order your military history: begin with the most recent period and
     include Reserves, National Guard, Merchant Marines, and Foreign
     Military service.)

------------------------------------------------------------

12. Your Foreign Activities - Property

No.  Do you have any foreign property, business connections, or financial
     interests?

------------------------------------------------------------

13. Your Foreign Activities - Employment

No.  Are you now or have you ever been employed by or acted as a consultant
     for a foreign government, firm, or agency?

------------------------------------------------------------

14. Your Foreign Activities - Contact with Foreign Government

No.  Have you had contact with a foreign
     government, its establishments (embassies or consulates), or its
     representatives, whether inside or outside the U.S., other than on
     official U.S. Government business? (Does not include routine visa
     applications and border crossing contacts.)

------------------------------------------------------------

15. Your Foreign Activities - Passport

No.  In the last 7 years, have you had an active passport that was issued by
     a foreign government?

------------------------------------------------------------

16. Foreign Countries You Have Visited

No.  Have you traveled outside the United States on other than official U.S.
     Government orders in the last 7 years? (Travel as a dependent or

0127280507:20

000431

contractor must be listed.) Do not repeat travel covered in modules 4,
5, and 6.

-------------------------------------------------------------------

17. Your Military Record

No.  Have you ever received other than an honorable discharge from the
     military?

-------------------------------------------------------------------

18. Your Selective Service Record

Yes. Are you a male born after December 31, 1959?

No.  Have you registered with the Selective Service System?

     Remarks: WILL REGISTER WHEN TURN 18 YRS OLD.

-------------------------------------------------------------------

19. Your Medical Record

No.  In the last 7 years, have you consulted a mental health professional
     (psychiatrist, psychologist, counselor, etc.) or have you consulted
     with another health care provider about a mental health related
     condition?

-------------------------------------------------------------------

20. Your Employment Record

No.  Has any of the following happened to you in the last 10 years?
     - Fired from job
     - Quit a job after being told you'd be fired
     - Left a job by mutual agreement following allegations of misconduct
     - Left a job by mutual agreement following allegations of
       unsatisfactory perfomance
     - Left a job for other reason under unfavorable circumstances

-------------------------------------------------------------------

21. Your Police Record - Felony Offenses

No.  Have you ever been charged with or convicted of any felony offenses?
     (Include those under the Uniform Code of Military Justice.)
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

0127208567:2G

000432

------------------------------------------------------------

22. Your Police Record - Firearms/Explosives Offenses

No.  Have you ever been charged with or convicted of a firearms or
     explosives offense?
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

------------------------------------------------------------

23. Your Police Record - Pending Charges

No.  Are there currently any charges pending against you for any criminal
     offense?
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

------------------------------------------------------------

24. Your Police Record - Alcohol/Drug Offenses

No.  Have you ever been charged with or convicted of any offense(s) related
     to alcohol or drugs?
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

------------------------------------------------------------

25. Your Police Record - Military Court

No.  In the last 7 years, have you been subject to court martial or other
     disciplinary proceedings under the Uniform Code of Military Justice?
     (include non-judicial, Captain's mast, etc.)
     For this item, report information regardless of whether the record
     in your case has been "sealed" or otherwise stricken from the
     record.  The single exception to this requirement is for certain
     convictions under the Federal Controlled Substances Act for which
     the court issued and expungement order under the authority of 21
     U.S.C. 844 or 18 U.S.C. 3607.

000433

----------------------------------------------------------------

26. Your Police Record - Other Offenses

No.   In the last 7 years, have you been arrested for, charged with, or
      convicted of any offense(s) not listed in modules 21, 22, 23, 24, or
      25? (Leave out traffic fines of less than $150 unless the violation was
      alcohol or drug related.)
      For this item, report information regardless of whether the record
      in your case has been "sealed" or otherwise stricken from the
      record.  The single exception to this requirement is for certain
      convictions under the Federal Controlled Substances Act for which
      the court issued and expungement order under the authority of 21
      U.S.C. 844 or 18 U.S.C. 3607.

----------------------------------------------------------------

27. Your Use of Illegal Drugs and Drug Activity-Illegal Use of Drugs

No.   Since the age of 16 or in the last 7 years, whichever is shorter, have
      you illegally used any controlled substance, for example, marijuana,
      cocaine, crack cocaine, hashish, narcotics (opium, morphine, codeine,
      heroin, etc.), amphetamines, depressants (barbiturates, methaqualone,
      tranquilizers, etc.), hallucinogenics (LSD, PCP, etc.), or prescription
      drugs?

----------------------------------------------------------------

28. Your Use of Illegal Drugs and Drug Activity-Use in Sensitive Positions

No.   Have you EVER illegally used a controlled substance while employed as a
      law enforcement officer, prosecutor, or courtroom official; while
      possessing a security clearance; or while in a position directly and
      immediately affecting public safety?

----------------------------------------------------------------

29. Your Use of Illegal Drugs and Drug Activity-Drug Activity

No.   In the last 7 years, have you been involved in the illegal purchase,
      manufacture, trafficking, production, transfer, shipping, receiving, or
      sale of any narcotic, depressant, stimulant, hallucinogen, or cannabis
      for your own intended profit or that of another?

----------------------------------------------------------------

30. Your Use of Alcohol

No.   In the last 7 years, has your use of alcoholic beverages (such as
      liquor, beer, wine) resulted in any alcohol-related treatment or
      counseling (such as for alcohol abuse or alcoholism)? Do not repeat
      information reported in module 19 on form SF86 or module 5 on form

000434

SF85P-S (Your Medical Record).

----------------------------------------------------------------

31. Your Investigation Record - Investigations/Clearances Granted

No.  Has the United States Government ever investigated your background
     and/or granted you a security clearance? (If you can't recall the
     investigating agency and/or the security clearance received, enter
     (Y)es and follow instructions in the help text for the fields on the
     next screen. If you can't recall whether you've been investigated or
     cleared, enter (N)o.)

----------------------------------------------------------------

32. Your Investigation Record - Clearance Actions

No.  To your knowledge have you ever had a clearance or access authorization
     denied, suspended, or revoked, or have you ever been debarred from
     government employment? (Note: An administrative downgrade or
     termination of a security clearance is not a revocation.)

----------------------------------------------------------------

33. Your Financial Record - Bankruptcy

No.  In the last 7 years, have you filed a petition under any chapter of
     the bankruptcy code (to include Chapter 13)?

----------------------------------------------------------------

34. Your Financial Record - Wage Garnishments

No.  In the last 7 years, have you had your wages garnished for any reason?

----------------------------------------------------------------

35. Your Financial Record - Repossessions

No.  In the last 7 years, have you had any property repossessed for any
     reason?

----------------------------------------------------------------

36. Your Financial Record - Tax Lien

No.  In the last 7 years, have you had a lien placed against your property
     for failing to pay taxes or other debts?

----------------------------------------------------------------

37. Your Financial Record - Unpaid Judgements

000435

No.  In the last 7 years, have you had any judgements against you that have not been paid?

------------------------------------------------------------

38.  Your Financial Delinquencies - 180 Days

No.  In the last 7 years, have you ever been over 180 days delinquent on any debt(s)?

------------------------------------------------------------

39.  Your Financial Delinquencies - 90 Days

No.  Are you currently over 90 days delinquent on any debt(s)?

------------------------------------------------------------

40.  Public Record Civil Court Actions

No.  In the last 7 years, have you been a party to any public record civil court actions not listed elsewhere on this form?

------------------------------------------------------------

41.  Your Association Record - Membership

No.  Have you ever been an officer or a member or made a contribution to an organization dedicated to the violent overthrow of the United States Government and which engages in illegal activities to that end, knowing that the organization engages in such activities with the specific intent to further such activities?

------------------------------------------------------------

42.  Your Association Record - Activities

No.  Have you ever knowingly engaged in any acts or activities designed to overthrow the United States Government by force?

------------------------------------------------------------

43.  General Remarks

No.  Do you have any additional remarks to enter in your application?

------------------------------------------------------------

NATIONAL AGENCY CHECK SECURITY INFORMATION

012720030507:2G

000436

NAC

1. Addresses
   Forward This Request To:
   DSS
   PERSONNEL INVESTIGATIONS CENTER
   P. O. BOX 28989
   BALTIMORE, MD  21240-8989

Return Results To:
   RECRUITING STATION PHOENIX
   1 NORTH 1ST STREET
   PHOENIX, AZ  85004

Contract Number:
Requestor: MARINES
File No. :
Organization Code: 84001
Organization Code Type: UNIT IDENTIFICATION CODE

From:
   RECRUITING STATION PHOENIX
   1 NORTH 1ST STREET
   PHOENIX, AZ  85004

----------------------------------------------------------------
2. Type of Investigation
   NACLC MILITARY

----------------------------------------------------------------
3. Local Files Check
Yes. Were the results of local files check favorable?

----------------------------------------------------------------
4. Current Status
   What is the subject's current status?  MILITARY

   Is subject an applicant?  Yes.
   Branch/Grade MARINES/E-01
   Status ACTIVE DUTY

----------------------------------------------------------------
5. Citizenship Verification
Yes. Was subject's U.S. citizenship verified?

0127266967:20

000437

6. Reason for Request
    ENLISTMENT
    SECRET

--------------------------------------------------------------

7. Investigation Validity Certification

    Name of Certifier
    Title of Certifier █████████████████████
    Certifier's Phone

--------------------------------------------------------------

8. General Remarks
    Remarks:

--------------------------------------------------------------

------------------------------------------------
|               CERTIFICATION NOTICE            |
------------------------------------------------

████████████████████████████████████████ has
certified to the Defense Investigative Service that GARY ALAN STEIN  has
signed an Authority for Release of Information and Records authorizing any
duly accredited representative of the Department of Defense (including
those from the Defense Investigative Service) to obtain information
relating to his/her activities.  This authority for Release of Information
and Records will be maintained by RECRUITING STATION PHOENIX until the
security determination process has been completed.

An exact copy of the text of this Authority for Release of Information and
Records, including all information provided on the form by GARY ALAN
STEIN  (to include the names(s), date of birth, social security number,
current home address, home address home telephone number, name signed on
the release form, and date the  release form was signed), is provided as
an attachment to this notice and may be retained by the records repository
or individual providing information concerning GARY ALAN STEIN .

----------------------------------------------------------------

000438

------------------------------------------------------------------

CASE NUMBER:08122749      E01          CASE TYPE: 30C      CASE CATEGORY: 4

NM:  GARY ALAN STEIN
SS:

AD:                                              RESIDENCE

                                                 RESIDENCE


AGE:
SP:


    B01-HIT (0), NO HIT (1)     = 0      B11-NO. CH 13 OR R7 NOT PAID = 000
    B02-NO. UNRATED TRADES      = 000    B12-NO. REPOSSESSIONS NOT PD = 001
    B03-NO. UNCLASSIFIED TRADES = 000    B13-DEROG PR, R9, COLL NOT PD= 011
    B04-NO. TOO NEW TO RATE TRAD = 000   B14-NUMBER OF MANUALS        = 000
    B05-NO. PAYING AS AGREED    = .003   B15-NUMBER OF TRADES         = 016
    B06-NO. WORST RATING EVER R2 = 000   B16-NUMBER OF INQUIRIES      = 078
    B07-NO. WORST RATING EVER R3 = 000   B17-TOTAL CURRENT BALANCE= 0044633
    B08-NO. WORST RATING EVER R4 = 002   B27-BAL OF TR W/MAX DQ<R3= 0022777
    B09-NO. WORST RATING EVER R5 = 000
    B10-PAID DEROG P/R OR TRADES = 000

CHAPTER 13: NONE
HIGHEST RATING OF 09 IS SHOWN ON 010 TRADES.
PUBLIC RECORD INFORMATION: EFX

OPM SCORING: 09

------------------------------------------------------------------

```
**** OPM SCORE:09 *****        CREDIT REPORT           ** FULL DATA REPORT ***
** CASE CATEGORY:4  ***                                ***********************
***********************        GARY ALAN STEIN         ****************
  CUSTOMER: 0013 OP001                                 ACCESS TIME: 05:29
  FILE SINCE:                                          ACCESS DATE: 10/04/08
  LAST ACTIV:
  REPORTS COMBINED: 03                                 01
```

GARY ALAN STEIN          *** BUREAU NAME AND ADDRESS ***        01          PAGE   1

GARY ALAN STEIN          *** SECURITY ALERT ***                 01          PAGE   2

GARY ALAN STEIN          *** SUBJECT INFORMATION ***          01          PAGE 3

GARY ALAN STEIN          *** EMPLOYMENT SECTION ***          01          PAGE 4

000441

GARY ALAN STEIN            *** PUBLIC RECORD SECTION ***            01        PAGE   5

Total Number Of Public Records: 1

GARY ALAN STEIN            *** TRADE SECTION ***            01        PAGE   6

000442

GARY ALAN STEIN                    *** TRADE SECTION ***                    CONT. 01          PAGE  7

| CREDITOR/SUBC/ ACCOUNT#/KOB | DATE OPEN | DATE REPORT | LAST ACT | DATE BAL | CREDIT LIMIT | BALANCE | HIGH CREDIT | PAST DUE | ECOA/ACCT |
|---|---|---|---|---|---|---|---|---|---|

GARY ALAN STEIN              *** TRADE SECTION ***              CONT. 01          PAGE   8

| CREDITOR/SUBC/ ACCOUNT#/KOB | DATE OPEN | DATE REPORT | LAST ACT | DATE BAL | CREDIT LIMIT | BALANCE | HIGH CREDIT | PAST DUE | ECOA/ACCT |
|---|---|---|---|---|---|---|---|---|---|

| GARY ALAN STEIN | *** TRADE SECTION *** | CONT. 01 | PAGE 9 |

| CREDITOR/SUBC/ ACCOUNT#/KOB | DATE OPEN | DATE REPORT | LAST ACT | DATE BAL | CREDIT LIMIT | BALANCE | HIGH CREDIT | PAST DUE | ECOA/ACCT |
|---|---|---|---|---|---|---|---|---|---|

GARY ALAN STEIN      \*\*\* TRADE SECTION \*\*\*      CONT. 01      PAGE 10

| CREDITOR/SUBC/ ACCOUNT#/KOB | DATE OPEN | DATE REPORT | LAST ACT | DATE BAL | CREDIT LIMIT | BALANCE | HIGH CREDIT | PAST DUE | ECOA/ACCT |
|---|---|---|---|---|---|---|---|---|---|

GARY ALAN STEIN      \*\*\* COLLECTION SECTION \*\*\*      01      PAGE 11

GARY ALAN STEIN          *** INQUIRY SECTION ***          01          PAGE 12

SUBSCRIBR NAME KOB NO.          DATE    *SUBSCRIBR NAME KOB NO.          DATE

GARY ALAN STEIN          *** ADDITIONAL INFORMATION ***          01          PAGE 13

TYPE          REPRT STATEMENT

END OF CREDIT REPORT FOR GARY ALAN STEIN          01

000447