| | |
|---|---|
| 1 | LAURA E. DUFFY<br>United States Attorney |
| 2 | THOMAS STAHL<br>Assistant U.S. Attorney |
| 3 | Chief, Civil Division<br>California State Bar No. 078921 |
| 4 | Office of the U.S. Attorney<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893<br>Telephone:  (619) 546-7664 |
| 6 | E-mail: thomas.stahl@usdoj.gov |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN,<br><br>            Plaintiff,<br><br>    v.<br><br>COLONEL C.S. DOWLING, et al.,<br><br>            Defendants. | Case No. 12cv0816-H(BGS)<br><br>TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

| Exhibits | Pages |
|---|---|
| Declaration of Major Christian Hur, USMC | 585-788 |

Dated: April 12, 2012

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/ Tom Stahl
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Section
Attorneys for Respondents