UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, ) | Case No. 12cv0816-H(BGS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| COLONEL C.S. DOWLING, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

**OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION and TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

J. Mark Brewer  
Brewer & Pritchard PC  
3 Riverway, Suite 1800  
Houston, TX 77056  
E-mail: brewer@bplaw.com

John David Loy  
ACLU Foundation of San Diego and Imperial Counties  
P.O. Box 87131  
San Diego, CA 92138  
E-mail: davidloy@aclusandiego.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:
Gary G. Kreep  
United States Justice Foundation  
932 "D" Street, Suite 3  
Ramona, CA 92065

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2012.

s/ Tom Stahl  
_____  
Tom Stahl  
Assistant U.S. Attorney  
E-Mail:Thomas.Stahl@usdoj.gov