LAURA E. DUFFY
United States Attorney
THOMAS STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078921
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:  (619) 546-7664
E-mail: thomas.stahl@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN,<br><br>              Plaintiff,<br><br>       v.<br><br>COLONEL C.S. DOWLING, et al.,<br><br>              Defendants. | Case No. 12cv0816-H(BGS)<br><br>TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

| Exhibits | Pages |
|---|---|
| Declaration of 1st Lieutenant Spencer Gwartney, USMC | 789-794 |

Dated: April 12, 2012                     Respectfully submitted,

                                          LAURA E. DUFFY
                                          United States Attorney

                                          s/ Tom Stahl
                                          TOM STAHL
                                          Assistant U.S. Attorney
                                          Chief, Civil Section
                                          Attorneys for Respondents