|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| SERGEANT GARY A. STEIN, | ) | Case No. 12cv0816-H(BGS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| COLONEL C.S. DOWLING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

**OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION and TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

| | |
|---|---|
| J. Mark Brewer | John David Loy |
| Brewer & Pritchard PC | ACLU Foundation of San Diego and |
| 3 Riverway, Suite 1800 | Imperial Counties |
| Houston, TX 77056 | P.O. Box 87131 |
| E-mail: brewer@bplaw.com | San Diego, CA 92138 |
| | E-mail: davidloy@aclusandiego.org |

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:
Gary G. Kreep
United States Justice Foundation
932 "D" Street, Suite 3
Ramona, CA 92065

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2012.

                                                          s/ Tom Stahl

                                                          _____
                                                          Tom Stahl
                                                          Assistant U.S. Attorney
                                                          E-Mail:Thomas.Stahl@usdoj.gov