LAURA E. DUFFY
United States Attorney
THOMAS STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078921
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7664
E-mail: thomas.stahl@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN,<br><br>           Plaintiff,<br><br>     v.<br><br>COLONEL C.S. DOWLING, et al.,<br><br>           Defendants. | Case No. 12cv0816-H(BGS)<br><br>TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

| Exhibits | Pages |
|---|---|
| Separation Hearing Transcript | 795-1077 |

Dated: April 12, 2012                    Respectfully submitted,

                                         LAURA E. DUFFY
                                         United States Attorney

                                         s/ Tom Stahl
                                         TOM STAHL
                                         Assistant U.S. Attorney
                                         Chief, Civil Section
                                         Attorneys for Respondents