1   GARY G. KREEP (CA Bar No. 066482)
    NATHANIEL J. OLESON (CA Bar No. 276695)
2   UNITED STATES JUSTICE FOUNDATION
    932 "D" Street, Suite 3
3   Ramona, California 92065
    Tel: (760) 788-6624
4   Fax: (760) 788-6414
    Email: usjf@usjf.net
5
    Attorneys for Plaintiff,
6   Gary A. Stein

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  SERGEANT GARY A. STEIN;            )
                                       )   **Case No.:** 3:12-cv-00816-H-BGS
11                        Plaintiff,)
                                       )
12              v.                     )   **NOTICE OF APPEARANCE**
                                       )
13  COLONEL C.S. DOWLING, et al.,      )
                                       )
14                      Defendants.)
                                       )
15

16          Pursuant to the CM/ECF procedures in the Southern District of California, GARY G. KREEP, of

17  the UNITED STATES JUSTICE FOUNDATION, files this Notice of Appearance as lead attorney in the

18  above-captioned case.

19  Dated: April 12, 2012                   Respectfully submitted,

20                                          */s/ GARY G. KREEP*_____
                                            UNITED STATES JUSTICE FOUNDATION
21                                          Attorneys for Plaintiff
                                            usjf@usjf.net
22

23

24

25

---

                                    1

                          NOTICE OF APPEARANCE