GARY G. KREEP (CA Bar No. 066482)
NATHANIEL J. OLESON (CA Bar No. 276695)
UNITED STATES JUSTICE FOUNDATION
932 "D" Street, Suite 3
Ramona, California 92065
Tel: (760) 788-6624
Fax: (760) 788-6414
Email: usjf@usjf.net

Attorneys for Plaintiff,
Gary A. Stein

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGEANT GARY A. STEIN; | **Case No.:** 3:12-cv-00816-H-BGS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| COLONEL C.S. DOWLING, et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 932 D St., Suite 3, Ramona, California 92065. I am not a party to the above-entitled action. On April 12, 2012, I caused service of the following document:

**NOTICE OF APPEARANCE**

by transmitting via e-filing the document listed above to the Case Management/Electronic Case filing system, through which all counsel of record are deemed served.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on April 12, 2012, at Ramona, California.

                                               */s/ GARY G. KREEP*
                                               Gary G. Kreep