LAURA E. DUFFY
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078921
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:    (619) 546-7767
Thomas.Stahl@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, ) | |
| ) | Case No. 12cv0816-H(BGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT MOTION TO ESTABLISH |
| ) | SCHEDULE FOR FILING FIRST |
| COLONEL C.S. DOWLING, et al., ) | AMENDED COMPLAINT AND |
| ) | RESPONSE |
| Defendants. ) | |
| ) | |
| _____ ) | |

COME NOW THE PARTIES, Plaintiff Gary A. Stein, by and through his counsel, David Loy and Gary Kreep, and Defendants Col. C.S. Dowling, United States Marine Corps; Ray Mabus, Secretary of the United States Navy; the United States of America; and Brig. Gen. Daniel Yoo, United States Marine Corps, by and through their counsel, Laura E. Duffy, United States Attorney; and Tom Stahl, Assistant United States Attorney, Chief, Civil Division; and hereby jointly move the Court to order that:

1. Defendants need not respond to the Complaint, ECF No. 1, absent further order, and

2. The time for Defendants to respond to any subsequent Complaint Plaintiff might file shall be extended to thirty (30) days after the filing of any such subsequent Complaint.

As good cause for the extension requested, the parties submit that counsel for Plaintiff has informed counsel for Defendants that Plaintiff intends to file an amended Complaint to account for events that have occurred since the filing of Plaintiff's original Complaint (ECF No. 1), which would

take the place of Plaintiff's existing Complaint. Plaintiff intends to file his amended Complaint, if possible, by June 30, 2012. The parties further submit that it would serve the interests of judicial economy to permit the filing of a single responsive pleading or motion by Defendants within thirty (30) days after the filing of Plaintiff's anticipated subsequent Complaint, instead of responding to the Complaint currently on file.

DATED: June 4, 2012

s/David Loy
DAVID LOY
Attorney for Plaintiff
davidloy@aclusandiego.org

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from David Loy to affix his electronic signature to this document.

DATED: June 4, 2012

LAURA E. DUFFY
United States Attorney

_s/Tom Stahl_____
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
Attorneys for Defendants
Thomas.Stahl@usdoj.gov