# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, United States Marine Corps, Camp Pendleton, California 92055,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br>COLONEL C.S. DOWLING, Commander, Weapons and Field Training Battalion, Camp Pendleton, California 92055; RAY MABUS, SECRETARY OF THE UNITED STATES NAVY, The Pentagon, Washington, D.C.; UNITED STATES DEPARTMENT OF DEFENSE, The Pentagon, Washington, D.C.; UNITED STATES OF AMERICA; and BRIGADIER GENERAL DANIEL YOO,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 12-CV-0816-H (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO ESTABLISH A SCHEDULE** |

On June 4, 2012, the parties filed a joint motion to establish a schedule for filing Plaintiff's amended complaint and Defendants response to Plaintiff's complaint. (Doc. No. 33.) The Court, for good cause shown, GRANTS the parties' joint motion to establish a schedule.

///

///

///

1    Accordingly, Defendants need not respond to the Plaintiff's original complaint, (Doc.
2 No. 1), absent further order, and the time for Defendants to respond to any subsequent
3 complaint Plaintiff files is extended to thirty days after Plaintiff files any such subsequent
4 complaint.

5    **IT IS SO ORDERED.**

6 DATED: June 5, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT