GARY G. KREEP (SBN 66482)
NATHANIEL J. OLESON (SBN 276695)
UNITED STATES JUSTICE FOUNDATION
932 "D" Street, Suite 3
Ramona, CA 92065
Tel: (760) 788-6624
Fax: (760) 788-6414
usjf@usjf.net

DAVID LOY (SBN 229235)
ACLU FOUNDATION OF SAN DIEGO &
    IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: (619) 232-2121
Fax: (619) 232-0036
davidloy@aclusandiego.org

STEWART RHODES
OATHKEEPERS
5130 S. Fort Apache Road. Suite 215-160
Las Vegas, NV 89148
Tel: (702) 353-0627
rhodeslegalwriting@gmail.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGEANT GARY A. STEIN,<br><br>Plaintiff,<br><br>v.<br><br>COLONEL C.S. DOWLING, et al.,<br><br>Defendants | Case No. 12-cv-0816 H (BGS)<br><br>**NOTICE OF MOTION AND MOTION BY J. MARK BREWER TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

      Pursuant to CivLR 83.3(g)(3), undersigned counsel, J. Mark Brewer, respectfully moves the Court for leave to withdraw as one of Plaintiff's attorneys in this action.

      As my practice is based in Texas, it is no longer practical for me to continue working on this case. Plaintiff will continue to be represented by other counsel and will suffer no prejudice. I understand Plaintiff does not object to my withdrawal from the case. For the foregoing reasons, I request leave to withdraw as one of Plaintiff's attorneys of record.

Dated:  September 27, 2012

                                 Respectfully submitted,

                          /s/ *J. Mark Brewer*
                          J. Mark Brewer
                          Brewer & Pritchard, P.C.
                          brewer@bplaw.com

## CERTIFICATE OF SERVICE

    I certify the foregoing document was served on plaintiff and counsel of record in accordance with CivLR 83.3(g)(3), Federal Rules of Civil Procedure and CM/ECF on September 27, 2012.

                          /s/ *J. Mark Brewer*
                          J. Mark Brewer