# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, United States Marine Corps, Camp Pendleton, California 92055,<br><br>            Plaintiff,<br>     vs.<br><br>COLONEL C.S. DOWLING, Commander, Weapons and Field Training Battalion, Camp Pendleton, California 92055; RAY MABUS, SECRETARY OF THE UNITED STATES NAVY, The Pentagon, Washington, D.C.; UNITED STATES DEPARTMENT OF DEFENSE, The Pentagon, Washington, D.C.; UNITED STATES OF AMERICA; and BRIGADIER GENERAL DANIEL YOO,<br><br>            Defendants. | CASE NO. 3:12-CV-00816-H (BGS)<br><br>**ORDER GRANTING MOTION TO WITHDRAW J. MARK BREWER AS COUNSEL** |

On September 28, 2012, counsel for Plaintiff filed a motion to withdraw the appearance of J. Mark Brewer in this matter. (Doc. No. 35.)

///
///
///
///
///

1  For good cause shown, the Court grants the motion and orders that J. Mark Brewer is no longer counsel of record for Plaintiff.  Plaintiff remains represented by counsel at the United States Justice Foundation and the ACLU Foundation of San Diego and Imperial Counties.

**IT IS SO ORDERED**.

DATED: September 28, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT