1 LAURA E. DUFFY
United States Attorney
2 THOMAS STAHL
Assistant U.S. Attorney
3 Chief, Civil Division
California State Bar No. 078921
4 Office of the U.S. Attorney
880 Front Street, Room 6293
5 San Diego, California 92101-8893
Telephone: (619) 546-7767

6 STUART F. DELERY
Acting Assistant Attorney General
7 VINCENT M. GARVEY
Deputy Branch Director
8 CHRISTOPHER R. HALL
MATTHEW J.B. LAWRENCE
9 Attorneys
United States Department of Justice
10 Civil Division, Federal Programs Branch
P.O. Box 883
11 Washington, D.C. 20044
Telephone: (202) 304-4778
12
Attorneys for Respondents
13
**UNITED STATES DISTRICT COURT**
14
**SOUTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| 16  GARY A. STEIN | No. 12cv0816-H(BGS) |
| 17             Plaintiff, | |
| 18  v. | **JOINT MOTION TO REDACT PRO HAC VICE APPLICATIONS** |
| 19  RAY MABUS, Secretary of the Navy | |
| 20             Defendant. | |

21

22
    COME NOW THE PARTIES, Plaintiff Gary A. Stein, by and through his counsel,
23
David Loy, and Defendant Ray Mabus, Secretary of the United States Navy, by and
24
through his counsel, Laura E. Duffy, United States Attorney; Thomas C. Stahl, Assistant
25
United States Attorney, Chief, Civil Division; and Christopher R. Hall and Matthew J.B.
26
Lawrence, Attorneys, United States Department of Justice, Civil Division, Federal
27
Programs Branch, and hereby jointly move the Court to redact the *pro hac vice*
28

applications of Christopher Hall, ECF No. 30, and Matthew Lawrence, ECF No. 31, of any and all personal address and telephone information.

DATED: October 4, 2012         <u>s/David Loy</u>
Attorney for Plaintiff
Email: davidloy@aclusandiego.org

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from David Loy to affix his electronic signature to this document.

LAURA E. DUFFY
United States Attorney

THOMAS STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078921
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7667

STUART F. DELERY
Acting Assistant Attorney General

VINCENT M. GARVEY
Deputy Branch Director

CHRISTOPHER R. HALL
Senior Attorney

<u>s/Matthew J.B. Lawrence</u>
MATTHEW J.B. LAWRENCE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0747

Attorneys for Respondents

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, I electronically filed a copy of the foregoing Motion.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

<u>s/Matthew J.B. Lawrence</u>
MATTHEW J.B. LAWRENCE