1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, United States Marine Corps, Camp Pendleton, California 92055,<br><br>                      Plaintiff,<br><br>v.<br><br>COLONEL C.S. DOWLING, Commander, Weapons and Field Training Battalion, Camp Pendleton, California 92055; RAY MABUS, SECRETARY OF THE UNITED STATES NAVY, The Pentagon, Washington, D.C.; UNITED STATES DEPARTMENT OF DEFENSE, The Pentagon, Washington, D.C.; UNITED STATES OF AMERICA; and BRIGADIER GENERAL DANIEL YOO,<br><br>                      Defendants. | CASE NO. 12-CV-0816-H(BGS)<br><br>**ORDER GRANTING JOINT MOTION TO REDACT PRO HAC VICE APPLICATIONS** |

      On October 4, 2012, the parties by and through counsel filed a joint motion to redact the *pro hac vice* applications of Christopher R. Hall, (Doc. No. 30), and Matthew J.B. Lawrence, (Doc. No. 31), of any and all personal address and telephone information. (Doc. No. 38.)  The Court grants the motion and directs the Clerk to redact the *pro hac*

*vice* applications of Christopher R. Hall, (Doc. No. 30), and Matthew J.B. Lawrence, (Doc. No. 31), of personal address and telephone information.

**IT IS SO ORDERED.**

DATED: October 5, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT