STUART F. DELERY
Acting Assistant Attorney General

LAURA E. DUFFY
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

CHRISTOPHER R. HALL
MATTHEW J.B. LAWRENCE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 304-4778

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN<br><br>Plaintiff,<br><br>v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>Defendant. | No. 12cv0816-H(BGS)<br><br>JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT |

COME NOW THE PARTIES, Plaintiff Gary A. Stein, by and through his counsel, David Loy and Gary Kreep, and Defendant Ray Mabus, Secretary of the United States Navy, by and through his counsel, Christopher R. Hall, Senior Attorney, Civil Division, United States Department of Justice; and Matthew J.B. Lawrence, Trial Attorney, Civil Division, United States Department of Justice; and hereby jointly move the Court that the time for Defendant to respond to Plaintiff's First Amended Complaint, ECF No. 37, shall be extended from November 2, 2012 to November 30, 2012.  As good cause for this motion, the parties submit the following:

1. Plaintiff initiated this action by filing the Complaint on April 3, 2012. ECF No. 1.

2. On June 4, 2012, the parties jointly moved to establish a schedule for filing a first amended complaint and response thereto. ECF No. 33. On June 5, 2012, the Court granted that motion, ordering that Defendant need not respond to the Plaintiff's original complaint and that the Defendant's response to any subsequent complaint filed by Plaintiff would be due thirty days after the filing of any such subsequent complaint. ECF No. 34.

3. On October 3, 2012, Plaintiff filed the First Amended Complaint. ECF No. 37. Pursuant to the Court's June 5, 2012 Order, the Defendant's response to that Complaint is currently due November 2, 2012.

4. There is good cause to extend by twenty-eight days the deadline for Defendant to respond to the First Amended Complaint. The Government needs additional time to coordinate within the Department of Justice and with the Marine Corps about the allegations asserted in the First Amended Complaint and the Government's response thereto. This need is due in part to the pre-planned absence from the office of Government attorneys involved in the case for significant portions of the month of October, as well as the press of litigation in other matters.

5. This request is made in good faith and not for the purposes of delay.

For the foregoing reasons, the parties respectfully request that the Court extend from November 2, 2012 to November 30, 2012, the deadline for

Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint.

DATED October 25, 2012       s/ David Loy
                             Attorney for Plaintiff
                             Email: davidloy@aclusandiego.org

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from David Loy to affix his electronic signature to this document.

STUART F. DELERY
Acting Assistant Attorney General

LAURA E. DUFFY
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

CHRISTOPHER R. HALL
Senior Attorney

s/ Matthew J.B. Lawrence
MATTHEW J.B. LAWRENCE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0747

Attorneys for Defendant