UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN<br><br>                Plaintiff,<br><br>v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>                Defendant. | No. 12cv0816-H(BGS)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 20 Massachusetts Avenue NW, Washington DC, 20530. I am not a party to the above-titled action. I have caused service of:

JOINT MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO THE FIRST AMENDED COMPLAINT

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them:

ALL PARTIES OF RECORD

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on October 25, 2012

                              /s/ *Matthew J.B. Lawrence*
                              MATTHEW J.B. LAWRENCE
                              Trial Attorney
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              P.O. Box 883
                              Washington, D.C. 20044
                              Telephone: (202) 305-0747
                              Email: Matthew.J.Lawrence@usdoj.gov