# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN,<br><br>                            Plaintiff,<br>  vs.<br><br>RAY MABUS, Secretary of the Navy,<br>                           Defendant. | CASE NO. 3:12-CV-00816-H (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

On October 24, 2012, the parties by and through their counsel filed a motion to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint from November 2, 2012 to November 30, 2012. (Doc. No. 40.) The Court grants the motion and orders that Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. No. 37) be extended to November 30, 2012.

**IT IS SO ORDERED.**

DATED: October 25, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT