STUART F. DELERY
Principal Deputy Assistant Attorney General

LAURA E. DUFFY
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

CHRISTOPHER R. HALL
MATTHEW J.B. LAWRENCE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:     (202) 304-4778

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY A. STEIN,<br><br>              Plaintiff,<br><br>v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>              Defendant. | No. 12cv0816-H(BGS)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12(b)(6)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on January 14, 2013, before the Honorable Marilyn L. Huff in Courtroom 13, Defendant RAY MABUS will and does hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss this action on the following grounds:

1. Plaintiff's action is non-justiciable.

2. Neither Count of the First Amended Complaint, ECF No. 37, states a claim upon which relief can be granted.

The motion to dismiss will be based on this Notice, the attached Memorandum of Points and Authorities, all of the pleadings, papers, and records on file herein, and upon such argument and further evidence that may be presented to the Court at the hearing on this motion.

| | |
|---|---|
| DATED: November 30, 2012 | Respectfully submitted, |
| | STUART F. DELERY<br>Principal Deputy Assistant Attorney General |
| | LAURA E. DUFFY<br>United States Attorney |
| | VINCENT M. GARVEY<br>Deputy Branch Director |
| | */s/ Christopher R. Hall*<br>CHRISTOPHER R. HALL<br>MATTHEW J.B. LAWRENCE<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone:     (202) 304-4778 |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, I electronically filed a copy of the foregoing Motion.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　*/s/ Matthew J.B. Lawrence*
　　　　　　　　　　　　　　　　　　　MATTHEW J.B. LAWRENCE