## **TABLE OF EXHIBITS**

Exhibit A       Marine Corps Order 1900.16F, Marine Corps Separation and Retirement Manual

Exhibit B       April 22, 2012 Order of General Yoo

Exhibit C       Transcript of April 5, 2012 Administrative Separation Board Hearing

Exhibit D       April 5, 2012 Administrative Separation Board Findings & Recommendations in the Case of Sergeant Gary A. Stein