Exhibit D



UNITED STATES MARINE CORPS
OFFICE OF THE STAFF JUDGE ADVOCATE
MARINE CORPS RECRUIT DEPOT/WESTERN RECRUITING REGION
3700 CHOSIN AVENUE
SAN DIEGO, CALIFORNIA 92140-5197

IN REPLY REFER TO
1910
9B

0 5 APR 2012

From: President, Administrative Discharge Board
To:   Commanding General, MCRD/WRR, San Diego, California
Via:  Commanding Officer, Headquarters and Service Battalion

Subj: ADMINISTRATIVE DISCHARGE BOARD REPORT: FINDINGS AND RECOMMENDATIONS IN THE CASE OF SERGEANT GARY A. STEIN ███████ USMC

Ref:  (a) MCO P1900.16F (MARCORSEPMAN)

Encl: (1) Record of board hearing

1. As directed, an administrative discharge board was convened in this case to hear allegations against the respondent and to make findings and recommendations.

2. The facts and circumstances and supporting documents, which are the basis for the board's findings and recommendations, are in the record (enclosure (1)).

3. The senior member initialed the following findings and recommendations, all reached in closed session of the board, and announced the findings and recommendations at the hearing as follows:

   a. FINDINGS: PREPONDERANCE OF THE EVIDENCE.

       (1) _____ The board determined by majority vote that the preponderance of the evidence--

           (a) _____ DOES NOT prove any of the acts or omissions alleged in the notification. (Senior member must check B1 below).

           (b) __✓__ PROVES ALL acts or omissions alleged in the notification.

           (c) _____ PROVES ONLY the following act(s) or omission(s) alleged in the notification:

   _____
   _____
   _____
   _____

   b. RECOMMENDATIONS. By majority vote, the Board recommends:

       (1) _____ RETENTION in the Marine Corps.

       (2) __✓__ SEPARATION from the Marine Corps.

       (3) _____ If the board recommends SEPARATION, it recommends the following characterization:

Subj: ADMINISTRATIVE DISCHARGE BOARD REPORT: FINDINGS AND RECOMMENDATIONS IN THE CASE OF SERGEANT GARY A. STEIN ███████ USMC

    (a) _____ Honorable.

    (b) _____ General (under honorable conditions).

    (c) ✓ Other than honorable

(4) _____ If the board recommends **SEPARATION**, it recommends the separation:

    (a) _____ **SHOULD BE** suspended for _____ months unless sooner vacated (may suspend for up to 12 months).

    (b) ✓ **SHOULD NOT** be suspended.

    (c) _____ Suspension not authorized (if reason for discharge is fraudulent enlistment, or homosexual conduct).

4. PRESERVICE OR PRIOR SERVICE MATTERS:

    a. _____ The board did **NOT** consider such matters.

    b. ✓ The board **DID** consider such matters but only on the issue of retention and NOT considered for characterization.

5. MINORITY REPORT. ✓ NONE // \_\_\_ SEE ENCLOSURE TO BOARD'S REPORT.

6. SIGNATURES. All members sign below.

_[signature]_ 5 April 2012   _[signature]_ 5 April 2012
R. L. HAIRSTON   Date   N. R. GREY   Date

_[signature]_ 5 April 2012   _[signature]_ 20120405
T. D. WARDINSKY   Date   J. N. TORRESALA   Date

_[signature]_ 20120405
M. D. BROOKMAN   Date

2