STUART F. DELERY
Principal Deputy Assistant Attorney General

LAURA E. DUFFY
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

CHRISTOPHER R. HALL
MATTHEW J.B. LAWRENCE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 304-4778

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN<br><br>Plaintiff,<br><br>v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>Defendant. | No. 12cv0816-H(BGS)<br><br>JOINT MOTION TO POSTPONE HEARING DATE |

COME NOW THE PARTIES, Plaintiff Gary A. Stein, by and through his counsel, David Loy, and Defendant Ray Mabus, Secretary of the United States Navy, by and through his counsel, Christopher R. Hall, Senior Attorney, Civil Division, United States Department of Justice; and Matthew J.B. Lawrence, Trial Attorney, Civil Division, United States Department of Justice; and hereby jointly move the Court that the hearing date for the Defendant's motion to dismiss, ECF No. 42, be postponed from January 14, 2013 to February 11, 2013, or a date thereafter that is convenient for the Court. In support of this motion, the parties submit the following:

1. On November 30, 2012, Defendant moved to dismiss this action for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 42. After consulting with chambers, Defendant noticed January 14, 2013, as a hearing date for that motion.

2. There is good cause to postpone until February 11, 2013, or a date thereafter that is convenient for the Court, the hearing date for the Defendant's motion to dismiss. By operation of Local Rule 7.1(e), Plaintiff's opposition to the Defendant's motion is currently due December 31, 2012, and the Defendant's reply in support of his motion is due January 7, 2013, which could conflict with counsel's family and other obligations during the holidays. Further, co-counsel for Defendant have a previously-scheduled substantive filing in another matter due on January 7, 2013. Postponing the hearing date until February 11, 2013, or a date thereafter that is convenient for the Court, will, by operation of Local Rule 7.1(e), allow for a briefing schedule that is more convenient for both parties.

3. This request is made in good faith and not for the purposes of delay.

For the foregoing reasons, the parties respectfully request that the Court postpone from January 14, 2013 to February 11, 2013, or a date thereafter that is convenient for the Court, the hearing on Defendant's motion to dismiss.

DATED December 19, 2012   s/ David Loy
                          Attorney for Plaintiff
                          Email: davidloy@aclusandiego.org

2

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from David Loy to affix his electronic signature to this document.

>STUART F. DELERY
>Principal Deputy Assistant Attorney General
>
>LAURA E. DUFFY
>United States Attorney
>
>VINCENT M. GARVEY
>Deputy Branch Director
>
>CHRISTOPHER R. HALL
>Senior Attorney
>
>s/ Matthew J.B. Lawrence
>MATTHEW J.B. LAWRENCE
>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, D.C. 20044
>Telephone: (202) 305-0747
>
>Attorneys for Defendant