# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>RAY MABUS, Secretary of the Navy,<br>　　　　　　　　　　Defendant. | CASE NO. 3:12-CV-00816-H (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING** |

On December 19, 2012, the parties filed a joint motion to continue the hearing date on Defendant's motion to dismiss the complaint. (Doc. No. 43.) For good cause shown, the Court grants the motion and orders as follows:

(1) The hearing on Defendant's motion to dismiss Plaintiff's First Amended Complaint (Doc. No. 42) is continued from January 14, 2013 at 10:30 a.m., to February 11, 2013, at 10:30 a.m., before the Hon. Marilyn L. Huff.

(2) Corresponding opposition and reply deadlines are reset per the new hearing date.

**IT IS SO ORDERED**.

Dated: December 21, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT