GARY G. KREEP (SBN 066482)
NATHANIEL J. OLESON (SBN 276695)
UNITED STATES JUSTICE FOUNDATION
932 "D" Street, Suite 3
Ramona, California 92065
Tel: (760) 788-6624
Fax: (760) 788-6414
usjf@usjf.net

DAVID LOY (SBN 229235)
ACLU FOUNDATION OF SAN DIEGO &
    IMPERIAL COUNTIES
P.O. BOX 87131
San Diego, CA 92138-7131
Tel: (619) 232-2121
Fax: (619) 232-0036
davidloy@aclusandiego.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN,<br><br>            Plaintiff,<br><br>     v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>            Defendant. | Case No.: 12-cv-0816 H (BGS)<br><br>**DECLARATION OF GARY G. KREEP**<br><br>Date:<br>Time:<br>Courtroom: |

I, GARY G. KREEP, declare as follows:

1.     That I am an attorney at law admitted to practice before all of the courts of the State of California and all Federal District Courts within the State of California, that I am an attorney of record for Plaintiff herein, Gary Stein, and that, if called upon to do so, I can, and will, competently testify as follows:

2.     That, earlier this year, I was elected as Judge in the San Diego County Superior Court, and that I am scheduled to be sworn in on January 7, 2013.

3.     That a copy of the Motion for Leave to Withdraw has been served on counsel for Defendant, and on Plaintiff Gary Stein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 2, 2013, at Ramona, California.

/s/ GARY G. KREEP
Gary G. Kreep