# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| GARY A. STEIN, | CASE NO. 3:12-CV-00816-H (BGS) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW GARY G. KREEP AS COUNSEL** |
| RAY MABUS, Secretary of the Navy, | |
| Defendant. | |

On January 2, 2013, counsel for Plaintiff filed a motion to withdraw the appearance of Gary G. Kreep in this matter. (Doc. No. 45.)

For good cause shown, the Court grants the motion and orders that Gary G. Kreep is no longer counsel of record for Plaintiff. Plaintiff remains represented by counsel at the United States Justice Foundation and the ACLU Foundation of San Diego and Imperial Counties.

**IT IS SO ORDERED**.

DATED: January 4, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT