LAURA E. DUFFY
United States Attorney
THOMAS STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078921
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:    (619) 546-7664

STUART DELERY
Principal Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
CHRISTOPHER R. HALL
MATTHEW J.B. LAWRENCE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 514-4778
  Facsimile:  (202) 616-8470
  Email: Christopher.Hall@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEANT GARY A. STEIN, | ) Case No.: 12cv0816-H(BGS) |
| | ) |
| Plaintiff, | ) **JOINT MOTION FOR ENLARGEMENT** |
| vs. | ) **OF PAGE LIMITATIONS APPLICABLE** |
| | ) **TO DEFENDANT'S REPLY IN SUPPORT** |
| RAY MABUS, Secretary of the Navy, | ) **OF DEFENDANT'S MOTION TO** |
| | ) **DISMISS** |
| Defendant | ) |
| | ) |
| | ) |

COME NOW THE PARTIES, Plaintiff Gary A. Stein, by and through his counsel, David Loy, and Defendant Ray Mabus, Secretary of the United States Navy, by and through his counsel, Laura E. Duffy, United States Attorney; Thomas C. Stahl, Assistant United States Attorney, Chief, Civil Division; and Christopher R. Hall and Matthew J.B. Lawrence, Attorneys, United States Department of Justice, Civil Division, Federal Programs Branch, and hereby jointly move the Court for an enlargement of up to three (3) pages of the page limitations applicable to Defendant's reply memorandum in support of Defendant's Motion to Dismiss, up to and including thirteen (13) pages.

As good cause for the enlargement requested, counsel for Defendant have worked diligently to fully and comprehensively address the arguments set forth in Plaintiff's opposition to Defendant's Motion to Dismiss as concisely and efficiently as possible, but have not been able to do so within the page limitations set forth by LCivR 7.1(h).  Defendant submits that a modest enlargement of the page limitations would permit Defendant to address all of the issues on the papers to the greatest extent possible, so that the Court can have the benefit of a full written briefing rather than be required to consider certain of Defendant's arguments for the first time at any oral hearing held on Defendant's Motion to Dismiss.  To fully and comprehensively address Plaintiff's arguments, Defendant requires as many as three (3) additional pages over the ten (10) pages permitted by LCivR 7.1(h), for a total up to and including thirteen (13) pages.

Respectfully submitted,

**FOR DEFENDANT:**

LAURA E. DUFFY
United States Attorney
THOMAS STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078921
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:     (619) 546-7664

STUART DELERY
Principal Deputy Assistant Attorney General

```
                                JOHN R. TYLER
                                Assistant Branch Director


                                /s/ Christopher R. Hall
                                CHRISTOPHER R. HALL
                                MATTHEW J.B. LAWRENCE
                                Attorneys
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                P.O. Box 883
                                Washington, D.C.  20044
                                Telephone:  (202) 514-4778
                                Facsimile:  (202) 616-8470
                                Email: Christopher.Hall@usdoj.gov

                                Attorneys for Defendant


                                **FOR PLAINTIFF:**

                                /s/ David Loy
                                DAVID LOY
                                davidloy@aclusandiego.org

                                Attorney for Plaintiff
```

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from David Loy to affix his electronic signature to this document.

DATED:  February 4, 2013                /s/ Christopher R. Hall
                                        CHRISTOPHER R. HALL
                                        Senior Counsel
                                        United States Department of Justice
                                        Civil Division
                                        Federal Programs Branch