# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>RAY MABUS, Secretary of the Navy,<br><br>    Defendant. | CASE NO. 3:12-CV-00816-H (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES** |

On February 4, 2013, the parties, by and through their counsel, filed a joint motion for enlargement of the page limitations applicable to Defendant's Reply in Support of Defendant's motion to dismiss, (Doc. No. 42), from ten (10) pages up to and including thirteen (13) pages. (Doc. No. 48.) For good cause shown, the Court grants the motion and orders that the page limitations applicable to Defendant's Reply is enlarged to thirteen (13) pages.

**IT IS SO ORDERED.**

DATED: February 4, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT