# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>RAY MABUS, Secretary of the Navy,<br><br>　　　　　　　　　Defendant. | CASE NO. 3:12-CV-00816-H (BGS)<br><br>**ORDER CONTINUING HEARING DATE** |

　　　On November 30, 2012, Defendant filed a motion to dismiss the First Amended Complaint. (Doc. No. 42.)  The hearing on the motion is currently set for Monday, February 11, 2013, at 10:30 A.M.  Due to a conflict in the Court's calendar, the Court continues the hearing to Tuesday, February 12, 2013, at 10:30 A.M., in Courtroom 15A.

　　　**IT IS SO ORDERED.**

DATED: February 4, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT