```
1   NATHANIEL J. OLESON (SBN 276695)
    UNITED STATES JUSTICE FOUNDATION
2   932 "D" Street, Suite 3
    Ramona, CA 92065
3   Tel: (760) 788-6624
    Fax: (760) 788-6414
4   usjf@usjf.net

5   DAVID LOY (SBN 229235)
    ACLU FOUNDATION OF SAN DIEGO &
6       IMPERIAL COUNTIES
    P.O. Box 87131
7   San Diego, CA 92138-7131
    Tel: (619) 232-2121
8   Fax: (619) 232-0036
    davidloy@aclusandiego.org
9
    NICHOLAS R. GREY (SBN 283780)
10  P.O. Box 90142
    San Diego, CA 92169
11  Tel: (619) 800-4739
    nic@grey-law.com
12
    STEWART RHODES
13  OATHKEEPERS
    5130 S. Fort Apache Road. Suite 215-160
14  Las Vegas, NV 89148
    Tel: (702) 353-0627
15  rhodeslegalwriting@gmail.com

16  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| GARY A. STEIN, | Case No. 12-cv-0816 H (BGS) |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION BY DAVID LOY TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| v. | |
| RAY MABUS, Secretary of the Navy, | |
| Defendant. | |

Pursuant to CivLR 83.3(g)(3), undersigned counsel, David Loy, moves the Court for leave to withdraw as one of Plaintiff's attorneys in this action.

Plaintiff will continue to be represented by other counsel and will suffer no prejudice from

1  my withdrawal.  I understand Plaintiff does not object to my withdrawal from the case.  For the
2  foregoing reasons, I request leave to withdraw as one of Plaintiff's attorneys of record.

4  Dated:  March 13, 2013                                      Respectfully submitted,

                                                                **s/David Loy**
                                                                David Loy
                                                                davidloy@aclusandiego.org