1  NATHANIEL J. OLESON (SBN 276695)
   UNITED STATES JUSTICE FOUNDATION
2  932 "D" Street, Suite 3
   Ramona, CA 92065
3  Tel: (760) 788-6624
   Fax: (760) 788-6414
4  usjf@usjf.net

5  DAVID LOY (SBN 229235)
   ACLU FOUNDATION OF SAN DIEGO &
6     IMPERIAL COUNTIES
   P.O. Box 87131
7  San Diego, CA 92138-7131
   Tel: (619) 232-2121
8  Fax: (619) 232-0036
   davidloy@aclusandiego.org
9
   NICHOLAS R. GREY (SBN 283780)
10 P.O. Box 90142
   San Diego, CA 92169
11 Tel: (619) 800-4739
   nic@grey-law.com
12
   STEWART RHODES
13 OATHKEEPERS
14 5130 S. Fort Apache Road. Suite 215-160
   Las Vegas, NV 89148
15 Tel: (702) 353-0627
   rhodeslegalwriting@gmail.com
16
   Attorneys for Plaintiff
17

18                **UNITED STATES DISTRICT COURT**

19                **SOUTHERN DISTRICT OF CALIFORNIA**

20 | GARY A. STEIN,                         | **Case No. 12-cv-0816 H (BGS)** |
21 |         Plaintiff,                     | **PROOF OF SERVICE**            |
22 |              v.                        |                                 |
23 | RAY MABUS, Secretary of the Navy,      |                                 |
24 |         Defendant.                     |                                 |

The undersigned hereby certifies that he is an employee for the American Civil Liberties Union Foundation of San Diego & Imperial Counties, P.O. Box 87131, San Diego, California 92138-7131; is a person of such age and discretion to be competent to serve papers; and that on **March 13, 2013**, he served copies of the following document(s):

1. **NOTICE OF MOTION AND MOTION BY DAVID LOY TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

_X___ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, through which all counsel of record are deemed served.

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) specified on this date before 5:00p.m.

_____ by placing the document(s) listed above in a sealed envelope with certified postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

_____ by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified hereto.

_____ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on **March 13, 2013**, at San Diego, California.

                                                **s/ David Loy**
                                                David Loy