# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. STEIN,<br><br>                        Plaintiff,<br>vs.<br><br>RAY MABUS, Secretary of the Navy,<br><br>                        Defendant. | CASE NO. 3:12-CV-00816-H (BGS)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

On March 13, 2013, counsel for Plaintiff filed a motion to withdraw the appearance of David Loy in this matter. (Doc. No. 54.) For good cause shown, the Court grants the motion and orders that David Loy is no longer counsel of record for Plaintiff. Plaintiff remains represented by counsel at the United States Justice Foundation.

**IT IS SO ORDERED**.

DATED: March 14, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT